**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

CAASTLE, INC.

Debtor. [1]

Chapter 7

Case No.  25-11187 (BLS)

### GLOBAL NOTES REGARDING THE DEBTOR'S SCHEDULES OF
### ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On June 20, 2025 (the "Petition Date"), CaaStle, Inc. (the "Debtor") filed its voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"), thereby commencing the above-captioned chapter 7 case (the "Chapter 7 Case").

The Debtor has filed its Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs (the "Statement" and, collectively with the Schedules, the "Schedules and Statement") with the Court.  The Debtor, with the assistance of its advisors, prepared the Schedules and Statement in accordance with section 521 of the Bankruptcy Code, rule 1007 of the Federal Rules of Bankruptcy Procedure, and rule 1007–1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware.

These *Global Notes Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statement.  The Global Notes should be referred to and considered in connection with any review of the Schedules and Statement.[2]

The Schedules and Statement have been prepared by the Debtor with support from the Debtor's professionals.  In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records.  The Debtor has made reasonable efforts to ensure that the Schedules and Statement are accurate and complete based on information known to it at the time of preparation after reasonable inquiries.  The Schedules and Statement are unaudited and subject to potential adjustment.

Dayna Corlito, a duly authorized representative of the Debtor in this Chapter 7 Case, has signed the Schedules and Statement.  In reviewing and signing the Schedules and Statement, Ms. Corlito has necessarily relied upon the efforts, statements, advice, and representations of the Debtor's personnel and the Debtor's advisors.  Ms. Corlito has not (and could not have) personally

---

[1] The last four digits of the Debtor's federal tax identification number are 7457.  The Debtor's mailing address is 2514 Whitney Avenue, Unit 186919, Hamden, CT 06518.

[2] These Global Notes supplement and are in addition to any specific notes contained herein.

verified the accuracy of each such statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors.

## Global Notes and Overview of Methodology

1. **Reporting Date.** Except where otherwise noted, the information provided herein is presented as of April 30, 2025. Schedule E/F is presented as of May 31, 2025. Schedule A/B part 1 question 3 and Statement part 2 questions 3 and 4 are presented as of June 18, 2025.

2. **Basis of Presentation.** The financial information disclosed herein is unaudited.  The Schedules and Statement do not purport to represent financial statements prepared in accordance with generally accepted accounting principles ("GAAP"), federal or state securities laws or other applicable non-bankruptcy standards, principles, or law, nor are they intended to fully reconcile to the financial statements prepared by the Debtor. Information contained in the Schedules and Statement has been derived from the Debtor's books and records and historical financial statements.

3. **Reservations and Limitations.** Nothing contained in the Schedules and Statement or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to the Chapter 7 Case including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of the Bankruptcy Code and/or causes of action arising under the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

## General Disclosures Applicable to Schedules and Statement

1. **Causes of Action.**  In April 2025, Monica Blacker, a partner at Force 10 Partners ("Force 10"), was appointed as an independent director (the "Independent Director") of the Debtor. The Independent Director was charged with, among other things, overseeing an investigation into the allegations against Christine Hunsicker and any other claims and/or causes of action the Debtor may have against its current and former officers, directors or employees related to the misconduct allegedly committed by Hunsicker (the "Investigation"). After appointing the Independent Manager, the Debtor established a special committee of its board of directors (the "Special Committee") and appointed the Independent Director as the sole member of the Special Committee. The Special Committee had the sole and exclusive power to oversee the Investigation, and retained Raines Feldman Littrell LLP and Force 10 to conduct the Investigation.  Based upon the Investigation conducted by the Independent Director and her advisors, the Debtor believes it may have various claims and causes of action against current and former directors, officers, and employees, including, but not limited to, claims and causes of action based on breaches of fiduciary duty, fraudulent conveyance, and fraud. The written report related to the Investigation and prepared by the Independent Director and her advisors more fully describes certain of these potential claims and causes of action.

Despite reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action as assets in its Schedules and Statement, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

2. **Recharacterization.** Notwithstanding the Debtor's reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business.

3. **Claim Designations.** Schedules D, E, and F permit the Debtor to designate a claim as "contingent," "unliquidated," and/or "disputed." The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules or Statement on any grounds. Moreover, the Debtor reserves all of its rights to amend its Schedules and Statement to subsequently designate any claims as "contingent," "unliquidated," and/or "disputed."

4. **Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtor may be scheduled as "unliquidated."

5. **Undetermined Amounts.** The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount. The amounts represented in the Schedules and Statement are totals of all known amounts. When necessary, the Debtor has indicated that the value of certain assets is "unknown." To the extent that any assets have been identified as having an "unknown" value, the actual total may be different from the total listed in the Schedules and Statement.

6. **Net Book Values**. Unless otherwise indicated, the Debtor's Schedules and Statement reflect net book values as of the dates set forth in the above General Notes and Overview of Methodology. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets.

7. **Current Values**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of the Debtor's limited resources to obtain current market valuations of all its assets. For these reasons, where applicable, the Debtor has provided an estimate of resale/recovery value or indicated in the Schedules and Statement that the values of certain assets and liabilities are undetermined or unknown. The actual value may be different from the current value listed in the Schedules and Statement.

8. **Duplication.** Certain of the Debtor's assets, liabilities, and payments may properly be disclosed in response to multiple parts of the Schedules and Statement. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and payments once.

9. **Classifications.** Listing (i) a claim on (a) Schedule D as "secured," (b) Schedule E/F as "priority," or (c) Schedule E/F as "unsecured" or (ii) a contract or lease on Schedule G as "executory" or "unexpired," does not constitute a waiver of the Debtor's rights to re-characterize or reclassify such claims or contracts or to setoff such claims, as appropriate.

10. **Fiscal Year.** The Debtor's fiscal year ends on September 30.

11. **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

12. **Insiders.** For purposes of the Schedules and Statement, the Debtor defined "insiders" in accordance with section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and including them in the Schedules and Statement shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (i) any insider's influence over the control of the Debtor; (ii) the management responsibilities or functions of any such insider; (iii) the decision making or corporate authority of any such insider; or (iv) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

## Specific Schedules Disclosures

### Specific Note Regarding Schedule A/B, Part 2, Question 8

In the ordinary course of business, the Debtor obtains certain credits from suppliers and trade partners against future invoices. Such credits did not result from cash outlays by the Debtor and have no value absent future purchases by the Debtor. Accordingly, such credits are not listed in schedule A/B.

### Specific Note Regarding Schedule A/B, Part 3, Question 11

Although the Debtor believes that a material amount of the Debtor's accounts receivable likely are uncollectible in light of the filing of the Chapter 7 Case, the Debtor has not conducted a formal analysis of the collectability of such accounts receivable. Accordingly, the Debtor's response to Schedule A/B question 11 does not include any deductions on account of the collectability of the accounts receivable.

### Specific Note Regarding Schedule A/B, Part 5, Question 22

In connection with its businesses, the Debtor holds goods owned by retail brands for which it provides e-commerce services (the "Clients") in its facilities pending shipment. The Debtor does not take title to the goods that it receives, stores, and ships on behalf of its Clients. Rather, title to these goods remains with the Client while the goods are in the Debtor's possession. Accordingly, such garments are not included in the Debtor's response to this question. They are, however, listed in response to Statement Part 11, Question 21.

### Specific Note Regarding Schedule A/B, Part 11, Question 74

Based upon the Investigation of the Independent Director, the Debtor believes it has various claims and causes of action against current and former directors, officers, and employees, including, but not limited to, claims and causes of action based on breaches of fiduciary duty, fraudulent conveyance, and fraud. The independent investigation report prepared by the Independent Director and her counsel more fully describes certain of these potential claims and causes of action

Despite reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action as assets in its Schedules and Statement, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

The Debtor hereby reserves all of its rights to amend or supplement Schedule A/B as necessary to the extent it becomes aware of any additional claims or causes of action.

### Specific Note Regarding Schedule D, Part 1, Question 2.1

While reasonable efforts have been made to ensure the accuracy of Schedule D, inadvertent errors or omissions may have occurred. Accordingly, the Debtor reserves all of its rights to amend or supplement such Schedule as necessary.

The Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

### Specific Notes Regarding Schedule E/F

While reasonable efforts have been made to ensure the accuracy of Schedule E/F, inadvertent errors or omissions may have occurred. Accordingly, the Debtor reserves all of its rights to amend or supplement such Schedule as necessary.

The listing of any claims on Schedule E/F does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtor reserves all of its rights to dispute the amount and/or the priority status of any claim on any basis at any time. In an effort to identify, and resolve all tax or regulatory claims, the Debtor has listed all known historical tax and regulatory agencies to the best of their ability on Schedule E/F, Part 1.

The claims listed in Schedule E/F allegedly arose or were allegedly incurred on various dates. In certain instances, ascertaining the date on which a claim arose is an open question of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a specific date for each claim listed on Schedule E/F.

Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

### Specific Notes Regarding Schedule G

While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  The Debtor hereby reserves all of its rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary.  Furthermore, the Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

### <u>Specific Statement Disclosure</u>

### Specific Note Regarding Part 2, Question 3

Payments made to insiders within 90 days preceding the Petition Date were not included in Question 3 as they are reflected in Question 4.

### Specific Note Regarding Part 3, Question 7

While the Debtor believes it was diligent in its efforts to identify the legal actions the Debtor was party to, it is possible that certain proceedings may have been inadvertently excluded in Part 3, Question 7, and the Debtor reserves all rights to amend or supplement the response.

### Specific Note Regarding Part 13, Question 26d

Prior to the Petition Date, the Debtor provided certain financial information to various parties in connection with efforts to obtain financing.  The Debtor also provided certain indirect interest holders with certain financial information.  The aforementioned parties are not identified on Statement question 26d.

**Fill in this information to identify the case:**

Debtor name: <u>CaaStle Inc.</u>

United States Bankruptcy Court for the District of <u>Delaware</u>

Case number (If known): <u>25-11187</u>

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

| | |
| --- | --- |
| 1a. **Real property:** Copy line 88 from Schedule A/B | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $ 18,080,800.63 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $ 18,080,800.63 |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property:** (Official Form 206D) Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D — $ 5,501,118.67

3. **Schedule E/F: Creditors Who Have Unsecured Claims:** (Official Form 206E/F)

| | |
| --- | --- |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | $ 23,702.95 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | + $ 8,098,372.66 |

4. **Total liabilities:** Lines 2 + 3a + 3b — $ 13,623,194.28

**Fill in this information to identify the case:**

Debtor name: CaaStle Inc.

United States Bankruptcy Court for the District of __Delaware__

Case number (If known): 25-11187

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 3.1. | JP Chase Bank | Commercial Checking | 5229 | $ | 0.00 |
| 3.2. | JP Chase Bank | Commercial Checking | 5774 | $ | 29,128.44 |
| 3.3. | JP Chase Bank | Commercial Checking | 8996 | $ | 17,295.77 |
| 3.4. | JP Chase Bank | Commercial Checking | 6108 | $ | 76,719.69 |
| 3.5. | JP Chase Bank | Commercial Checking | 2482 | $ | 147,887.99 |
| 3.6. | JP Chase Bank | Commercial Checking | 1971 | $ | 421,739.02 |

4. **Other cash equivalents (Identify all)**

| | | | |
|---|---|---|---|
| 4.1. | JP Chase - Line of Credit | $ | 279,413.45 |

*Last 4 of Acc 9299*

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 972,184.36

---

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| | | | |
|---|---|---|---|
| 7.1. | Security Deposit - 189 Bernardo LLC | $ | 100,000.00 |
| 7.2. | Security Deposit - Amex Credit Card | $ | 125,000.00 |
| 7.3. | Security Deposit - Braintree | $ | 50,000.00 |
| 7.4. | Security Deposit - Brex Credit Card | $ | 25,000.00 |
| 7.5. | Utility Deposit - Columbia Gas of OHIO | $ | 416.00 |
| 7.6. | Security Deposit - KTR Property Trust I | $ | 50,000.00 |
| 7.7. | Security Deposit - The Kitchens Inc DBA Forkable | $ | 12,870.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | | | |
|---|---|---|---|
| 8.1. | See Attached Exhibit AB 8 | $ | 777,751.04 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 1,141,037.04

---

**Schedule A/B: Property**

**Part 3:**     Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 a. 90 days old or less: | $ 1,439,315.72 | - | $ 0.00 | = → | $ 1,439,315.72 | |
| | face amount | | doubtful or uncollectible accounts | | | |
| 11 b. Over 90 days old: | $ 13,368,661.94 | - | $ 0.00 | = → | $ 13,368,661.94 | |
| | face amount | | doubtful or uncollectible accounts | | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $ 14,807,977.66 |
|---|

**Part 4:**     Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership: | | |
|---|---|---|---|---|
| 15.1. | CaaStle Technology and Services India Pvt. Ltd. | 99 | $ | Undetermined |
| 15.2. | P180 Inc. | 14 | $ | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $ 0.00 |
|---|

**Part 5:**     Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| 22.1. | Garments | 12/31/2024 | $ | 886,686.47 | Net Book Value | $ | 886,686.47 |
|-------|----------|------------|---|------------|----------------|---|------------|
|       |          | MM/DD/YYYY |   |            |                |   |            |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $ 886,686.47 |
|---|

24. **Is any of the property listed in Part 5 perishable?**

☑ No.

☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No.

☐ Yes.

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops-either planted or harvested**

29. **Farm animals Examples: Livestock, poultry, farm-raised fish**

30. **Farm machinery and equipment (Other than titled motor vehicles)**

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| $ 0.00 |
|---|

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|------------------------------------------|------------------------------------|

39. **Office furniture**

| 39.1. | Office Furniture | $ | N/A | Net Book Value | $ | N/A |
|-------|------------------|---|-----|----------------|---|-----|

40. **Office fixtures**

| 40.1. | Office Fixtures - Computers, TV, & Security Equipment | $ | 7,457.40 | Net Book Value | $ | 7,457.40 |
|-------|------------------------------------------------------|---|----------|----------------|---|----------|

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1. | Office equipment | $ | 55,003.97 | Straight Line Depreciation | $ | 55,003.97 |
|-------|------------------|---|-----------|----------------------------|---|-----------|

42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| $ 62,461.37 |
|-------------|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, mode, and identification numbers (i.e VIN, HIN) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| 50.1. | Other machinery and equipment | $ 210,453.73 | Straight Line Depreciation | $ 210,453.73 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 210,453.73

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

☑ Yes.

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 9:** Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1. | 5 Penn Plaza, LLC 5 Penn Plaza, 24th Fl, New York, NY 10001 | Lease | $ Undetermined | Net Book Value | $ Undetermined |
| 55.2. | 189 Bernardo, LLC 189 N. Bernardo Ave., Ste 250, Mountain View, CA 94043 | Lease | $ Undetermined | Net Book Value | $ Undetermined |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| 55.3. | KTR Ohio, LLC 5650 Green Pointe Dr N Groveport, OH 43215 | Lease | $ | Undetermined | Net Book Value | $ | Undetermined |
| 55.4. | Liberty Property Limited Partnership 15333 N Pima Rd, Ste 375, Scottsdale, AZ 85260 | Lease | $ | Undetermined | Net Book Value | $ | Undetermined |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| Undetermined |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.

☐ Yes.

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| **Part 10:** | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1.    See Attached Exhibit AB60 | $            Undetermined | Net Book Value | $            Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1.    See Attached Exhibit AB61 | $            Undetermined | Net Book Value | $            Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1.    See Attached Exhibit AB63 | $            Undetermined | Net Book Value | $            Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Undetermined |
|---|

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No.

☑ Yes.

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No.

☐ Yes.

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No.

☐ Yes.

| Part 11: | All other assets |
|---|---|

**70.** Does the debtor own any other assets that have not yet been reported on this form?

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**71.** Notes receivable

**72.** Tax refunds and unused net operating losses (NOLs)

| | Description (for example, federal, state, local) | Tax year | | |
|---|---|---|---|---|
| 72.1. | Federal | 2023 | $ | Undetermined |

**73.** Interests in insurance policies or annuities

| 73.1. | See Attached Exhibit AB 73 | $ | Undetermined |
|---|---|---|---|

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)

| 74.1. | Various current and former directors, officers and employees | Undetermined |
|---|---|---|
| **Nature of claim** | Various claims and causes of action against current and former directors and officers and employees, including, but not limited to, claims and causes of action based on breaches of fiduciary duty, fraudulent conveyance, and fraud. | |
| **Amount requested** | Undetermined | |
| 74.2. | CaaStle, Inc. v P180, et al | Undetermined |
| **Nature of claim** | A claim for 14.4 million on account of unpaid receivables plus counterclaims. | |
| **Amount requested** | $14.4 M (amount due plus interest) plus legal fees and costs | |
| 74.3. | CaaStle Inc. v KSV Partners | Undetermined |
| **Nature of claim** | Counterclaims related to KSV CaaStle Holdings L.P. v. CaaStle Inc. litigation | |
| **Amount requested** | Legal fees and costs | |

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

**76.** Trusts, equitable or future interests in property

**77.** Other property of any kind not already listed Examples: Season tickets, country club membership

**78.** Total of Part 11.

Add lines 71 through 77. Copy the total to line 90.

| | Undetermined |
|---|---|

**Schedule A/B: Property**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80 . Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $ 972,184.36 | |
| 81 . Deposits and prepayments. Copy line 9, Part 2. | $ 1,141,037.04 | |
| 82 . Accounts receivable. Copy line 12, Part 3. | $ 14,807,977.66 | |
| 83 . Investments. Copy line 17, Part 4. | $ 0.00 | |
| 84 . Inventory. Copy line 23, Part 5. | $ 886,686.47 | |
| 85 . Farming and fishing-related assets.Copy line 33, Part 6. | $ 0.00 | |
| 86 . Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $ 62,461.37 | |
| 87 . Machinery, equipment, and vehicles. Copy line 51, Part 8. | $ 210,453.73 | |
| 88 . Real property. Copy line 56, Part 9. | | Undetermined |
| 89 . Intangibles and intellectual property.Copy line 66, Part 10. | Undetermined | |
| 90 . All other assets. Copy line 78, Part 11. | Undetermined | |
| 91 . Total. Add lines 80 through 90 for each column. | 91a. $ 18,080,800.63 + | 91b. $ 0.00 + Undetermined |
| 92 . Total of all property on Schedule A/B. Lines 91a + 91b = 92 | | 18,080,800.63 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 8

## PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent.**

| Holder of Prepayment | Date Closed | Current Value of Debtor's Interest |
|---|---|---|
| AION-Tech Solutions Limited | 6/11/2024 | $ 8,808.62 |
| Anaplan, Inc. | Various | $ 84,295.17 |
| Ashby, Inc. | 2/11/2024 | $ 12,260.58 |
| AudioEye, Inc | | $ 4,714.18 |
| AudioEye, Inc | | $ 34,495.98 |
| BrowserStack Inc | | $ 13,574.68 |
| CDW LLC | 6/16/2022 | $ 352.21 |
| CNA Insurance | 10/4/2025 | $ 10,608.64 |
| Cryostar Industries, Inc. | 4/12/2024 | $ 692.68 |
| Figma, Inc. | 2/11/2024 | $ 6,321.17 |
| Figma, Inc. | 1/30/2025 | $ 433.27 |
| Hartford | 11/10/2024 | $ 639.29 |
| JAMF Software, LLC | 12/11/2024 | $ 13,326.16 |
| Kastle New York LLC | 10/1/2025 | $ 2,934.14 |
| KnowBe4, Inc. | 9/30/2024 | $ 6,896.63 |
| Linkedin Corporation | | $ 4,030.56 |
| Manhattan associates | 2/12/2024 | $ 194.09 |
| Manhattan associates | 4/12/2024 | $ 18,904.25 |
| Navex Global Inc | | $ 8,050.55 |
| NFP (Carrier: Chubb Group of Insurance Companies) | 1/22/2025 | $ 43,810.70 |
| NFP (Carrier: Starr International Group) | 1/24/2025 | $ 34,238.24 |
| NFP (Carrier: Starr International Group) | 1/31/2025 | $ 1,283.92 |
| NFP (Carrier: Starr International Group) | 3/20/2025 | $ 25,572.64 |
| NFP (Carrier:Nautilus Insurance Company) | 3/6/2024 | $ 16,742.32 |
| NFP (Carrier:Nautilus Insurance Company) | 8/26/2024 | $ 1,745.11 |
| Okta | 11/13/2024 | $ 41,168.37 |
| OpenVPN Inc | 7/25/2024 | $ 1,359.74 |
| Optimizely North America Inc | 7/24/2024 | $ 7,255.37 |
| Oracle America, Inc. | 3/18/2025 | $ 10,357.20 |
| PACIFIC WEST SECURITY, INC | 4/18/2025 | $ 219.20 |
| PDQ.com | 1/25/2025 | $ 2,525.52 |
| Promevo Holdings | 9/12/2024 | $ 4,923.97 |
| Qualtrics, LLC | 6/3/2025 | $ 6,700.00 |
| Salary.com, LLC | 9/9/2024 | $ 2,502.47 |
| salesforce.com, inc | 6/28/2024 | $ 2,304.48 |
| salesforce.com, inc | 7/2/2025 | $ 42,711.73 |
| salesforce.com, inc | Various | $ 233,635.80 |
| salesforce.com, inc | | $ 565.79 |
| SalesLoft, Inc. | 10/9/2024 | $ 2,474.53 |
| SecureDocs, Inc. | 9/9/2024 | $ 4,082.12 |
| Solium Plan Managers LLC | 7/17/2024 | $ 1,414.49 |
| SOVOS Compliance | 1/3/2027 | $ 3,467.16 |
| SOVOS Compliance | | $ 3,777.65 |
| Sprout Social | Various | $ 5,202.49 |
| SurveyMonkey Inc. | 5/12/2024 | $ 5,393.96 |
| Vertex Cloud | 3/17/2025 | $ 4,390.39 |
| Vertex Cloud | 3/19/2025 | $ 15,826.22 |
| Wrike inc. | 7/1/2025 | $ 20,566.61 |
| **Grand Total** | | **$ 777,751.04** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 60

## PATENTS, COPYRIGHTS, TRADEMARKS, OR TRADE SECRETS

CaaStle Inc.
Case No. 25-11187
Schedule AB60: Patents, copyrights, trademarks, and trade secrets

| Description | Type | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Chinese Patent Application 2020800286534 - SYSTEMS AND METHODS FOR AUTOMATIC APPAREL WEARABILITY MODEL TRAINING AND PREDICTION | Patent | Undetermined | Net Book Value | Undetermined |
| Chinese Patent Application 2020800346925 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR TRANSACTIONS OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| Chinese Patent Application 2020800347576 - SYSTEMS AND METHODS FOR DERIVING PLATFORM FEEDBACK DATA FOR DYNAMIC RETRIEVAL BY DOWNSTREAM SUBSYSTEMS | Patent | Undetermined | Net Book Value | Undetermined |
| Chinese Patent Application 2020800829954 - FAST ELECTRONIC MESSAGING TESTING AND LOCATION IMPACT ASSESSMENT | Patent | Undetermined | Net Book Value | Undetermined |
| Chinese Patent Application 2021800129557 - FAST ELECTRONIC MESSAGING TESTING AND LOCATION IMPACT ASSESSMENT | Patent | Undetermined | Net Book Value | Undetermined |
| Chinese Patent Application 2021800143770 - SYSTEM AND METHOD FOR PREDICTING INBOUND TELECOMMUNICATIONS ASSOCIATED WITH ELECTRONIC TRANSACTION SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| Chinese Patent Application 2021800158475 - SYSTEMS AND METHODS FOR ROUTING INCOMING CALLS TO OPERATOR DEVICES BASED ON PERFORMANCE ANALYTICS | Patent | Undetermined | Net Book Value | Undetermined |
| Chinese Patent Application 2021800163691X - SYSTEM AND METHOD FOR OPTIMIZING WEARABLE ITEM SELECTION IN ELECTRONIC GARMENT ORDERING PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| Chinese Patent Application 2021800318883 - SYSTEMS AND METHODS FOR GARMENT SIZE RECOMMENDATION | Patent | Undetermined | Net Book Value | Undetermined |
| Chinese Patent Application 2021800332255 - METHODS AND SYSTEMS FOR PROVIDING A PERSONALIZED USER INTERFACE | Patent | Undetermined | Net Book Value | Undetermined |
| Chinese Patent Application 2022106976163 - COMPUTER-IMPLEMENTED METHOD, COMPUTER SYSTEM AND NON-TRANSITORY COMPUTER-READABLE MEDIUM | Patent | Undetermined | Net Book Value | Undetermined |
| Chinese Patent Application 2022110313042X - SYSTEMS AND METHODS FOR AUTOMATIC TRAINING AND PREDICTION OF GARMENT USAGE MODELS | Patent | Undetermined | Net Book Value | Undetermined |
| Chinese Patent Application 2022113860833 - COMPUTER-IMPLEMENTED METHOD, COMPUTER SYSTEM AND NON-TRANSITORY COMPUTER-READABLE MEDIUM | Patent | Undetermined | Net Book Value | Undetermined |
| EU TM Application 018010202 - CAASTLE | Trademark | Undetermined | Net Book Value | Undetermined |
| EU TM Application 018010203 - CAASTLE | Trademark | Undetermined | Net Book Value | Undetermined |
| EU TM Application 018010205 - GWYNNIE BEE | Trademark | Undetermined | Net Book Value | Undetermined |
| EU TM Application 018010206 - GWYNNIE BEE | Trademark | Undetermined | Net Book Value | Undetermined |
| EU TM Application 018347430 - DART | Trademark | Undetermined | Net Book Value | Undetermined |
| European Patent Application 20755494 - SYSTEMS AND METHODS FOR AUTOMATIC APPAREL WEARABILITY MODEL TRAINING AND PREDICTION | Patent | Undetermined | Net Book Value | Undetermined |
| European Patent Application 20757207.4 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR TRANSACTIONS OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| European Patent Application 20791173.6 - SYSTEMS AND METHODS FOR DERIVING PLATFORM FEEDBACK DATA FOR DYNAMIC RETRIEVAL BY DOWNSTREAM SUBSYSTEMS | Patent | Undetermined | Net Book Value | Undetermined |
| European Patent Application 20893118.8 - SYSTEMS AND METHODS FOR ELECTRONIC MESSAGING TESTING OPTIMIZATION IN PROSPECT ELECTRONIC MESSAGES SERIES | Patent | Undetermined | Net Book Value | Undetermined |
| European Patent Application 20896230.8 - SYSTEMS AND METHODS FOR USER SELECTION OF WEARABLE ITEMS FOR NEXT SHIPMENT IN ELECTRONIC CLOTHING SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| European Patent Application 20896513.7 - RAPID ELECTRONIC MESSAGING TESTING AND POSITIONAL IMPACT ASSESSMENT | Patent | Undetermined | Net Book Value | Undetermined |
| European Patent Application 21750597.3 - SYSTEMS AND METHODS FOR PRODUCT IDENTIFICATION USING IMAGE ANALYSIS FROM IMAGE MASK AND TRAINED NEURAL NETWORK | Patent | Undetermined | Net Book Value | Undetermined |
| European Patent Application 21761478.3 - SYSTEMS AND METHODS FOR OPTIMIZING WEARABLE ITEM SELECTION IN ELECTRONIC CLOTHING SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| European Patent Application 21764115.8 - SYSTEMS AND METHODS FOR FORECASTING INBOUND TELECOMMUNICATIONS ASSOCIATED WITH AN ELECTRONIC TRANSACTIONS SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| European Patent Application 21767846.5 - SYSTEMS AND METHODS FOR ROUTING INCOMING CALLS TO OPERATOR DEVICES BASED ON PERFORMANCE ANALYTICS | Patent | Undetermined | Net Book Value | Undetermined |
| European Patent Application 21795596.2 - SYSTEMS AND METHODS FOR GARMENT SIZE RECOMMENDATION | Patent | Undetermined | Net Book Value | Undetermined |
| European Patent Application 21799880 - METHODS AND SYSTEMS FOR PROVIDING A PERSONALIZED USER INTERFACE | Patent | Undetermined | Net Book Value | Undetermined |
| European Patent Application 22176212.3 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR TRANSACTIONS OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| Indian Patent Application 202117037195 - SYSTEMS AND METHODS FOR AUTOMATIC APPAREL WEARABILITY MODEL TRAINING AND PREDICTION | Patent | Undetermined | Net Book Value | Undetermined |
| Indian Patent Application 202117045254 - SYSTEMS AND METHODS FOR DERIVING PLATFORM FEEDBACK DATA FOR DYNAMIC RETRIEVAL BY DOWNSTREAM SUBSYSTEMS | Patent | Undetermined | Net Book Value | Undetermined |
| Indian Patent Application 202117045257 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR TRANSACTIONS OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| U.S. Patent No. 10,986,233 - SYSTEMS AND METHODS FOR FORECASTING INBOUND TELECOMMUNICATIONS ASSOCIATED WITH AN ELECTRONIC TRANSACTIONS SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| U.S. Patent No. 11,218,598 - SYSTEMS AND METHODS FOR FORECASTING INBOUND TELECOMMUNICATIONS ASSOCIATED WITH AN ELECTRONIC TRANSACTIONS SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| U.S. Patent No. 11,255,773 - SYSTEMS AND METHODS FOR PHASED ARTICLE INSPECTIONS | Patent | Undetermined | Net Book Value | Undetermined |
| U.S. Patent No. 11,276,072 - METHODS AND SYSTEMS FOR DETERMINING A QUANTITY AND A SIZE DISTRIBUTION | Patent | Undetermined | Net Book Value | Undetermined |
| U.S. Patent No. 11,410,126 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR INVENTORY SHARING | Patent | Undetermined | Net Book Value | Undetermined |
| U.S. Patent No. 11,481,833 - SYSTEMS AND METHODS FOR PROVIDING A USER INTERFACE FOR AN ELECTRONIC TRANSACTIONS PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| U.S. Patent No. 11,776,048 - SYSTEMS AND METHODS FOR PROVIDING A USER INTERFACE FOR AN ELECTRONIC TRANSACTIONS PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| UK TM Application UK00003562737 - DART | Trademark | Undetermined | Net Book Value | Undetermined |
| UK TM Application UK00003639938 - CLOTHING WITHOUT COMMITMENT | Trademark | Undetermined | Net Book Value | Undetermined |
| UK TM Application UK00003640006 - HAVERDASH | Trademark | Undetermined | Net Book Value | Undetermined |
| UK TM Application UK00003640016 - LIFE'S TOO        TO WEAR THE SAME THING TWICE. | Trademark | Undetermined | Net Book Value | Undetermined |
| UK TM Application UK00918010202 - CAASTLE | Trademark | Undetermined | Net Book Value | Undetermined |
| UK TM Application UK00918010203 - CAASTLE | Trademark | Undetermined | Net Book Value | Undetermined |
| UK TM Application UK00918010205 - GWYNNIE BEE | Trademark | Undetermined | Net Book Value | Undetermined |
| UK TM Application UK00918010206 - GWYNNIE BEE | Trademark | Undetermined | Net Book Value | Undetermined |
| US Patent 10,402,648 - SYSTEMS AND METHODS FOR COLOR AND PATTERN ANALYSIS OF IMAGES OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,494,759 - SYSTEMS AND METHODS FOR ARTICLE INSPECTIONS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,502,691 - SYSTEMS AND METHODS FOR INSPECTION AND DEFECT DETECTION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,513,674 - SYSTEMS AND METHODS FOR SPOTTING TREATMENT, INSPECTION, AND TRACKING OF ARTICLES | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,528,814 - SYSTEMS AND METHODS FOR COLOR AND PATTERN ANALYSIS OF IMAGES OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,540,708 - SYSTEMS AND METHODS OF ELECTRONIC CLOSET RECOMMENDATION ENGINES AND DISPLAYS OF AN APPAREL SUBSCRIPTION APPLICATION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,655,271 - SYSTEMS AND METHODS FOR ARTICLE INSPECTIONS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,677,740 - SYSTEMS AND METHODS FOR INSPECTION AND DEFECT DETECTION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,726,265 - SYSTEMS AND METHODS FOR COLOR AND PATTERN ANALYSIS OF IMAGES OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,769,198 - SYSTEMS AND METHODS FOR PRODUCT IDENTIFICATION USING IMAGE ANALYSIS FROM IMAGE MASK AND TRAINED NEURAL NETWORK | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,771,628 - SYSTEMS AND METHODS FOR FORECASTING INBOUND TELECOMMUNICATIONS ASSOCIATED WITH AN ELECTRONIC TRANSACTIONS SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,796,276 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR TRANSACTIONS OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,796,277 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR TRANSACTIONS OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,803,509 - SYSTEMS AND METHODS FOR GARMENT SIZE RECOMMENDATION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,817,930 - SYSTEMS AND METHODS OF ELECTRONIC CLOSET RECOMMENDATION ENGINES AND DISPLAYS OF AN APPAREL SUBSCRIPTION APPLICATION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,902,261 - SYSTEMS AND METHODS FOR COLOR AND PATTERN ANALYSIS OF IMAGES OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |

CaaStle Inc.
Case No. 25-11187
Schedule AB60: Patents, copyrights, trademarks, and trade secrets

| Description | Type | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| US Patent 10,902,510 - SYSTEMS AND METHODS FOR ANALYSIS OF WEARABLE ITEMS OF A CLOTHING SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 10,997,505 - SYSTEMS AND METHODS FOR OPTIMIZING WEARABLE ITEM SELECTION IN ELECTRONIC CLOTHING SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,032,226 - SYSTEMS AND METHODS FOR RAPID ELECTRONIC MESSAGING TESTING AND POSITIONAL IMPACT ASSESSMENT IN A PROSPECT ELECTRONIC MESSAGING SERIES | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,057,523 - SYSTEMS AND METHODS FOR ROUTING INCOMING CALLS TO OPERATOR DEVICES BASED ON PERFORMANCE ANALYTICS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,068,772 - SYSTEMS AND METHODS FOR AUTOMATIC APPAREL WEARABILITY MODEL TRAINING AND PREDICTION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,078,449 - SYSTEMS AND METHODS FOR SPOTTING TREATMENT, INSPECTION, AND TRACKING OF ARTICLES | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,087,392 - SYSTEMS AND METHODS FOR ANALYSIS OF WEARABLE ITEMS OF A CLOTHING SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,100,459 - SYSTEMS AND METHODS FOR ARTICLE INVENTORY TRANSFER | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,151,504 - SYSTEMS AND METHODS FOR ELECTRONIC MESSAGING TESTING OPTIMIZATION IN PROSPECT ELECTRONIC MESSAGES SERIES | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,294,952 - SYSTEMS AND METHODS FOR PRODUCT IDENTIFICATION USING IMAGE ANALYSIS FROM IMAGE MASK AND TRAINED NEURAL NETWORK | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,307,149 - SYSTEMS AND METHODS FOR INSPECTION AND DEFECT DETECTION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,308,445 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR TRANSACTIONS OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,334,939 - SYSTEMS AND METHODS FOR MANAGING DATA ASSOCIATED WITH AN ELECTRONIC TRANSACTIONS PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,348,164 - SYSTEMS AND METHODS OF ELECTRONIC CLOSET RECOMMENDATION ENGINES AND DISPLAYS OF AN APPAREL SUBSCRIPTION APPLICATION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,348,166 - SYSTEMS AND METHODS FOR ANALYSIS OF WEARABLE ITEMS OF A CLOTHING SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,354,622 - SYSTEMS AND METHODS FOR THIRD PARTY WAREHOUSE INTEGRATION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,367,122 - SYSTEMS AND METHODS FOR GARMENT SIZE RECOMMENDATION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,368,419 - SYSTEMS AND METHODS FOR RAPID ELECTRONIC MESSAGING TESTING AND POSITIONAL IMPACT ASSESSMENT IN A PROSPECT ELECTRONIC MESSAGING SERIES | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,557,114 - SYSTEMS AND METHODS FOR COLOR AND PATTERN ANALYSIS OF IMAGES OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,570,305 - SYSTEMS AND METHODS FOR FORECASTING INBOUND TELECOMMUNICATIONS ASSOCIATED WITH AN ELECTRONIC TRANSACTIONS SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,727,466 - SYSTEMS AND METHODS FOR GARMENT SIZE RECOMMENDATION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,803,810 - SYSTEMS AND METHODS FOR COMPUTER-BASED MERCHANDISE PLANNING ENGINE | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,807,982 - SYSTEMS AND METHODS FOR ARTICLE INSPECTIONS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,810,065 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR TRANSACTIONS OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,842,378 - SYSTEMS AND METHODS FOR PRODUCT IDENTIFICATION USING IMAGE ANALYSIS FROM IMAGE MASK AND TRAINED NEURAL NETWORK | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,847,800 - SYSTEMS AND METHODS FOR COLOR AND PATTERN ANALYSIS OF IMAGES OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 11,856,143 - SYSTEMS AND METHODS FOR FORECASTING INBOUND TELECOMMUNICATIONS ASSOCIATED WITH AN ELECTRONIC TRANSACTIONS SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent 12,033,208 - SYSTEMS AND METHODS FOR ANALYSIS OF WEARABLE ITEMS OF A CLOTHING SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 16/358,150 - SYSTEMS AND METHODS FOR COMPUTER-BASED MERCHANDISE PLANNING ENGINE | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 16/702,848 - SYSTEMS AND METHODS FOR USER SELECTION OF WEARABLE ITEMS FOR NEXT SHIPMENT IN ELECTRONIC CLOTHING SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 16/868,903 - METHODS AND SYSTEMS FOR PROVIDING A PERSONALIZED USER INTERFACE | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/168,241 - SYSTEMS AND METHODS FOR DERIVING PLATFORM FEEDBACK DATA FOR DYNAMIC RETRIEVAL BY DOWNSTREAM SUBSYSTEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/223,533 - SYSTEMS AND METHODS FOR OPTIMIZING WEARABLE ITEM SELECTION IN ELECTRONIC CLOTHING SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/344,029 - SYSTEMS AND METHODS FOR ROUTING INCOMING CALLS TO OPERATOR DEVICES BASED ON PERFORMANCE ANALYTICS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/350,052 - SYSTEMS AND METHODS FOR AUTOMATIC APPAREL WEARABILITY MODEL TRAINING AND PREDICTION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/362,506 - SYSTEMS AND METHODS FOR SPOTTING TREATMENT, INSPECTION, AND TRACKING OF ARTICLES | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/379,148 - SYSTEMS AND METHODS FOR ARTICLE INVENTORY TRANSFER | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/447,968 - SYSTEMS AND METHODS FOR ELECTRONIC MESSAGING TESTING OPTIMIZATION IN PROSPECT ELECTRONIC MESSAGES SERIES | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/590,858 - METHODS AND SYSTEMS FOR DETERMINING A QUANTITY AND A SIZE DISTRIBUTION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/654,702 - SYSTEMS AND METHODS FOR INSPECTION AND DEFECT DETECTION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/659,220 - SYSTEMS AND METHODS FOR MANAGING DATA ASSOCIATED WITH AN ELECTRONIC TRANSACTIONS PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/660,743 - SYSTEMS AND METHODS OF ELECTRONIC CLOSET RECOMMENDATION ENGINES AND DISPLAYS OF AN APPAREL SUBSCRIPTION APPLICATION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/661,791 - SYSTEMS AND METHODS FOR THIRD PARTY WAREHOUSE INTEGRATION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/664,182 - SYSTEMS AND METHODS FOR RAPID ELECTRONIC MESSAGING TESTING AND POSITIONAL IMPACT ASSESSMENT IN A PROSPECT ELECTRONIC MESSAGING SERIES | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 17/810,081 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR INVENTORY SHARING | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 18/059,545 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR INVENTORY SHARING | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 18/341,074 - SYSTEMS AND METHODS FOR GARMENT SIZE RECOMMENDATION | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 18/450,623 - SYSTEMS AND METHODS FOR PROVIDING A USER INTERFACE FOR AN ELECTRONIC TRANSACTIONS PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 18/476,088 - SYSTEMS AND METHODS FOR COMPUTER-BASED MERCHANDISE PLANNING ENGINE | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 18/476,155 - SYSTEMS AND METHODS FOR ARTICLE INSPECTIONS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 18/479,356 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR TRANSACTIONS OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 18/501,580 - SYSTEMS AND METHODS FOR COLOR AND PATTERN ANALYSIS OF IMAGES OF WEARABLE ITEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent Application US 18/749,206 - SYSTEMS AND METHODS FOR ANALYSIS OF WEARABLE ITEMS OF A CLOTHING SUBSCRIPTION PLATFORM | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent No. 10,949,861 - SYSTEMS AND METHODS FOR DERIVING PLATFORM FEEDBACK DATA FOR DYNAMIC RETRIEVAL BY DOWNSTREAM SUBSYSTEMS | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent No. 11,410,125 - SYSTEMS AND METHODS FOR COMPUTER-BASED MERCHANDISE PLANNING ENGINE | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent No. 11,544,666 - SYSTEMS AND METHODS FOR ELECTRONIC PLATFORM FOR INVENTORY SHARING | Patent | Undetermined | Net Book Value | Undetermined |
| US Patent No. 12,259,314 - SYSTEMS AND METHODS FOR PHASED ARTICLE INSPECTIONS | Patent | Undetermined | Net Book Value | Undetermined |
| US TM Application 86106424 - GWYNNIE BEE | Trademark | Undetermined | Net Book Value | Undetermined |
| US TM Application 86106444 - CLOTHING WITHOUT COMMITMENT | Trademark | Undetermined | Net Book Value | Undetermined |
| US TM Application 87478926 - CAASTLE | Trademark | Undetermined | Net Book Value | Undetermined |
| US TM Application 87862397 - CAASTLE | Trademark | Undetermined | Net Book Value | Undetermined |
| US TM Application 87862401 - GWYNNIE BEE | Trademark | Undetermined | Net Book Value | Undetermined |
| US TM Application 88264464 - HAVERDASH | Trademark | Undetermined | Net Book Value | Undetermined |
| US TM Application 88348043 - LIFE'S TOO      TO WEAR THE SAME THING TWICE. | Trademark | Undetermined | Net Book Value | Undetermined |
| US TM Application 90260072 - DART | Trademark | Undetermined | Net Book Value | Undetermined |
| US TM Application 98447835 - BORROW NOW | Trademark | Undetermined | Net Book Value | Undetermined |
| **Grand Total** | | **Undetermined** | **Net Book Value** | **Undetermined** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 61

## INTERNET DOMAIN NAMES AND WEBSITES

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| abc-caastle.com | Undetermined | Net Book Value | Undetermined |
| abfashionfinds.com | Undetermined | Net Book Value | Undetermined |
| abouttheoutfit.com | Undetermined | Net Book Value | Undetermined |
| achicapproach.com | Undetermined | Net Book Value | Undetermined |
| adesigningmoment.com | Undetermined | Net Book Value | Undetermined |
| adornedinstyle.com | Undetermined | Net Book Value | Undetermined |
| affordglam.com | Undetermined | Net Book Value | Undetermined |
| afrogfitzcloset.com | Undetermined | Net Book Value | Undetermined |
| ageless-style.com | Undetermined | Net Book Value | Undetermined |
| agfashionfusion.com | Undetermined | Net Book Value | Undetermined |
| alamoderental.com | Undetermined | Net Book Value | Undetermined |
| alexanicolecollection.com | Undetermined | Net Book Value | Undetermined |
| alllivstylebox.com | Undetermined | Net Book Value | Undetermined |
| allthingsfashionbox.com | Undetermined | Net Book Value | Undetermined |
| alluringstyleloft.com | Undetermined | Net Book Value | Undetermined |
| allyoucanchic.com | Undetermined | Net Book Value | Undetermined |
| amandasstylebox.com | Undetermined | Net Book Value | Undetermined |
| amarastylepass.com | Undetermined | Net Book Value | Undetermined |
| ambervsthecloset.com | Undetermined | Net Book Value | Undetermined |
| amornaysarmoire.com | Undetermined | Net Book Value | Undetermined |
| amyschicboutique.com | Undetermined | Net Book Value | Undetermined |
| andreaminskicloset.com | Undetermined | Net Book Value | Undetermined |
| andysstylebox.com | Undetermined | Net Book Value | Undetermined |
| anewlookrental.com | Undetermined | Net Book Value | Undetermined |
| angsfashionflare.com | Undetermined | Net Book Value | Undetermined |
| annagalifestyle.com | Undetermined | Net Book Value | Undetermined |
| annaswardrobe.com | Undetermined | Net Book Value | Undetermined |
| annestedmanstyle.com | Undetermined | Net Book Value | Undetermined |
| anniesfashionfaves.com | Undetermined | Net Book Value | Undetermined |
| antoniettasmoda.com | Undetermined | Net Book Value | Undetermined |
| appareltoadore.com | Undetermined | Net Book Value | Undetermined |
| apres5boutique.com | Undetermined | Net Book Value | Undetermined |
| arevolvingcloset.com | Undetermined | Net Book Value | Undetermined |
| arieesfoxcollective.com | Undetermined | Net Book Value | Undetermined |
| armoiredomaima.com | Undetermined | Net Book Value | Undetermined |
| artofluxfashion.com | Undetermined | Net Book Value | Undetermined |
| ashaladelice.com | Undetermined | Net Book Value | Undetermined |
| ashleyelizabethcloset.com | Undetermined | Net Book Value | Undetermined |
| ashleyscloset carousel.com | Undetermined | Net Book Value | Undetermined |
| asmarterwaytodress.com | Undetermined | Net Book Value | Undetermined |
| astylebox.com | Undetermined | Net Book Value | Undetermined |
| asyafashioninla.com | Undetermined | Net Book Value | Undetermined |
| atiyawalcottfits.com | Undetermined | Net Book Value | Undetermined |
| attirefemmeluxe.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| auntiewearsfirst.com | Undetermined | Net Book Value | Undetermined |
| aureliastylebox.com | Undetermined | Net Book Value | Undetermined |
| authenticsoulstyle.com | Undetermined | Net Book Value | Undetermined |
| baddieandbossy.com | Undetermined | Net Book Value | Undetermined |
| balancedlabels.com | Undetermined | Net Book Value | Undetermined |
| baldheadcloset.com | Undetermined | Net Book Value | Undetermined |
| beachyvibesco.com | Undetermined | Net Book Value | Undetermined |
| beaute-box.com | Undetermined | Net Book Value | Undetermined |
| beautifulboldborrowed.com | Undetermined | Net Book Value | Undetermined |
| beautyintheboxstyle.com | Undetermined | Net Book Value | Undetermined |
| believeinufitnfashion.com | Undetermined | Net Book Value | Undetermined |
| bethatguurl.com | Undetermined | Net Book Value | Undetermined |
| bettastylebox.com | Undetermined | Net Book Value | Undetermined |
| bewitchyourwardrobe.com | Undetermined | Net Book Value | Undetermined |
| beyondcomparebyjessicasaho.com | Undetermined | Net Book Value | Undetermined |
| beyondthecardigan.com | Undetermined | Net Book Value | Undetermined |
| beyoutystylebox.com | Undetermined | Net Book Value | Undetermined |
| biancasborrowedcloset.com | Undetermined | Net Book Value | Undetermined |
| bingbingsbling.com | Undetermined | Net Book Value | Undetermined |
| birdsongwear.com | Undetermined | Net Book Value | Undetermined |
| blackdragonslotus.com | Undetermined | Net Book Value | Undetermined |
| blackrosescloset.com | Undetermined | Net Book Value | Undetermined |
| blessedwithstylebox.com | Undetermined | Net Book Value | Undetermined |
| blessyourcloset.com | Undetermined | Net Book Value | Undetermined |
| bonitaaboutique.com | Undetermined | Net Book Value | Undetermined |
| borrowandshine.com | Undetermined | Net Book Value | Undetermined |
| borrowboutiquebyjza.com | Undetermined | Net Book Value | Undetermined |
| borrowedbybesties.com | Undetermined | Net Book Value | Undetermined |
| borrowedfrombigsis.com | Undetermined | Net Book Value | Undetermined |
| bosschicscloset.com | Undetermined | Net Book Value | Undetermined |
| bossherupstylebox.com | Undetermined | Net Book Value | Undetermined |
| boujeeondemand.com | Undetermined | Net Book Value | Undetermined |
| brandnewb.com | Undetermined | Net Book Value | Undetermined |
| breysstylebox.com | Undetermined | Net Book Value | Undetermined |
| brianamariesstylebox.com | Undetermined | Net Book Value | Undetermined |
| brianasstyleheaven.com | Undetermined | Net Book Value | Undetermined |
| briannasclosetswap.com | Undetermined | Net Book Value | Undetermined |
| brizznicolefashionflip.com | Undetermined | Net Book Value | Undetermined |
| brookesbohemianstyle.com | Undetermined | Net Book Value | Undetermined |
| brookesretailtherapy.com | Undetermined | Net Book Value | Undetermined |
| browncrayoncloset.com | Undetermined | Net Book Value | Undetermined |
| bsecloset.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| buciiemstylestudio.com | Undetermined | Net Book Value | Undetermined |
| burntoutteacherboutique.com | Undetermined | Net Book Value | Undetermined |
| butlersbestpicks.com | Undetermined | Net Book Value | Undetermined |
| caas-marketing.com | Undetermined | Net Book Value | Undetermined |
| caastest.com | Undetermined | Net Book Value | Undetermined |
| caastest.info | Undetermined | Net Book Value | Undetermined |
| caastle.co | Undetermined | Net Book Value | Undetermined |
| caastle.co.uk | Undetermined | Net Book Value | Undetermined |
| caastle.com | Undetermined | Net Book Value | Undetermined |
| caastle.info | Undetermined | Net Book Value | Undetermined |
| caastle.net | Undetermined | Net Book Value | Undetermined |
| caastleaccount.com | Undetermined | Net Book Value | Undetermined |
| caastleforcreators.com | Undetermined | Net Book Value | Undetermined |
| caastleinc.com | Undetermined | Net Book Value | Undetermined |
| caastletestba.com | Undetermined | Net Book Value | Undetermined |
| caitlynnscloset.com | Undetermined | Net Book Value | Undetermined |
| calliesclosets.com | Undetermined | Net Book Value | Undetermined |
| camillasstylebox.com | Undetermined | Net Book Value | Undetermined |
| candywhitesweetcloset.com | Undetermined | Net Book Value | Undetermined |
| carasclassycloset.com | Undetermined | Net Book Value | Undetermined |
| careerglamvault.com | Undetermined | Net Book Value | Undetermined |
| carlisclutterfreecloset.com | Undetermined | Net Book Value | Undetermined |
| carolinasclosetcollection.com | Undetermined | Net Book Value | Undetermined |
| carolynpowerystylebox.com | Undetermined | Net Book Value | Undetermined |
| carosaenzcloset.com | Undetermined | Net Book Value | Undetermined |
| cass-marketing.com | Undetermined | Net Book Value | Undetermined |
| castleforcreators.com | Undetermined | Net Book Value | Undetermined |
| catesaddiction.com | Undetermined | Net Book Value | Undetermined |
| catwalkexpress.com | Undetermined | Net Book Value | Undetermined |
| ccstylebox.com | Undetermined | Net Book Value | Undetermined |
| ceceandherpup.com | Undetermined | Net Book Value | Undetermined |
| chalalasrentals.com | Undetermined | Net Book Value | Undetermined |
| channingstyles.com | Undetermined | Net Book Value | Undetermined |
| chaosbeautystylebox.com | Undetermined | Net Book Value | Undetermined |
| chaos-moda.com | Undetermined | Net Book Value | Undetermined |
| chapterchic.com | Undetermined | Net Book Value | Undetermined |
| charisrentalclothingservice.com | Undetermined | Net Book Value | Undetermined |
| charlizescloset.com | Undetermined | Net Book Value | Undetermined |
| charmbytaylorfaye.com | Undetermined | Net Book Value | Undetermined |
| chaweoncovencloset.com | Undetermined | Net Book Value | Undetermined |
| chelluxfashionrental.com | Undetermined | Net Book Value | Undetermined |
| chelsealuvslooks.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| chelskoscaastlecloset.com | Undetermined | Net Book Value | Undetermined |
| chiccycle.com | Undetermined | Net Book Value | Undetermined |
| chicerascloset.com | Undetermined | Net Book Value | Undetermined |
| chic-on-demand.com | Undetermined | Net Book Value | Undetermined |
| chicstylebox.com | Undetermined | Net Book Value | Undetermined |
| chicstyleboxonline.com | Undetermined | Net Book Value | Undetermined |
| chooseyourcloset.com | Undetermined | Net Book Value | Undetermined |
| christinesstylebox.com | Undetermined | Net Book Value | Undetermined |
| chromacobyalana.com | Undetermined | Net Book Value | Undetermined |
| cindiscloset.com | Undetermined | Net Book Value | Undetermined |
| cindystylebox.com | Undetermined | Net Book Value | Undetermined |
| ckalaamfashionrentals.com | Undetermined | Net Book Value | Undetermined |
| classytype2.com | Undetermined | Net Book Value | Undetermined |
| closetcarouselbynellie.com | Undetermined | Net Book Value | Undetermined |
| closetcollectivemonthly.com | Undetermined | Net Book Value | Undetermined |
| closetcouturerentals.com | Undetermined | Net Book Value | Undetermined |
| closetcuddlecloud.com | Undetermined | Net Book Value | Undetermined |
| closetgal.com | Undetermined | Net Book Value | Undetermined |
| closet-gwynniebee.com | Undetermined | Net Book Value | Undetermined |
| closetoncall.com | Undetermined | Net Book Value | Undetermined |
| clothedbyjael.com | Undetermined | Net Book Value | Undetermined |
| clothespressrental.com | Undetermined | Net Book Value | Undetermined |
| clothingwithoutcommitment.com | Undetermined | Net Book Value | Undetermined |
| clothingwithoutcommitment.info | Undetermined | Net Book Value | Undetermined |
| clothingwithoutcommitment.net | Undetermined | Net Book Value | Undetermined |
| clothingwithoutcommittment.com | Undetermined | Net Book Value | Undetermined |
| cloudninestyles.com | Undetermined | Net Book Value | Undetermined |
| cocosrentalcloset.com | Undetermined | Net Book Value | Undetermined |
| coffeecuddlesandclothes.com | Undetermined | Net Book Value | Undetermined |
| cognitivecouturebox.com | Undetermined | Net Book Value | Undetermined |
| completelycaitlinscloset.com | Undetermined | Net Book Value | Undetermined |
| conestiloysalud.com | Undetermined | Net Book Value | Undetermined |
| confidenceinacloset.com | Undetermined | Net Book Value | Undetermined |
| conleyscloset.com | Undetermined | Net Book Value | Undetermined |
| consciouschiccouture.com | Undetermined | Net Book Value | Undetermined |
| constantcloset.com | Undetermined | Net Book Value | Undetermined |
| cothespress.com | Undetermined | Net Book Value | Undetermined |
| courtneysrack.com | Undetermined | Net Book Value | Undetermined |
| coutureexhange.com | Undetermined | Net Book Value | Undetermined |
| couturerunwayrentedlooks.com | Undetermined | Net Book Value | Undetermined |
| coveredinluxe.com | Undetermined | Net Book Value | Undetermined |
| createtravelcrate.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| creatingyourcloset.com | Undetermined | Net Book Value | Undetermined |
| cristalsclothes.com | Undetermined | Net Book Value | Undetermined |
| cristinastyledcloset.com | Undetermined | Net Book Value | Undetermined |
| crystalsclozet.com | Undetermined | Net Book Value | Undetermined |
| curatedbychristyb.com | Undetermined | Net Book Value | Undetermined |
| curatedbydenisebayron.com | Undetermined | Net Book Value | Undetermined |
| cutenswag.com | Undetermined | Net Book Value | Undetermined |
| cyclemycloset.com | Undetermined | Net Book Value | Undetermined |
| dangcloset.com | Undetermined | Net Book Value | Undetermined |
| daretodresscloset.com | Undetermined | Net Book Value | Undetermined |
| dasomslooks.com | Undetermined | Net Book Value | Undetermined |
| dateinstylewithbigjenni.com | Undetermined | Net Book Value | Undetermined |
| daviannebeepotclothing.com | Undetermined | Net Book Value | Undetermined |
| davieannsfashionworld.com | Undetermined | Net Book Value | Undetermined |
| dbsunshinebox.com | Undetermined | Net Book Value | Undetermined |
| deanehaus.com | Undetermined | Net Book Value | Undetermined |
| denimdillon-bysarahgray.com | Undetermined | Net Book Value | Undetermined |
| deonisdreamcloset.com | Undetermined | Net Book Value | Undetermined |
| designbosscloset.com | Undetermined | Net Book Value | Undetermined |
| desiscc.com | Undetermined | Net Book Value | Undetermined |
| desisstylebox.com | Undetermined | Net Book Value | Undetermined |
| desistylzz.com | Undetermined | Net Book Value | Undetermined |
| diamondkstyles.com | Undetermined | Net Book Value | Undetermined |
| diddicloset.com | Undetermined | Net Book Value | Undetermined |
| distinctiveclosetrental.com | Undetermined | Net Book Value | Undetermined |
| divalishlaurafash.com | Undetermined | Net Book Value | Undetermined |
| divalisiousinc.com | Undetermined | Net Book Value | Undetermined |
| djhgfashionbox.com | Undetermined | Net Book Value | Undetermined |
| domaindownsouthstyles.com | Undetermined | Net Book Value | Undetermined |
| domainsistersstylebox.com | Undetermined | Net Book Value | Undetermined |
| dommelayscloset.com | Undetermined | Net Book Value | Undetermined |
| doodlemomscloset.com | Undetermined | Net Book Value | Undetermined |
| dopaminechic.com | Undetermined | Net Book Value | Undetermined |
| dopestyleexchange.com | Undetermined | Net Book Value | Undetermined |
| doranellysstylebox.com | Undetermined | Net Book Value | Undetermined |
| downsouthstyles.com | Undetermined | Net Book Value | Undetermined |
| drchicstyles.com | Undetermined | Net Book Value | Undetermined |
| dreamclosetbyrashmiix.com | Undetermined | Net Book Value | Undetermined |
| dreamstylebox.com | Undetermined | Net Book Value | Undetermined |
| dreboniefashion.com | Undetermined | Net Book Value | Undetermined |
| dressborroworbuy.com | Undetermined | Net Book Value | Undetermined |
| dressedinbliss.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| dressedtoexpress.com | Undetermined | Net Book Value | Undetermined |
| dressingforpeanuts.com | Undetermined | Net Book Value | Undetermined |
| dresstomanifestit.com | Undetermined | Net Book Value | Undetermined |
| drezzi.com | Undetermined | Net Book Value | Undetermined |
| drmilhousefashionrx.com | Undetermined | Net Book Value | Undetermined |
| drnishstylebox.com | Undetermined | Net Book Value | Undetermined |
| drshelliesstyleswap.com | Undetermined | Net Book Value | Undetermined |
| dvflink.com | Undetermined | Net Book Value | Undetermined |
| ecoglamfam.com | Undetermined | Net Book Value | Undetermined |
| editbyje.com | Undetermined | Net Book Value | Undetermined |
| effortlessclosetfind.com | Undetermined | Net Book Value | Undetermined |
| effortlesslyclassic.com | Undetermined | Net Book Value | Undetermined |
| effortlesswithgrace.com | Undetermined | Net Book Value | Undetermined |
| elaineswardrobe.com | Undetermined | Net Book Value | Undetermined |
| elegantstylebox.com | Undetermined | Net Book Value | Undetermined |
| elevatewithkatestyle.com | Undetermined | Net Book Value | Undetermined |
| elevatewithstylebyjeannie.com | Undetermined | Net Book Value | Undetermined |
| elizabethanstyles.com | Undetermined | Net Book Value | Undetermined |
| elizabethevansstylebox.com | Undetermined | Net Book Value | Undetermined |
| elizabethsstylebox.com | Undetermined | Net Book Value | Undetermined |
| ellapparel.com | Undetermined | Net Book Value | Undetermined |
| ellenalexanderscloset.com | Undetermined | Net Book Value | Undetermined |
| elliesstylecloset.com | Undetermined | Net Book Value | Undetermined |
| elnazhamaicloset.com | Undetermined | Net Book Value | Undetermined |
| email-anewlookrental.com | Undetermined | Net Book Value | Undetermined |
| email-astylebox.com | Undetermined | Net Book Value | Undetermined |
| email-beautyintheboxstyle.com | Undetermined | Net Book Value | Undetermined |
| email-birdstylebox.com | Undetermined | Net Book Value | Undetermined |
| email-burntoutteacherboutique.com | Undetermined | Net Book Value | Undetermined |
| email-domaindownsouthstyles.com | Undetermined | Net Book Value | Undetermined |
| email-domainsistersstylebox.com | Undetermined | Net Book Value | Undetermined |
| email-doranellysstylebox.com | Undetermined | Net Book Value | Undetermined |
| email-downsouthstyles.com | Undetermined | Net Book Value | Undetermined |
| email-drezzi.com | Undetermined | Net Book Value | Undetermined |
| email-dvflink.com | Undetermined | Net Book Value | Undetermined |
| email-elizabethsstylebox.com | Undetermined | Net Book Value | Undetermined |
| email-everydaystyleboxrental.com | Undetermined | Net Book Value | Undetermined |
| email-expstyletrial.com | Undetermined | Net Book Value | Undetermined |
| email-flirtyandfunfashion.com | Undetermined | Net Book Value | Undetermined |
| email-ginasstylebox.com | Undetermined | Net Book Value | Undetermined |
| email-glamngocloset.com | Undetermined | Net Book Value | Undetermined |
| email-haverdash.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| email-herrstylebox.com | Undetermined | Net Book Value | Undetermined |
| email-jennabarclaystylebox.com | Undetermined | Net Book Value | Undetermined |
| email-lkborrowed.com | Undetermined | Net Book Value | Undetermined |
| email-men-expstyletrial.com | Undetermined | Net Book Value | Undetermined |
| email-modernmomstylebox.com | Undetermined | Net Book Value | Undetermined |
| email-momworthwardrobe.com | Undetermined | Net Book Value | Undetermined |
| email-momworthywardrobe.com | Undetermined | Net Book Value | Undetermined |
| email-mossboxunlimited.co.uk | Undetermined | Net Book Value | Undetermined |
| email-mossboxunlimited.com | Undetermined | Net Book Value | Undetermined |
| email-motherhoodrental.com | Undetermined | Net Book Value | Undetermined |
| email-myterraformtest.com | Undetermined | Net Book Value | Undetermined |
| email-scotchselect.com | Undetermined | Net Book Value | Undetermined |
| email-scrubsoffstylebox.com | Undetermined | Net Book Value | Undetermined |
| email-simplestylistbox.com | Undetermined | Net Book Value | Undetermined |
| email-simplyyswap.com | Undetermined | Net Book Value | Undetermined |
| email-sistersstylebox.com | Undetermined | Net Book Value | Undetermined |
| email-stylistlabox.com | Undetermined | Net Book Value | Undetermined |
| email-theensemble.me | Undetermined | Net Book Value | Undetermined |
| email-thegemstylebox.com | Undetermined | Net Book Value | Undetermined |
| email-theidealoutfit.com | Undetermined | Net Book Value | Undetermined |
| email-thejourneycloset.com | Undetermined | Net Book Value | Undetermined |
| email-thepurseempowermentcloset.com | Undetermined | Net Book Value | Undetermined |
| email-vinceunfold.com | Undetermined | Net Book Value | Undetermined |
| email-wardrobevariety.com | Undetermined | Net Book Value | Undetermined |
| email-yourstylespin.com | Undetermined | Net Book Value | Undetermined |
| emandsky.com | Undetermined | Net Book Value | Undetermined |
| emilywardrobe.com | Undetermined | Net Book Value | Undetermined |
| emilyyoungstylerental.com | Undetermined | Net Book Value | Undetermined |
| empowerwearclothing.com | Undetermined | Net Book Value | Undetermined |
| empressenergystyle.com | Undetermined | Net Book Value | Undetermined |
| enaeoliviasclosetrefresh.com | Undetermined | Net Book Value | Undetermined |
| enahsstyleswap.com | Undetermined | Net Book Value | Undetermined |
| enchantedclosetbykeri.com | Undetermined | Net Book Value | Undetermined |
| endlessfashionrental.com | Undetermined | Net Book Value | Undetermined |
| endlessstylesbytam.com | Undetermined | Net Book Value | Undetermined |
| engineeredcloset.com | Undetermined | Net Book Value | Undetermined |
| erinsfashionfeed.com | Undetermined | Net Book Value | Undetermined |
| erynscurlss.com | Undetermined | Net Book Value | Undetermined |
| esmestylecloset.com | Undetermined | Net Book Value | Undetermined |
| estersrentingbox.com | Undetermined | Net Book Value | Undetermined |
| eugeniakuzminamodelmom.com | Undetermined | Net Book Value | Undetermined |
| evelynandavery.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| everydaystyleboxrental.com | Undetermined | Net Book Value | Undetermined |
| everythingeveshop.com | Undetermined | Net Book Value | Undetermined |
| everyyoustylebox.com | Undetermined | Net Book Value | Undetermined |
| evolvingwardrobe.com | Undetermined | Net Book Value | Undetermined |
| evonnescloset.com | Undetermined | Net Book Value | Undetermined |
| excesssuite.com | Undetermined | Net Book Value | Undetermined |
| expressstyletrial.com | Undetermined | Net Book Value | Undetermined |
| expresstyletrial.com | Undetermined | Net Book Value | Undetermined |
| fadeeva-hashem.com | Undetermined | Net Book Value | Undetermined |
| faeryfashion.com | Undetermined | Net Book Value | Undetermined |
| farrahscloset.com | Undetermined | Net Book Value | Undetermined |
| fashionablerentalfinds.com | Undetermined | Net Book Value | Undetermined |
| fashionablyher.com | Undetermined | Net Book Value | Undetermined |
| fashionborrow.com | Undetermined | Net Book Value | Undetermined |
| fashionboxbymonicalee.com | Undetermined | Net Book Value | Undetermined |
| fashioncompanions.com | Undetermined | Net Book Value | Undetermined |
| fashionfliprepeat.com | Undetermined | Net Book Value | Undetermined |
| fashionforwardbox.com | Undetermined | Net Book Value | Undetermined |
| fashion-from-home.com | Undetermined | Net Book Value | Undetermined |
| fashionistafantasy.com | Undetermined | Net Book Value | Undetermined |
| fashionistarental.com | Undetermined | Net Book Value | Undetermined |
| fashionnomadedit.com | Undetermined | Net Book Value | Undetermined |
| fashionroe.com | Undetermined | Net Book Value | Undetermined |
| fashionrotationyelena.com | Undetermined | Net Book Value | Undetermined |
| fashionspinwithjenn.com | Undetermined | Net Book Value | Undetermined |
| fashiontalkwithirina.com | Undetermined | Net Book Value | Undetermined |
| fashxstylebox.com | Undetermined | Net Book Value | Undetermined |
| favoriteteacherswag.com | Undetermined | Net Book Value | Undetermined |
| feeluquenezz.com | Undetermined | Net Book Value | Undetermined |
| felicerosecloset.com | Undetermined | Net Book Value | Undetermined |
| femfashionfinds.com | Undetermined | Net Book Value | Undetermined |
| finabyvikina.com | Undetermined | Net Book Value | Undetermined |
| findingfatefashion.com | Undetermined | Net Book Value | Undetermined |
| fioreclairescloset.com | Undetermined | Net Book Value | Undetermined |
| fit4agoddess.com | Undetermined | Net Book Value | Undetermined |
| fittedforconfidence.com | Undetermined | Net Book Value | Undetermined |
| fkpstyle.com | Undetermined | Net Book Value | Undetermined |
| flasksystemtest.com | Undetermined | Net Book Value | Undetermined |
| flexxscloset.com | Undetermined | Net Book Value | Undetermined |
| flirtyandfunfashion.com | Undetermined | Net Book Value | Undetermined |
| fluidfits.com | Undetermined | Net Book Value | Undetermined |
| fromkellyssuitcase.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| funkyscloset.com | Undetermined | Net Book Value | Undetermined |
| furbabefashion.com | Undetermined | Net Book Value | Undetermined |
| gabistylecloset.com | Undetermined | Net Book Value | Undetermined |
| gbonradio.com | Undetermined | Net Book Value | Undetermined |
| gbontheradio.com | Undetermined | Net Book Value | Undetermined |
| gbsubscribe.com | Undetermined | Net Book Value | Undetermined |
| gbsubscribe.me | Undetermined | Net Book Value | Undetermined |
| gbtrial.com | Undetermined | Net Book Value | Undetermined |
| gericouturerentals.com | Undetermined | Net Book Value | Undetermined |
| getgb30.com | Undetermined | Net Book Value | Undetermined |
| getgb30.net | Undetermined | Net Book Value | Undetermined |
| getgbfree.com | Undetermined | Net Book Value | Undetermined |
| getgbfree.net | Undetermined | Net Book Value | Undetermined |
| ginasstylebox.com | Undetermined | Net Book Value | Undetermined |
| girlfriendsguidecloset.com | Undetermined | Net Book Value | Undetermined |
| glamgoddesscloset.com | Undetermined | Net Book Value | Undetermined |
| glaminista.com | Undetermined | Net Book Value | Undetermined |
| glamngocloset.com | Undetermined | Net Book Value | Undetermined |
| globalchicbyjeannette.com | Undetermined | Net Book Value | Undetermined |
| glowincouture.com | Undetermined | Net Book Value | Undetermined |
| gorjessstylinghubforcurves.com | Undetermined | Net Book Value | Undetermined |
| guiltfreecloset.com | Undetermined | Net Book Value | Undetermined |
| gvynniebee.com | Undetermined | Net Book Value | Undetermined |
| gweneebee.com | Undetermined | Net Book Value | Undetermined |
| gwenibee.com | Undetermined | Net Book Value | Undetermined |
| gwenieb.com | Undetermined | Net Book Value | Undetermined |
| gwenyb.com | Undetermined | Net Book Value | Undetermined |
| gwinnieb.com | Undetermined | Net Book Value | Undetermined |
| gwinnyb.com | Undetermined | Net Book Value | Undetermined |
| gwynebee.com | Undetermined | Net Book Value | Undetermined |
| gwynieebee.com | Undetermined | Net Book Value | Undetermined |
| gwynnie.com | Undetermined | Net Book Value | Undetermined |
| gwynnieb.com | Undetermined | Net Book Value | Undetermined |
| gwynniebee.biz | Undetermined | Net Book Value | Undetermined |
| gwynniebee.co | Undetermined | Net Book Value | Undetermined |
| gwynniebee.co.uk | Undetermined | Net Book Value | Undetermined |
| gwynniebee.com | Undetermined | Net Book Value | Undetermined |
| gwynniebee.net | Undetermined | Net Book Value | Undetermined |
| gwynniebee.org | Undetermined | Net Book Value | Undetermined |
| gwynniebeereview.com | Undetermined | Net Book Value | Undetermined |
| gwynniebeereviews.com | Undetermined | Net Book Value | Undetermined |
| gywnniebee.biz | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| gywnniebee.co | Undetermined | Net Book Value | Undetermined |
| gywnniebee.com | Undetermined | Net Book Value | Undetermined |
| gywnniebee.info | Undetermined | Net Book Value | Undetermined |
| gywnniebee.net | Undetermined | Net Book Value | Undetermined |
| gywnniebee.org | Undetermined | Net Book Value | Undetermined |
| gywnniebee.xyz | Undetermined | Net Book Value | Undetermined |
| halleasecloset.com | Undetermined | Net Book Value | Undetermined |
| haloandivy.com | Undetermined | Net Book Value | Undetermined |
| harnessyourlook.com | Undetermined | Net Book Value | Undetermined |
| haulinbox.com | Undetermined | Net Book Value | Undetermined |
| hauteprocure.com | Undetermined | Net Book Value | Undetermined |
| haveordash.com | Undetermined | Net Book Value | Undetermined |
| have-or-dash.com | Undetermined | Net Book Value | Undetermined |
| haverdash.blog | Undetermined | Net Book Value | Undetermined |
| haverdash.co.uk | Undetermined | Net Book Value | Undetermined |
| haverdash.com | Undetermined | Net Book Value | Undetermined |
| haverdash.me | Undetermined | Net Book Value | Undetermined |
| haverdash.net | Undetermined | Net Book Value | Undetermined |
| haverdash.us | Undetermined | Net Book Value | Undetermined |
| hayleydperezclosetdreams.com | Undetermined | Net Book Value | Undetermined |
| hayleysposhplaybook.com | Undetermined | Net Book Value | Undetermined |
| healthyfitfabstylebox.com | Undetermined | Net Book Value | Undetermined |
| healthylittlethreads.com | Undetermined | Net Book Value | Undetermined |
| healthyvoyagerstrunk.com | Undetermined | Net Book Value | Undetermined |
| hedymicloset.com | Undetermined | Net Book Value | Undetermined |
| hellofriendscloset.com | Undetermined | Net Book Value | Undetermined |
| herbylabelmepretty.com | Undetermined | Net Book Value | Undetermined |
| herrstylebox.com | Undetermined | Net Book Value | Undetermined |
| hexandthecitystyle.com | Undetermined | Net Book Value | Undetermined |
| highdopaminecloset.com | Undetermined | Net Book Value | Undetermined |
| hoemgirlthreads.com | Undetermined | Net Book Value | Undetermined |
| homefittingroom.com | Undetermined | Net Book Value | Undetermined |
| honestlyexquisite.com | Undetermined | Net Book Value | Undetermined |
| honeysdrip.com | Undetermined | Net Book Value | Undetermined |
| hrmanifestosswagcloset.com | Undetermined | Net Book Value | Undetermined |
| huescloset.com | Undetermined | Net Book Value | Undetermined |
| hunnibunnsfvshionrental.com | Undetermined | Net Book Value | Undetermined |
| huntersclosetxo.com | Undetermined | Net Book Value | Undetermined |
| huntstylerent.com | Undetermined | Net Book Value | Undetermined |
| iconicstylings.com | Undetermined | Net Book Value | Undetermined |
| idealwardrobe.com | Undetermined | Net Book Value | Undetermined |
| iheartthelook.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| imariscloset.com | Undetermined | Net Book Value | Undetermined |
| imlvhcloset.com | Undetermined | Net Book Value | Undetermined |
| indashasluggage.com | Undetermined | Net Book Value | Undetermined |
| infashionwt.com | Undetermined | Net Book Value | Undetermined |
| infinitefashionista.com | Undetermined | Net Book Value | Undetermined |
| infiniteflipsbox.com | Undetermined | Net Book Value | Undetermined |
| instabellafashion.com | Undetermined | Net Book Value | Undetermined |
| instudiobybonnie.com | Undetermined | Net Book Value | Undetermined |
| intentionalstylesuite.com | Undetermined | Net Book Value | Undetermined |
| intuitiveglam.com | Undetermined | Net Book Value | Undetermined |
| its2cute.com | Undetermined | Net Book Value | Undetermined |
| itsjustafabfit.com | Undetermined | Net Book Value | Undetermined |
| jackiescuratedcloset.com | Undetermined | Net Book Value | Undetermined |
| jahneissscloset style.com | Undetermined | Net Book Value | Undetermined |
| jamdownstyles.com | Undetermined | Net Book Value | Undetermined |
| jawnstylebox.com | Undetermined | Net Book Value | Undetermined |
| jaylamegsmuse.com | Undetermined | Net Book Value | Undetermined |
| jdstylecollective.com | Undetermined | Net Book Value | Undetermined |
| jemsdresser.com | Undetermined | Net Book Value | Undetermined |
| jeneenscloset.com | Undetermined | Net Book Value | Undetermined |
| jennabarclaystylebox.com | Undetermined | Net Book Value | Undetermined |
| jenniferlaurascloset.com | Undetermined | Net Book Value | Undetermined |
| jennnoirescloset.com | Undetermined | Net Book Value | Undetermined |
| jennysclosetrental365.com | Undetermined | Net Book Value | Undetermined |
| jenoirlynnestyle.com | Undetermined | Net Book Value | Undetermined |
| jenstexasvault.com | Undetermined | Net Book Value | Undetermined |
| jentayloredforyou.com | Undetermined | Net Book Value | Undetermined |
| jessicacastrosstylebox.com | Undetermined | Net Book Value | Undetermined |
| jessicascuratedcloset.com | Undetermined | Net Book Value | Undetermined |
| jessicaslookbook.com | Undetermined | Net Book Value | Undetermined |
| jessmystyle.com | Undetermined | Net Book Value | Undetermined |
| jessstylebox.com | Undetermined | Net Book Value | Undetermined |
| jetsetdresser.com | Undetermined | Net Book Value | Undetermined |
| jetsetwithmercedes.com | Undetermined | Net Book Value | Undetermined |
| jewelsstylefiles.com | Undetermined | Net Book Value | Undetermined |
| jimenafits.com | Undetermined | Net Book Value | Undetermined |
| jonesapparelexchange.com | Undetermined | Net Book Value | Undetermined |
| jordostylecloset.com | Undetermined | Net Book Value | Undetermined |
| journeyofyoucollective.com | Undetermined | Net Book Value | Undetermined |
| joyciejayshop.com | Undetermined | Net Book Value | Undetermined |
| jrenaerentalrack.com | Undetermined | Net Book Value | Undetermined |
| jujuschicrentals.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| juliarosescloset.com | Undetermined | Net Book Value | Undetermined |
| juliasstylevault.com | Undetermined | Net Book Value | Undetermined |
| jupiterscloset.com | Undetermined | Net Book Value | Undetermined |
| justanotherslay.com | Undetermined | Net Book Value | Undetermined |
| justbefashion.com | Undetermined | Net Book Value | Undetermined |
| kaileyscloset.com | Undetermined | Net Book Value | Undetermined |
| karatejewelscloset.com | Undetermined | Net Book Value | Undetermined |
| karienycrentals.com | Undetermined | Net Book Value | Undetermined |
| karinamichelstylebox.com | Undetermined | Net Book Value | Undetermined |
| karinasrunway.com | Undetermined | Net Book Value | Undetermined |
| karissahagemeisterstyle.com | Undetermined | Net Book Value | Undetermined |
| katiemariescloset.com | Undetermined | Net Book Value | Undetermined |
| katyastarr.com | Undetermined | Net Book Value | Undetermined |
| kaycesklosetbymelissaradke.com | Undetermined | Net Book Value | Undetermined |
| kayefaithfashion.com | Undetermined | Net Book Value | Undetermined |
| kaylasclothing.com | Undetermined | Net Book Value | Undetermined |
| kaylindailystyle.com | Undetermined | Net Book Value | Undetermined |
| kellyfountaincouture.com | Undetermined | Net Book Value | Undetermined |
| kellynmcmullancloset.com | Undetermined | Net Book Value | Undetermined |
| kelseymontagueartcloset.com | Undetermined | Net Book Value | Undetermined |
| kenziecarterscloset.com | Undetermined | Net Book Value | Undetermined |
| kenziskloset.com | Undetermined | Net Book Value | Undetermined |
| kilisiscloset.com | Undetermined | Net Book Value | Undetermined |
| killaaakollection.com | Undetermined | Net Book Value | Undetermined |
| kindmindsfitfinds.com | Undetermined | Net Book Value | Undetermined |
| kirbystyle.com | Undetermined | Net Book Value | Undetermined |
| kjcloset.com | Undetermined | Net Book Value | Undetermined |
| kkenziescloset.com | Undetermined | Net Book Value | Undetermined |
| kollectivefinds.com | Undetermined | Net Book Value | Undetermined |
| kristinahaganclosetvalet.com | Undetermined | Net Book Value | Undetermined |
| kristinscloset.com | Undetermined | Net Book Value | Undetermined |
| kstyleandgo.com | Undetermined | Net Book Value | Undetermined |
| kykyskloset.com | Undetermined | Net Book Value | Undetermined |
| kylahscloset.com | Undetermined | Net Book Value | Undetermined |
| labornurseamastylebox.com | Undetermined | Net Book Value | Undetermined |
| lacyladystyleguide.com | Undetermined | Net Book Value | Undetermined |
| ladyshellstylebox.com | Undetermined | Net Book Value | Undetermined |
| lafemmecloset.com | Undetermined | Net Book Value | Undetermined |
| laiechafrederick.com | Undetermined | Net Book Value | Undetermined |
| lauracalderoncloset.com | Undetermined | Net Book Value | Undetermined |
| laurasolenskycloset.com | Undetermined | Net Book Value | Undetermined |
| laurelluxebox.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| laurenelizabethstylebox.com | Undetermined | Net Book Value | Undetermined |
| lavishforlessrental.com | Undetermined | Net Book Value | Undetermined |
| leahsluxelibrary.com | Undetermined | Net Book Value | Undetermined |
| learningwithlaurenstyle.com | Undetermined | Net Book Value | Undetermined |
| leaseafit.com | Undetermined | Net Book Value | Undetermined |
| lendandlove.com | Undetermined | Net Book Value | Undetermined |
| letsplaydressuprentrepeat.com | Undetermined | Net Book Value | Undetermined |
| lexis-closet.com | Undetermined | Net Book Value | Undetermined |
| lexislooks.com | Undetermined | Net Book Value | Undetermined |
| lgstylebox.com | Undetermined | Net Book Value | Undetermined |
| lightscamerawardrobe.com | Undetermined | Net Book Value | Undetermined |
| likeitisyourlast.com | Undetermined | Net Book Value | Undetermined |
| lilredscollection.com | Undetermined | Net Book Value | Undetermined |
| linapolaniacloset.com | Undetermined | Net Book Value | Undetermined |
| linettestorybookscloset.com | Undetermined | Net Book Value | Undetermined |
| livelyevermore.com | Undetermined | Net Book Value | Undetermined |
| liveyourtruelifestyle.com | Undetermined | Net Book Value | Undetermined |
| liviapillmanncloset.com | Undetermined | Net Book Value | Undetermined |
| lkborrowed.com | Undetermined | Net Book Value | Undetermined |
| lkfashionfinds.com | Undetermined | Net Book Value | Undetermined |
| llimitlessstyles.com | Undetermined | Net Book Value | Undetermined |
| lolliecloset.com | Undetermined | Net Book Value | Undetermined |
| lookatherbox.com | Undetermined | Net Book Value | Undetermined |
| lookinlucky.com | Undetermined | Net Book Value | Undetermined |
| looksbyleticia.com | Undetermined | Net Book Value | Undetermined |
| looksconsazon.com | Undetermined | Net Book Value | Undetermined |
| lorrainesstylebox.com | Undetermined | Net Book Value | Undetermined |
| loueraporter.com | Undetermined | Net Book Value | Undetermined |
| louvianti.com | Undetermined | Net Book Value | Undetermined |
| lovelyluxeofficial.com | Undetermined | Net Book Value | Undetermined |
| loveontrend.com | Undetermined | Net Book Value | Undetermined |
| loveswapkeep.com | Undetermined | Net Book Value | Undetermined |
| lovleefinds.com | Undetermined | Net Book Value | Undetermined |
| lucycerezoscloset.co | Undetermined | Net Book Value | Undetermined |
| lucycerezoscloset.com | Undetermined | Net Book Value | Undetermined |
| luxeattirelounge.com | Undetermined | Net Book Value | Undetermined |
| luxefitnessbyelizabeth.com | Undetermined | Net Book Value | Undetermined |
| luxegyal.com | Undetermined | Net Book Value | Undetermined |
| luxeleasesbylindseyashlyn.com | Undetermined | Net Book Value | Undetermined |
| luxelookrentals.com | Undetermined | Net Book Value | Undetermined |
| luxelooksbymelanie.com | Undetermined | Net Book Value | Undetermined |
| luxewifelife.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| luxxfashionbox.com | Undetermined | Net Book Value | Undetermined |
| lydastylepalette.com | Undetermined | Net Book Value | Undetermined |
| lyshthestylist.com | Undetermined | Net Book Value | Undetermined |
| mabellclothingrental.com | Undetermined | Net Book Value | Undetermined |
| mabelsmood.com | Undetermined | Net Book Value | Undetermined |
| madamebaus.com | Undetermined | Net Book Value | Undetermined |
| maddicloset.com | Undetermined | Net Book Value | Undetermined |
| madebymayasage.com | Undetermined | Net Book Value | Undetermined |
| maincharacterstylebyabitbooked.com | Undetermined | Net Book Value | Undetermined |
| malibumoxie-ashleycusato.com | Undetermined | Net Book Value | Undetermined |
| mamahoodfashon.com | Undetermined | Net Book Value | Undetermined |
| mamasfashionhouse.com | Undetermined | Net Book Value | Undetermined |
| mamavoguestylebox.com | Undetermined | Net Book Value | Undetermined |
| mando2go.com | Undetermined | Net Book Value | Undetermined |
| mandysselection.com | Undetermined | Net Book Value | Undetermined |
| manifitstation.com | Undetermined | Net Book Value | Undetermined |
| maribelscollection.com | Undetermined | Net Book Value | Undetermined |
| marinastepanyancloset.com | Undetermined | Net Book Value | Undetermined |
| marylerevecloset.com | Undetermined | Net Book Value | Undetermined |
| marylucloset.com | Undetermined | Net Book Value | Undetermined |
| matchedbymlle.com | Undetermined | Net Book Value | Undetermined |
| maxxmode.com | Undetermined | Net Book Value | Undetermined |
| mayietehsmodelmoments.com | Undetermined | Net Book Value | Undetermined |
| megreilystylebox.com | Undetermined | Net Book Value | Undetermined |
| megsstylecollection.com | Undetermined | Net Book Value | Undetermined |
| mekoscloset.com | Undetermined | Net Book Value | Undetermined |
| melanieavalonscloset.com | Undetermined | Net Book Value | Undetermined |
| mercedescoffmanscloset.com | Undetermined | Net Book Value | Undetermined |
| micahscapsule.com | Undetermined | Net Book Value | Undetermined |
| midlifemusefashion.com | Undetermined | Net Book Value | Undetermined |
| miiniiscloset.com | Undetermined | Net Book Value | Undetermined |
| mikkloset.com | Undetermined | Net Book Value | Undetermined |
| mindfullychix.com | Undetermined | Net Book Value | Undetermined |
| minimalistinteriorscloset.com | Undetermined | Net Book Value | Undetermined |
| minivoyagersuitcase.com | Undetermined | Net Book Value | Undetermined |
| miracleenmoire.com | Undetermined | Net Book Value | Undetermined |
| miraclesfitwear.com | Undetermined | Net Book Value | Undetermined |
| miriamsplaybook.com | Undetermined | Net Book Value | Undetermined |
| misskirapcloset.com | Undetermined | Net Book Value | Undetermined |
| mmmaeve.com | Undetermined | Net Book Value | Undetermined |
| mochagirlfashionfinds.com | Undetermined | Net Book Value | Undetermined |
| mocrazystrongstyle.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| modamixofficial.com | Undetermined | Net Book Value | Undetermined |
| modeloffdutywardrobe.com | Undetermined | Net Book Value | Undetermined |
| modernmomstylebox.com | Undetermined | Net Book Value | Undetermined |
| modernreservations.com | Undetermined | Net Book Value | Undetermined |
| mollysfashionhouse.com | Undetermined | Net Book Value | Undetermined |
| momentsinstylebox.com | Undetermined | Net Book Value | Undetermined |
| mommscloset.com | Undetermined | Net Book Value | Undetermined |
| momoffdutystylebox.com | Undetermined | Net Book Value | Undetermined |
| momsclosetfix.com | Undetermined | Net Book Value | Undetermined |
| momstarrentals.com | Undetermined | Net Book Value | Undetermined |
| momstyleboxalreadyhavedomain.com | Undetermined | Net Book Value | Undetermined |
| momstyleboxservice.com | Undetermined | Net Book Value | Undetermined |
| momunfrumpified.com | Undetermined | Net Book Value | Undetermined |
| momworthwardrobe.com | Undetermined | Net Book Value | Undetermined |
| momworthywardrobe.com | Undetermined | Net Book Value | Undetermined |
| monasclosetclub.com | Undetermined | Net Book Value | Undetermined |
| monimonistyle.com | Undetermined | Net Book Value | Undetermined |
| moorelooks.com | Undetermined | Net Book Value | Undetermined |
| moralookswithalyss.com | Undetermined | Net Book Value | Undetermined |
| morgansstylebox.com | Undetermined | Net Book Value | Undetermined |
| morganswardrobe.com | Undetermined | Net Book Value | Undetermined |
| morganwearsstuff.com | Undetermined | Net Book Value | Undetermined |
| mossboxunlimited.co.uk | Undetermined | Net Book Value | Undetermined |
| mossboxunlimited.com | Undetermined | Net Book Value | Undetermined |
| motdrent.com | Undetermined | Net Book Value | Undetermined |
| motherhoodrental.com | Undetermined | Net Book Value | Undetermined |
| mothermayiborrow.com | Undetermined | Net Book Value | Undetermined |
| mouseysboutique.com | Undetermined | Net Book Value | Undetermined |
| mrenboxstylebox.com | Undetermined | Net Book Value | Undetermined |
| mrsopmscloset.com | Undetermined | Net Book Value | Undetermined |
| musebymorgan.net | Undetermined | Net Book Value | Undetermined |
| mybestfriendsclosetshop.com | Undetermined | Net Book Value | Undetermined |
| mybillionayersclosest.com | Undetermined | Net Book Value | Undetermined |
| myclosetcollective.com | Undetermined | Net Book Value | Undetermined |
| myclosetgenie.com | Undetermined | Net Book Value | Undetermined |
| mycuratedclosetrental.com | Undetermined | Net Book Value | Undetermined |
| myevolvingcloset.com | Undetermined | Net Book Value | Undetermined |
| myfashionhive.com | Undetermined | Net Book Value | Undetermined |
| myfashionsymphony.com | Undetermined | Net Book Value | Undetermined |
| mygb.chat | Undetermined | Net Book Value | Undetermined |
| mygb.fun | Undetermined | Net Book Value | Undetermined |
| mygb.guide | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| mygb.how | Undetermined | Net Book Value | Undetermined |
| mygb.in | Undetermined | Net Book Value | Undetermined |
| mygb.love | Undetermined | Net Book Value | Undetermined |
| mygb.tips | Undetermined | Net Book Value | Undetermined |
| mygb.world | Undetermined | Net Book Value | Undetermined |
| myrainbowcloset.com | Undetermined | Net Book Value | Undetermined |
| myritzyrentals.com | Undetermined | Net Book Value | Undetermined |
| myrtlescoopcloset.com | Undetermined | Net Book Value | Undetermined |
| mystyleconcierge.com | Undetermined | Net Book Value | Undetermined |
| mystyleexchange.com | Undetermined | Net Book Value | Undetermined |
| my-stylehq.com | Undetermined | Net Book Value | Undetermined |
| mystyleismybrandstylebox.com | Undetermined | Net Book Value | Undetermined |
| mystylestreaming.com | Undetermined | Net Book Value | Undetermined |
| myterraformtest.com | Undetermined | Net Book Value | Undetermined |
| nairsrevolvingcloset.com | Undetermined | Net Book Value | Undetermined |
| nellysostylish.com | Undetermined | Net Book Value | Undetermined |
| nelotechie.com | Undetermined | Net Book Value | Undetermined |
| nelotechiefashionrentals.com | Undetermined | Net Book Value | Undetermined |
| newstyleshuffle.com | Undetermined | Net Book Value | Undetermined |
| nextgenerationlove.com | Undetermined | Net Book Value | Undetermined |
| nicoldfits.com | Undetermined | Net Book Value | Undetermined |
| nicolettescloset.com | Undetermined | Net Book Value | Undetermined |
| nightshadeus.com | Undetermined | Net Book Value | Undetermined |
| nisclothing.com | Undetermined | Net Book Value | Undetermined |
| nondiniscloset.com | Undetermined | Net Book Value | Undetermined |
| noscrubsstylebox.com | Undetermined | Net Book Value | Undetermined |
| novellashopping.com | Undetermined | Net Book Value | Undetermined |
| nuggetscloset.com | Undetermined | Net Book Value | Undetermined |
| nulookhaven.com | Undetermined | Net Book Value | Undetermined |
| nyandcendlesscloset.com | Undetermined | Net Book Value | Undetermined |
| occasionallyluxestylebox.com | Undetermined | Net Book Value | Undetermined |
| offtheclocksb.com | Undetermined | Net Book Value | Undetermined |
| offtheranchoutfits.com | Undetermined | Net Book Value | Undetermined |
| oggiesfashion.com | Undetermined | Net Book Value | Undetermined |
| oncallcloset.com | Undetermined | Net Book Value | Undetermined |
| onestopshoprental.com | Undetermined | Net Book Value | Undetermined |
| otheroutfitter.com | Undetermined | Net Book Value | Undetermined |
| outfitofthenatday.com | Undetermined | Net Book Value | Undetermined |
| outfityourbody.com | Undetermined | Net Book Value | Undetermined |
| p-180.com | Undetermined | Net Book Value | Undetermined |
| paolavdesideristyles.com | Undetermined | Net Book Value | Undetermined |
| parteawear.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| particularlystyled.com | Undetermined | Net Book Value | Undetermined |
| patticakeswardroberentals.com | Undetermined | Net Book Value | Undetermined |
| pdcbasics.com | Undetermined | Net Book Value | Undetermined |
| pecansfashionvault.com | Undetermined | Net Book Value | Undetermined |
| peekgrabslay.com | Undetermined | Net Book Value | Undetermined |
| pikararscloset.com | Undetermined | Net Book Value | Undetermined |
| pilotscloset.com | Undetermined | Net Book Value | Undetermined |
| pinkandnude.com | Undetermined | Net Book Value | Undetermined |
| pinkmoonscloset.com | Undetermined | Net Book Value | Undetermined |
| pipsqueeakscloset.com | Undetermined | Net Book Value | Undetermined |
| pjsfashionclub.com | Undetermined | Net Book Value | Undetermined |
| plannerscloset.com | Undetermined | Net Book Value | Undetermined |
| poojareddycloset.com | Undetermined | Net Book Value | Undetermined |
| poornimasclosetcollective.com | Undetermined | Net Book Value | Undetermined |
| potheadparentcloset.com | Undetermined | Net Book Value | Undetermined |
| povfashion.com | Undetermined | Net Book Value | Undetermined |
| prettygirlrentals.com | Undetermined | Net Book Value | Undetermined |
| prettyposhbox.com | Undetermined | Net Book Value | Undetermined |
| purebeautycloset.com | Undetermined | Net Book Value | Undetermined |
| purposexstyle.com | Undetermined | Net Book Value | Undetermined |
| qbcloset.com | Undetermined | Net Book Value | Undetermined |
| qualityfindscloset.com | Undetermined | Net Book Value | Undetermined |
| queenkeescloset.com | Undetermined | Net Book Value | Undetermined |
| quicksilvertestbox.com | Undetermined | Net Book Value | Undetermined |
| quratedstyle.com | Undetermined | Net Book Value | Undetermined |
| rachelgstile.com | Undetermined | Net Book Value | Undetermined |
| raidmystyle.com | Undetermined | Net Book Value | Undetermined |
| rainerrilke.com | Undetermined | Net Book Value | Undetermined |
| raysrecycledcloset.com | Undetermined | Net Book Value | Undetermined |
| raystylebox.com | Undetermined | Net Book Value | Undetermined |
| rebekahcloset.com | Undetermined | Net Book Value | Undetermined |
| reformyourwardrobe.com | Undetermined | Net Book Value | Undetermined |
| relishxstylebox.com | Undetermined | Net Book Value | Undetermined |
| reloverental.com | Undetermined | Net Book Value | Undetermined |
| renaeoliviasclosetrefresh.com | Undetermined | Net Book Value | Undetermined |
| renewmestylebox.com | Undetermined | Net Book Value | Undetermined |
| rentaiw.com | Undetermined | Net Book Value | Undetermined |
| rentaliciascloset.com | Undetermined | Net Book Value | Undetermined |
| rentamandasstyle.com | Undetermined | Net Book Value | Undetermined |
| rentameliascloset.com | Undetermined | Net Book Value | Undetermined |
| rentandslayclothing.com | Undetermined | Net Book Value | Undetermined |
| rentbunnybox.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| rentclosetcollective.com | Undetermined | Net Book Value | Undetermined |
| rentcoqueta.com | Undetermined | Net Book Value | Undetermined |
| rentdailyluxury.com | Undetermined | Net Book Value | Undetermined |
| rentfashioncarrier.com | Undetermined | Net Book Value | Undetermined |
| rentfortherecord.com | Undetermined | Net Book Value | Undetermined |
| rentgwstyles.com | Undetermined | Net Book Value | Undetermined |
| rentitagain.com | Undetermined | Net Book Value | Undetermined |
| rentkaylascloset.com | Undetermined | Net Book Value | Undetermined |
| rentmodestmagnolia.com | Undetermined | Net Book Value | Undetermined |
| rentmodestmoments.com | Undetermined | Net Book Value | Undetermined |
| rentmylooks.com | Undetermined | Net Book Value | Undetermined |
| rentromantic.com | Undetermined | Net Book Value | Undetermined |
| rentslayreturn.com | Undetermined | Net Book Value | Undetermined |
| rentstyle-charismichelsen.com | Undetermined | Net Book Value | Undetermined |
| rentswstyle.com | Undetermined | Net Book Value | Undetermined |
| rentthedoost.com | Undetermined | Net Book Value | Undetermined |
| renttheromance.com | Undetermined | Net Book Value | Undetermined |
| renttktrends.com | Undetermined | Net Book Value | Undetermined |
| rentvineandvogue.com | Undetermined | Net Book Value | Undetermined |
| rentvirgiescloset.com | Undetermined | Net Book Value | Undetermined |
| rentwearrepeat.com | Undetermined | Net Book Value | Undetermined |
| rentwearstyle.com | Undetermined | Net Book Value | Undetermined |
| rentwithraele.com | Undetermined | Net Book Value | Undetermined |
| reparteerunway.com | Undetermined | Net Book Value | Undetermined |
| resikilled.com | Undetermined | Net Book Value | Undetermined |
| retailtherapybox.com | Undetermined | Net Book Value | Undetermined |
| retailwithronnie.com | Undetermined | Net Book Value | Undetermined |
| returnthatish.com | Undetermined | Net Book Value | Undetermined |
| revolvewardrobe.com | Undetermined | Net Book Value | Undetermined |
| revolvingthreads.com | Undetermined | Net Book Value | Undetermined |
| rewriteyourwardrobe.com | Undetermined | Net Book Value | Undetermined |
| rheestylerevolve.com | Undetermined | Net Book Value | Undetermined |
| ridennstyle.com | Undetermined | Net Book Value | Undetermined |
| rileyswardrobe.com | Undetermined | Net Book Value | Undetermined |
| rockangelscloset.com | Undetermined | Net Book Value | Undetermined |
| rockybarnescloset.com | Undetermined | Net Book Value | Undetermined |
| romanceyourwardrobe.com | Undetermined | Net Book Value | Undetermined |
| rosaliescloset.com | Undetermined | Net Book Value | Undetermined |
| rosaorentals.com | Undetermined | Net Book Value | Undetermined |
| rosinascloset.com | Undetermined | Net Book Value | Undetermined |
| rsvptostyle.com | Undetermined | Net Book Value | Undetermined |
| runwaylando.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| runwayrotation.com | Undetermined | Net Book Value | Undetermined |
| ryosonline.com | Undetermined | Net Book Value | Undetermined |
| sadristyle.com | Undetermined | Net Book Value | Undetermined |
| safaisclosetcollection.com | Undetermined | Net Book Value | Undetermined |
| saigesstylevault.com | Undetermined | Net Book Value | Undetermined |
| samarasstylerack.com | Undetermined | Net Book Value | Undetermined |
| sapiensstylebox.com | Undetermined | Net Book Value | Undetermined |
| sarahshawyallscloset.com | Undetermined | Net Book Value | Undetermined |
| sarahsstylebox.com | Undetermined | Net Book Value | Undetermined |
| sarahsugarqueensstylebar.com | Undetermined | Net Book Value | Undetermined |
| sassysophiastlye.com | Undetermined | Net Book Value | Undetermined |
| savscutecloset.com | Undetermined | Net Book Value | Undetermined |
| savvyandstylishwithmar.com | Undetermined | Net Book Value | Undetermined |
| savvysocialstyle.com | Undetermined | Net Book Value | Undetermined |
| scotchselect.com | Undetermined | Net Book Value | Undetermined |
| scotchunboxed.com | Undetermined | Net Book Value | Undetermined |
| scrubsoffstylebox.com | Undetermined | Net Book Value | Undetermined |
| selectivelystylishwardrobe.com | Undetermined | Net Book Value | Undetermined |
| sendyscookincloset.com | Undetermined | Net Book Value | Undetermined |
| sensetorent.com | Undetermined | Net Book Value | Undetermined |
| serenityscloset.com | Undetermined | Net Book Value | Undetermined |
| shameiaputsitonhoney.com | Undetermined | Net Book Value | Undetermined |
| shamekadwightcollection.com | Undetermined | Net Book Value | Undetermined |
| shannonfashion.com | Undetermined | Net Book Value | Undetermined |
| shansapparel.com | Undetermined | Net Book Value | Undetermined |
| sharaleesboxoffashion.com | Undetermined | Net Book Value | Undetermined |
| sharedelegance.com | Undetermined | Net Book Value | Undetermined |
| sharlenaestylebox.com | Undetermined | Net Book Value | Undetermined |
| shecandress.com | Undetermined | Net Book Value | Undetermined |
| shelbiscloset.com | Undetermined | Net Book Value | Undetermined |
| shelbystyleunleashed.com | Undetermined | Net Book Value | Undetermined |
| shellysrack.com | Undetermined | Net Book Value | Undetermined |
| shewolfglow.com | Undetermined | Net Book Value | Undetermined |
| shineinstylecloset.com | Undetermined | Net Book Value | Undetermined |
| shiv-styles.com | Undetermined | Net Book Value | Undetermined |
| shizenstylebox.com | Undetermined | Net Book Value | Undetermined |
| shopaliciaq.com | Undetermined | Net Book Value | Undetermined |
| shopdesignerwear.com | Undetermined | Net Book Value | Undetermined |
| shopfashionswap.com | Undetermined | Net Book Value | Undetermined |
| shopgbtoday.com | Undetermined | Net Book Value | Undetermined |
| shopgirlsunlimited.com | Undetermined | Net Book Value | Undetermined |
| shophellowhitney.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| shopjassyscloset.com | Undetermined | Net Book Value | Undetermined |
| shopjessiescloset.com | Undetermined | Net Book Value | Undetermined |
| shoplaiti.com | Undetermined | Net Book Value | Undetermined |
| shopnswaps.com | Undetermined | Net Book Value | Undetermined |
| shopohfourthelove.com | Undetermined | Net Book Value | Undetermined |
| shopourlittlecloset.com | Undetermined | Net Book Value | Undetermined |
| shoppingwsarah.com | Undetermined | Net Book Value | Undetermined |
| shoppreciouspicks.com | Undetermined | Net Book Value | Undetermined |
| shopsincerelymaryam.com | Undetermined | Net Book Value | Undetermined |
| shopstyleedition.com | Undetermined | Net Book Value | Undetermined |
| shopstylerevolve.com | Undetermined | Net Book Value | Undetermined |
| shopstylevault.com | Undetermined | Net Book Value | Undetermined |
| shop-the-collective.com | Undetermined | Net Book Value | Undetermined |
| shopvalscloset.com | Undetermined | Net Book Value | Undetermined |
| shredaniestyle.com | Undetermined | Net Book Value | Undetermined |
| shuyangstyles.com | Undetermined | Net Book Value | Undetermined |
| sickfitrentals.com | Undetermined | Net Book Value | Undetermined |
| silvertxladystylebox.com | Undetermined | Net Book Value | Undetermined |
| silviakalcollection.com | Undetermined | Net Book Value | Undetermined |
| simplestylistbox.com | Undetermined | Net Book Value | Undetermined |
| simplifyingsamxstyle.com | Undetermined | Net Book Value | Undetermined |
| simplychicstylebox.com | Undetermined | Net Book Value | Undetermined |
| simplydeonna.com | Undetermined | Net Book Value | Undetermined |
| simplystyledwithdeena.com | Undetermined | Net Book Value | Undetermined |
| simplyyswap.com | Undetermined | Net Book Value | Undetermined |
| sincerelyfashionable.com | Undetermined | Net Book Value | Undetermined |
| singer4jesuscloset.com | Undetermined | Net Book Value | Undetermined |
| sistersstylebox.com | Undetermined | Net Book Value | Undetermined |
| skyelinestyle.com | Undetermined | Net Book Value | Undetermined |
| smartemporiumstyle.com | Undetermined | Net Book Value | Undetermined |
| smarterwaytodress.com | Undetermined | Net Book Value | Undetermined |
| smartstyledelivered.com | Undetermined | Net Book Value | Undetermined |
| smiledesignsrental.com | Undetermined | Net Book Value | Undetermined |
| soavestyles.com | Undetermined | Net Book Value | Undetermined |
| sofrenchcloset.com | Undetermined | Net Book Value | Undetermined |
| softstyleexchange.com | Undetermined | Net Book Value | Undetermined |
| soulfulflair.com | Undetermined | Net Book Value | Undetermined |
| sowhatarewewearing.com | Undetermined | Net Book Value | Undetermined |
| soymodish.com | Undetermined | Net Book Value | Undetermined |
| spotl1ghtcorner.com | Undetermined | Net Book Value | Undetermined |
| sruzealstyle.com | Undetermined | Net Book Value | Undetermined |
| ssessentials.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| starduststylebox.com | Undetermined | Net Book Value | Undetermined |
| startgb.com | Undetermined | Net Book Value | Undetermined |
| startgb30.com | Undetermined | Net Book Value | Undetermined |
| startgb30.net | Undetermined | Net Book Value | Undetermined |
| startgbfree.com | Undetermined | Net Book Value | Undetermined |
| startgbfree.net | Undetermined | Net Book Value | Undetermined |
| startgbnow.com | Undetermined | Net Book Value | Undetermined |
| startmygb.com | Undetermined | Net Book Value | Undetermined |
| stellstylebox.com | Undetermined | Net Book Value | Undetermined |
| stephydaily.com | Undetermined | Net Book Value | Undetermined |
| stilestylesbox.com | Undetermined | Net Book Value | Undetermined |
| stonestylebox.com | Undetermined | Net Book Value | Undetermined |
| storyboardstyles.com | Undetermined | Net Book Value | Undetermined |
| streetystrutstyle.agency | Undetermined | Net Book Value | Undetermined |
| streetystrutstyle.com | Undetermined | Net Book Value | Undetermined |
| styleandswap.com | Undetermined | Net Book Value | Undetermined |
| styleboxbyposhinprogress.com | Undetermined | Net Book Value | Undetermined |
| styleclosetpass.com | Undetermined | Net Book Value | Undetermined |
| styledandswapped.com | Undetermined | Net Book Value | Undetermined |
| styledbyabigail.com | Undetermined | Net Book Value | Undetermined |
| styledbyev.com | Undetermined | Net Book Value | Undetermined |
| styledbyjorieanne.com | Undetermined | Net Book Value | Undetermined |
| styledbylenee.com | Undetermined | Net Book Value | Undetermined |
| styledbyrissyscloset.com | Undetermined | Net Book Value | Undetermined |
| styledbysakshi.com | Undetermined | Net Book Value | Undetermined |
| styledbysimmons.com | Undetermined | Net Book Value | Undetermined |
| styledfoxbysummerwilson.com | Undetermined | Net Book Value | Undetermined |
| styledwithsarahf.com | Undetermined | Net Book Value | Undetermined |
| styleeleve.com | Undetermined | Net Book Value | Undetermined |
| styleisnotasize.com | Undetermined | Net Book Value | Undetermined |
| stylekennedy.com | Undetermined | Net Book Value | Undetermined |
| stylelikeme.com | Undetermined | Net Book Value | Undetermined |
| stylelookbookforyou.com | Undetermined | Net Book Value | Undetermined |
| stylemevivi.com | Undetermined | Net Book Value | Undetermined |
| stylemusestudio.com | Undetermined | Net Book Value | Undetermined |
| styleonshuffle.com | Undetermined | Net Book Value | Undetermined |
| styleontrial.com | Undetermined | Net Book Value | Undetermined |
| stylerefreshmonthly.com | Undetermined | Net Book Value | Undetermined |
| stylerents.com | Undetermined | Net Book Value | Undetermined |
| stylesbynat.com | Undetermined | Net Book Value | Undetermined |
| stylesbysaunders.com | Undetermined | Net Book Value | Undetermined |
| stylesbytammi.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| stylesharebyaniedelgado.com | Undetermined | Net Book Value | Undetermined |
| styleshareus.com | Undetermined | Net Book Value | Undetermined |
| stylesonrepeat.com | Undetermined | Net Book Value | Undetermined |
| stylesswap.com | Undetermined | Net Book Value | Undetermined |
| stylestreaming.com | Undetermined | Net Book Value | Undetermined |
| stylestreamingservice.com | Undetermined | Net Book Value | Undetermined |
| stylestreamingservices.com | Undetermined | Net Book Value | Undetermined |
| stylesubscribe.com | Undetermined | Net Book Value | Undetermined |
| stylesunlimtedrental.com | Undetermined | Net Book Value | Undetermined |
| styletrialboutique.com | Undetermined | Net Book Value | Undetermined |
| styletribebykattrockell.com | Undetermined | Net Book Value | Undetermined |
| stylewithandrea.com | Undetermined | Net Book Value | Undetermined |
| stylewithgisele.com | Undetermined | Net Book Value | Undetermined |
| stylewithluv.com | Undetermined | Net Book Value | Undetermined |
| stylewithshweta.com | Undetermined | Net Book Value | Undetermined |
| stylexcomfort.com | Undetermined | Net Book Value | Undetermined |
| stylexperienceyoyafabulosa.com | Undetermined | Net Book Value | Undetermined |
| styleyourmiles.com | Undetermined | Net Book Value | Undetermined |
| stylingonafriendlybudget.com | Undetermined | Net Book Value | Undetermined |
| stylishstealthy.com | Undetermined | Net Book Value | Undetermined |
| stylistlabox.com | Undetermined | Net Book Value | Undetermined |
| suitingmothernature.com | Undetermined | Net Book Value | Undetermined |
| sunflow3rsamuraistylebox.com | Undetermined | Net Book Value | Undetermined |
| sunshineavestylist.com | Undetermined | Net Book Value | Undetermined |
| sunshinesexclusivecloset.com | Undetermined | Net Book Value | Undetermined |
| sunshinesweets.co | Undetermined | Net Book Value | Undetermined |
| sunsirensfashions.com | Undetermined | Net Book Value | Undetermined |
| sunstyleswap.com | Undetermined | Net Book Value | Undetermined |
| sustainablestylebox.com | Undetermined | Net Book Value | Undetermined |
| swaphappyy.com | Undetermined | Net Book Value | Undetermined |
| swapmystyle.com | Undetermined | Net Book Value | Undetermined |
| swapnslay.com | Undetermined | Net Book Value | Undetermined |
| swapthecloset.com | Undetermined | Net Book Value | Undetermined |
| sweetnhotapparel.com | Undetermined | Net Book Value | Undetermined |
| switchedluxe.com | Undetermined | Net Book Value | Undetermined |
| syggasboutique.com | Undetermined | Net Book Value | Undetermined |
| synethiastylebox.com | Undetermined | Net Book Value | Undetermined |
| syrencollective.com | Undetermined | Net Book Value | Undetermined |
| tailoredbyashleymills.com | Undetermined | Net Book Value | Undetermined |
| takeitsomeplace.com | Undetermined | Net Book Value | Undetermined |
| tamikastreasuresshop.com | Undetermined | Net Book Value | Undetermined |
| taneeyahsrunway.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| taraseasycloset.com | Undetermined | Net Book Value | Undetermined |
| taylordwithlove.com | Undetermined | Net Book Value | Undetermined |
| taylorsdreamycloset.com | Undetermined | Net Book Value | Undetermined |
| teacherclothescrate.com | Undetermined | Net Book Value | Undetermined |
| teachingontrend.com | Undetermined | Net Book Value | Undetermined |
| teresacastillostylebox.com | Undetermined | Net Book Value | Undetermined |
| thaiscloset.com | Undetermined | Net Book Value | Undetermined |
| thatclosetoverthere.com | Undetermined | Net Book Value | Undetermined |
| theagelessedit.com | Undetermined | Net Book Value | Undetermined |
| thealexascloset.com | Undetermined | Net Book Value | Undetermined |
| theaneeqaedit.com | Undetermined | Net Book Value | Undetermined |
| the-artists-closet.com | Undetermined | Net Book Value | Undetermined |
| theastralcloset.com | Undetermined | Net Book Value | Undetermined |
| theautymedit.com | Undetermined | Net Book Value | Undetermined |
| theavenue10.com | Undetermined | Net Book Value | Undetermined |
| theaveryedit.com | Undetermined | Net Book Value | Undetermined |
| thebellamodacollection.com | Undetermined | Net Book Value | Undetermined |
| thebou-tique.com | Undetermined | Net Book Value | Undetermined |
| theboxbythestylistla.com | Undetermined | Net Book Value | Undetermined |
| theboxbytsla.com | Undetermined | Net Book Value | Undetermined |
| thebrookeblendcloset.com | Undetermined | Net Book Value | Undetermined |
| thecapsuleclosetbox.com | Undetermined | Net Book Value | Undetermined |
| theceoscloset.com | Undetermined | Net Book Value | Undetermined |
| thechicclassycasualcloset.com | Undetermined | Net Book Value | Undetermined |
| thechristaedit.com | Undetermined | Net Book Value | Undetermined |
| thecitygirlcollective.com | Undetermined | Net Book Value | Undetermined |
| theclosetresource.com | Undetermined | Net Book Value | Undetermined |
| theclosetsociety.com | Undetermined | Net Book Value | Undetermined |
| theclosetswapco.com | Undetermined | Net Book Value | Undetermined |
| theclosetxchange.com | Undetermined | Net Book Value | Undetermined |
| theclothingtag.com | Undetermined | Net Book Value | Undetermined |
| theclutterfreecloset.com | Undetermined | Net Book Value | Undetermined |
| thecuratedclosetbyif.com | Undetermined | Net Book Value | Undetermined |
| thecuriouscloset.com | Undetermined | Net Book Value | Undetermined |
| thecurvyamandacloset.com | Undetermined | Net Book Value | Undetermined |
| thedeluxelattecollection.com | Undetermined | Net Book Value | Undetermined |
| thedollscloset.com | Undetermined | Net Book Value | Undetermined |
| thedreamclosetrental.com | Undetermined | Net Book Value | Undetermined |
| thedvflink.com | Undetermined | Net Book Value | Undetermined |
| thedymicloset.com | Undetermined | Net Book Value | Undetermined |
| theeclecticscloset.com | Undetermined | Net Book Value | Undetermined |
| theefashionrentals.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| theeffortlesschiccloset.com | Undetermined | Net Book Value | Undetermined |
| theensemble.me | Undetermined | Net Book Value | Undetermined |
| theesquirescloset.com | Undetermined | Net Book Value | Undetermined |
| theexchangebydestiney.com | Undetermined | Net Book Value | Undetermined |
| thefashionboutiqueone.com | Undetermined | Net Book Value | Undetermined |
| thefashionistacastle.com | Undetermined | Net Book Value | Undetermined |
| thefoodylook.com | Undetermined | Net Book Value | Undetermined |
| theforevercloset.com | Undetermined | Net Book Value | Undetermined |
| thefoxsaysfashion.com | Undetermined | Net Book Value | Undetermined |
| thegemstylebox.com | Undetermined | Net Book Value | Undetermined |
| theglamedits.com | Undetermined | Net Book Value | Undetermined |
| thegoodclosetbykylie.com | Undetermined | Net Book Value | Undetermined |
| theidaracollection.com | Undetermined | Net Book Value | Undetermined |
| theidealoutfit.com | Undetermined | Net Book Value | Undetermined |
| theinfinitestylebox.com | Undetermined | Net Book Value | Undetermined |
| thejejocloset.com | Undetermined | Net Book Value | Undetermined |
| thejonaeedit.com | Undetermined | Net Book Value | Undetermined |
| thejourneycloset.com | Undetermined | Net Book Value | Undetermined |
| thekutique.com | Undetermined | Net Book Value | Undetermined |
| thelimitlesscloset.com | Undetermined | Net Book Value | Undetermined |
| thelushlookcloset.com | Undetermined | Net Book Value | Undetermined |
| theluxexchange1.com | Undetermined | Net Book Value | Undetermined |
| themandanascloset.com | Undetermined | Net Book Value | Undetermined |
| thementalmode.com | Undetermined | Net Book Value | Undetermined |
| themodaaura.com | Undetermined | Net Book Value | Undetermined |
| themodest-closet.com | Undetermined | Net Book Value | Undetermined |
| themomcloset.com | Undetermined | Net Book Value | Undetermined |
| themuvacloset.com | Undetermined | Net Book Value | Undetermined |
| thenomadistacloset.com | Undetermined | Net Book Value | Undetermined |
| thenostalgiccloset.com | Undetermined | Net Book Value | Undetermined |
| theocasion.com | Undetermined | Net Book Value | Undetermined |
| theoutfitxchange.com | Undetermined | Net Book Value | Undetermined |
| thepeachpicks.com | Undetermined | Net Book Value | Undetermined |
| thephotogeniccloset.com | Undetermined | Net Book Value | Undetermined |
| thepurseempowermentcloset.com | Undetermined | Net Book Value | Undetermined |
| thequantumcloset.com | Undetermined | Net Book Value | Undetermined |
| theracergirlcloset.com | Undetermined | Net Book Value | Undetermined |
| therebuiltcloset.com | Undetermined | Net Book Value | Undetermined |
| theselfishstylerental.com | Undetermined | Net Book Value | Undetermined |
| thesilhouettecloset.com | Undetermined | Net Book Value | Undetermined |
| thesingingwidowwardrobe.com | Undetermined | Net Book Value | Undetermined |
| thesmarterwaytodress.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| thestylevamp.com | Undetermined | Net Book Value | Undetermined |
| thestylishmomstylebox.com | Undetermined | Net Book Value | Undetermined |
| thestylishsuitcase.com | Undetermined | Net Book Value | Undetermined |
| thestylistlabox.com | Undetermined | Net Book Value | Undetermined |
| thesunshinesweets.com | Undetermined | Net Book Value | Undetermined |
| theturnstyle.life | Undetermined | Net Book Value | Undetermined |
| thewardrobesociety.com | Undetermined | Net Book Value | Undetermined |
| threadsforjesters.com | Undetermined | Net Book Value | Undetermined |
| threadsofkie.com | Undetermined | Net Book Value | Undetermined |
| thuecloset.com | Undetermined | Net Book Value | Undetermined |
| tiffsbasstayloring.com | Undetermined | Net Book Value | Undetermined |
| tifftrendyboutique.com | Undetermined | Net Book Value | Undetermined |
| timelessstylebox.com | Undetermined | Net Book Value | Undetermined |
| tinasadristyle.com | Undetermined | Net Book Value | Undetermined |
| titatotsstylebox.com | Undetermined | Net Book Value | Undetermined |
| tntswirl-closet.com | Undetermined | Net Book Value | Undetermined |
| tongueinchicbyleah.com | Undetermined | Net Book Value | Undetermined |
| toyinstylesrental.com | Undetermined | Net Book Value | Undetermined |
| tradingthecloset.com | Undetermined | Net Book Value | Undetermined |
| transformingwithfashion.com | Undetermined | Net Book Value | Undetermined |
| travellerscloset.org | Undetermined | Net Book Value | Undetermined |
| travellersclosetrental.com | Undetermined | Net Book Value | Undetermined |
| travelstylebox.com | Undetermined | Net Book Value | Undetermined |
| travelstyleexpert.com | Undetermined | Net Book Value | Undetermined |
| trendrevo.com | Undetermined | Net Book Value | Undetermined |
| trendsbytasia.com | Undetermined | Net Book Value | Undetermined |
| trendystylebox.com | Undetermined | Net Book Value | Undetermined |
| trendythreadscloset.com | Undetermined | Net Book Value | Undetermined |
| trovestylebox.com | Undetermined | Net Book Value | Undetermined |
| trustandthrivestyle.com | Undetermined | Net Book Value | Undetermined |
| trygb30.com | Undetermined | Net Book Value | Undetermined |
| trygb30.net | Undetermined | Net Book Value | Undetermined |
| trygbfree.com | Undetermined | Net Book Value | Undetermined |
| trygbfree.net | Undetermined | Net Book Value | Undetermined |
| trygbnow.com | Undetermined | Net Book Value | Undetermined |
| trymygb.com | Undetermined | Net Book Value | Undetermined |
| tryonchange.com | Undetermined | Net Book Value | Undetermined |
| tryongb.com | Undetermined | Net Book Value | Undetermined |
| tryongb.net | Undetermined | Net Book Value | Undetermined |
| tryrental.co | Undetermined | Net Book Value | Undetermined |
| trystyleswap.com | Undetermined | Net Book Value | Undetermined |
| tscloset.net | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| tsclosetrental.com | Undetermined | Net Book Value | Undetermined |
| tuconveniencecloset.com | Undetermined | Net Book Value | Undetermined |
| turnstyle.fashion | Undetermined | Net Book Value | Undetermined |
| turnstyle.life | Undetermined | Net Book Value | Undetermined |
| turnstylist.com | Undetermined | Net Book Value | Undetermined |
| unapologeticfashions.com | Undetermined | Net Book Value | Undetermined |
| unfold.rent | Undetermined | Net Book Value | Undetermined |
| unlimitedbalexia.com | Undetermined | Net Book Value | Undetermined |
| unlimitedclosetofstylishfits.com | Undetermined | Net Book Value | Undetermined |
| unlimitedfashion.me | Undetermined | Net Book Value | Undetermined |
| valentinamamistyle.com | Undetermined | Net Book Value | Undetermined |
| valorvelour.com | Undetermined | Net Book Value | Undetermined |
| vickdevick.com | Undetermined | Net Book Value | Undetermined |
| vinceunfold.com | Undetermined | Net Book Value | Undetermined |
| violetsandvanity.com | Undetermined | Net Book Value | Undetermined |
| viralvoguerentals.com | Undetermined | Net Book Value | Undetermined |
| vistyleedit.com | Undetermined | Net Book Value | Undetermined |
| vkfashionlookbook.com | Undetermined | Net Book Value | Undetermined |
| wanderingsuitcase.com | Undetermined | Net Book Value | Undetermined |
| wardrobe-refresh.com | Undetermined | Net Book Value | Undetermined |
| wardrobevariety.com | Undetermined | Net Book Value | Undetermined |
| weargbnow.com | Undetermined | Net Book Value | Undetermined |
| weargbnow.net | Undetermined | Net Book Value | Undetermined |
| wearsabrinalizette.com | Undetermined | Net Book Value | Undetermined |
| wearwolfcloset.com | Undetermined | Net Book Value | Undetermined |
| whatoliviawears.com | Undetermined | Net Book Value | Undetermined |
| whatsinlaurascloset.com | Undetermined | Net Book Value | Undetermined |
| whatwouldwinkswear.com | Undetermined | Net Book Value | Undetermined |
| wisdomapparell.com | Undetermined | Net Book Value | Undetermined |
| withgracestylebox.com | Undetermined | Net Book Value | Undetermined |
| xostylebox.com | Undetermined | Net Book Value | Undetermined |
| xquisitestyle.com | Undetermined | Net Book Value | Undetermined |
| xtinascloset.com | Undetermined | Net Book Value | Undetermined |
| yanscloset.com | Undetermined | Net Book Value | Undetermined |
| yazicolecloset.com | Undetermined | Net Book Value | Undetermined |
| yesbroadwaystyle.com | Undetermined | Net Book Value | Undetermined |
| yesenialuboff.com | Undetermined | Net Book Value | Undetermined |
| you2pointohmyclothingrental.com | Undetermined | Net Book Value | Undetermined |
| yourendlesscloset.com | Undetermined | Net Book Value | Undetermined |
| yourfavcollection.com | Undetermined | Net Book Value | Undetermined |
| yourinfinitecloset.com | Undetermined | Net Book Value | Undetermined |
| yourposhpassport.com | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 61. Internet domain names and websites**

| General Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| yourrevolvingcloset.com | Undetermined | Net Book Value | Undetermined |
| yourstyleinrotation.com | Undetermined | Net Book Value | Undetermined |
| yourstylespin.com | Undetermined | Net Book Value | Undetermined |
| youthemotherstylebox.com | Undetermined | Net Book Value | Undetermined |
| yvettescloset.com | Undetermined | Net Book Value | Undetermined |
| zsfashiontingz.com | Undetermined | Net Book Value | Undetermined |
| **Total** | **Undetermined** | **Net Book Value** | **Undetermined** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART10, QUESTION 63

CUSTOMER LISTS, MAILING LISTS, OR OTHER
COMPILATIONS

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| A Chic Approach - US | Customer List | Undetermined | Net Book Value | Undetermined |
| A Designing Moment - US | Customer List | Undetermined | Net Book Value | Undetermined |
| A La Mode - US | Customer List | Undetermined | Net Book Value | Undetermined |
| A New Look - US | Customer List | Undetermined | Net Book Value | Undetermined |
| A Revolving Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| A Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ab Fashion Finds - US | Customer List | Undetermined | Net Book Value | Undetermined |
| About The Outfit - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Adorned In Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| AE Style Drop | Customer List | Undetermined | Net Book Value | Undetermined |
| Affordable Glam Everyday - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Afrogfitzcloset - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ag Fashion Fusion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ageless Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Alexa Nicole Collection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Alexa S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| All Liv Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| All Saints Women - UK | Customer List | Undetermined | Net Book Value | Undetermined |
| All Things Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| All You Can Chic - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Alluringstyleloft - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Altuzarra - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Amanda Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Amandas Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Amara Style Pass - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Amber Vs The Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Amelia S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Amornay S Armoire - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Amy S Chic Boutique - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Andrea Minski Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Andy S Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ang S Fashion Flare - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Anna S Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Annaga Lifestyle - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Anne Stedman Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Annie S Fashion Faves - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Antonietta S Moda - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Apparel To Adore - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Apres 5 - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ariee S Fox Collective - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Armoire D Omaima - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Art Of Lux Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ashley Elizabeth Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Asya - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Attirefemmeluxe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Auntie Wears First - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Aurelia Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Authentic Soul - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Avenue10 - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Baddie Bossy - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Banana Republic Style Passport | Customer List | Undetermined | Net Book Value | Undetermined |
| Beachy Vibes Collective - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Beaute Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Beautiful Bold Borrowed - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Beauty In The Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Believeinu Fit Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Betta Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Bewitch Your Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Beyond The Cardigan - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Beyou Ty Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Bianca S Borrowed Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Big Switch Energy - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Bing Bing S Bling - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Bird Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Birdsong Wear - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Black Dragon S Lotus - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Blackrose S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Bless Your Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Blessed With Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Bonita Boutique - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Borrow And Shine - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Borrow Boutique By Jza - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Borrowed By Besties - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Borrowed From Big Sis - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Boss Chics Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Boss Her Up Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Boujee On Demand - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Brand New Bitch - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Brey S Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Briana Maries Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Briana S Style Heaven - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Brianna S Closet Swap - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Brizznicole Fashionflip - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Brooke S Bohemian Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Brookes Retail Therapy - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Brown Crayon Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Buciie M S Style Studio - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Bunny Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Burnt Out Teacher Boutique - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Butler S Best Picks - US | Customer List | Undetermined | Net Book Value | Undetermined |
| By Erynscurlss - US | Customer List | Undetermined | Net Book Value | Undetermined |
| C C Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| CaaStle Test BA - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Cait S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Callie S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Camillas Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Candy White Sweet Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Caras Classy Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Careerglam Vault - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Carli S Clutter Free Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Caro Saenz Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Carolina S Closet Collection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Carolyn Powery Style Collection Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Cast Style With Sassy Sophia - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Cate S Addiction - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Catwalk Express - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ceces Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chalalas Rental - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Channing Styles - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chaos Beauty Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chaos Moda - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chapter Chic - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Charis Rental Clothing Service - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Charlize S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Charm - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chaweon S Coven Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chellux - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chelsealuv S Looks - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chelsko S Caastle Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chic Beyond Compare - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chic Cycle - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chic Era Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chic On Demand - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chic On Repeat - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chic Style Box Online - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Choose Your Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Christina S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Christine'S Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Chroma Collective By Alana - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Cindi S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Cindy S Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ckalaam Fashion Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Classytype - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Closet Carousel - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Closet Carousel By Nellie - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Closet Collective - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Closet Couture - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Closet Cuddle Cloud - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Closet Cycle - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Closet Genie - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Closet On Call - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Closet X Change - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Closetgal - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Clothed By Jael - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Clothespress - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Cloud 9 Styles By Sincerely - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Coco S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Coffee Cuddles Clothes - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Cognitive Couture - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Completely Caitlin S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Conley S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Conscious Chic Couture - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Constant Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Courtneys Rack - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Couture Exchange By Ltm - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Couture My Runway Rented Looks - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Covered In Luxe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Create Travel Crate - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Creating Your Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Cristal S Clothes - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Cristina Styled | Customer List | Undetermined | Net Book Value | Undetermined |
| Crystal S Clozet - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Curated By Christy B - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Curatedbydenisebayron - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Danaia Js Holygirl Fashion Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dang Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dasom S Looks - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Date In Style With Big Jenni - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Davianne Beepot Clothing - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Davieann S Fashion World - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dbsunshinebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Deane Haus - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Denim Dillon By Sarah Gray - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Deoni S Dream Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Desi S Closet Collective - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Design Boss Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Designer Wear - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Desis Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Desistylzz - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Diamondkstyles - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Diddi Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dimensions In A Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Distinctive Closet Rental - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Divalishlaura S Fash - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Divalisious Inc - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dom Melay S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Doodle Mom S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dopaminechic - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dope Style Exchange - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Doranellys Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dr Chic - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dr Ebonie Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dr Milhouse Fashionrx - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dr Nish Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dr Shellie'S Style Swap - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dream Closet By Rashmiix - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dream Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dress Borrow Or Buy - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dress To Manifest - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dressed In Bliss - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dressed To Express - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Dressing For Peanuts - US | Customer List | Undetermined | Net Book Value | Undetermined |
| DVF Link - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ecoglamfam By Tamela D Amico - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Edit By J E - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Effortless Closet Find - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Effortless With Grace - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Effortlessly Classic - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Elaine S Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Elegance At Your Finest - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Elegant Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Elevate With Kate Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Elevate With Style By Jeannie - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Elizabeth Evans Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Elizabethan Styles - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ellapparel - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Ellen Alexander S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ellie S Style Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Elnaz Hamai Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| ELOQUII Unlimited | Customer List | Undetermined | Net Book Value | Undetermined |
| Em Sky - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Emily Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Emily Young Style Rental - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Empowerwear - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Empress Energy Style By Tess - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Enah S Style Swap - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Enchanted Closet By Keri - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Endless Fashion Rental - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Endless Styles By Tam - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Esmestyle Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ester S Renting Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Estilo Y Salud - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Eugenia Kuzmina Model Mom - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Evelyn And Avery - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Every You Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Everyday Style Box Rental - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Everything Eve - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Evolving Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Evonnescloset - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Excesssuite - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Express Men | Customer List | Undetermined | Net Book Value | Undetermined |
| Express Style Trial | Customer List | Undetermined | Net Book Value | Undetermined |
| Fadeeva Hashem - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Faeryfashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Farrah S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashion Borrow - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashion Box By Monica Lee - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashion Carrier - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashion Flip Repeat - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashion Forward Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashion From Home - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashion Roe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashion Rotation By Yelena - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashion Spin With Jenn - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashion Swap By Ruzanna - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashion Talk With Irina Polo - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashion To Figure Closet | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashionably Her - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashionista Dummy BA - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashionista Fantasy - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fashxstylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Favorite Teacher Swag - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Feel Uniqunezz - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Felicerose Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fem Fashion Finds - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fierce And Feminine - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fina By Vikina - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Finding Fate Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fioreclaire S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fit For A Goddess - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Fitted By Atiya Walcott - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fitted For Confidence - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fkpstyle - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Flexx S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fluid Fits By Varuna - US | Customer List | Undetermined | Net Book Value | Undetermined |
| For The Record - US | Customer List | Undetermined | Net Book Value | Undetermined |
| From Kelly S Suitcase - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Funky S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Fur Babe Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Gabi S Style Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Geri Couture Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Gina Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Girlfriends Guide Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Girls Unlimited - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Glam Goddess Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Glaminista - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Global Chic By Jeannette - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Glow Couture - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Gorjess Styling Hub For Curves - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Guilt Free Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Gwstyle - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Gwynnie Bee | Customer List | Undetermined | Net Book Value | Undetermined |
| Hallease S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Halo Ivy - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Harness Your Look By Dr Nina - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Haul In - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Haute Procure - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Haverdash | Customer List | Undetermined | Net Book Value | Undetermined |
| Hayley S Posh Playbook - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Hayley S Rental Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Healthy Fit Fab Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Healthy Little Threads - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Hello Friends Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Her By Labelmepretty - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Herr Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Hex And The City Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| High Dopamine Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Hoemgirl Threads - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Home Fitting Room - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Honestly Exquisite - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Honey Drip - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Hrmanifesto S Swag Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Hues Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Hunnibunns Fvshion Rental - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Hunt Style Rent - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Hunter S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| I Heart The Look - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Iconic Stylings - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ideal Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Imari S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Imlvh Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| In Fashion We Trust - US | Customer List | Undetermined | Net Book Value | Undetermined |
| In Studio By Bonnie - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Indashasluggage - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Infinite Fashionista - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Infinite Flips Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Infinite Style by Ann Taylor | Customer List | Undetermined | Net Book Value | Undetermined |
| Infinitely LOFT | Customer List | Undetermined | Net Book Value | Undetermined |
| Instabella - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Intentional Style Suite - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Intuitiveglam - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Isabelle S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| It S Just Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| It S2cute - US | Customer List | Undetermined | Net Book Value | Undetermined |
| J Renae Rental Rack - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jackie S Curated Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jahneiss S Closet Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jamdown Styles - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jassy'S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jawn Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jayla Megs Muse Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jd Style Collective - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jem S Dresser - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jen S Texas Vault - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jen Taylored For You - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jeneen S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jenna Barclay Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jennifer Lauras Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jennnoire S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jenny S Closet Rental 365 - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jenoir Lynne Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jens Journey - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jess My Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jess Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jessica Castro S Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jessica S Curated Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jessicas Look Book - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jessie S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jetset With Mercedes - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jewel S Style Files - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jimena Unlimited Fits - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jones Apparel Exchange - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jordostylecloset - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Journey Of You Collective - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Joyciejay Shop - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Juju S Chic Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Julia Rose S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Julia S Style Vault - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Jupiter S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Just Another Slay - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Just Be The Butterfly Effect - US | Customer List | Undetermined | Net Book Value | Undetermined |
| K S Style And Go - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kailey S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Karatejewels Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kari E Nyc - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Karina Michel Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Karina S Runway - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Karissa Hagemeister Style - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Katalina S Jaded Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Katya Starr - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kayces Kloset By Melissa Radke - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kaye Faith Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kayla S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kaylin S Daily Style Off Trail - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kelly Fountain Couture - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kellyn Mcmullan Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kelsey S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kenzi S Kloset - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kenzie Carter S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kilisi S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Killaaakollection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kind Minds Fit Finds - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kirby S Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kkenzie S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kristin S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kristina Hagan Closet Valet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kutique - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Kyky S Kloset - US | Customer List | Undetermined | Net Book Value | Undetermined |
| L K Bennett - UK | Customer List | Undetermined | Net Book Value | Undetermined |
| La Femme Elegante - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Labor Nurse Mama Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lacy Lady Style Guide - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ladyshell S Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Laiecha Frederick - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Laura Calderon Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Laura S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Laurel Luxe Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Laurenelizabeth Sstylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lavish For Less - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Leahs Luxe Library - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Learning With Lauren Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lease A Fit - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lend And Love - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Let S Play Dress Up - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lexi S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lexi S Looks - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lg Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Liati - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lights Camera Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Like It Is Your Last - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lil Reds Collection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lina Polania Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Linettestorybook S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Live Your True Lifestyle - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lively Ever More - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Livia Pillmann Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lkfashionfinds - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Llimitless Styles - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lollie S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Look At Her Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lookin Lucky - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Looks By Leticia - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Looks Con Sazon - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lorraine S Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Louer A Porter - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Louvianti - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Love On Trend - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lovelyluxe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lovlee Finds - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lucy S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Luxe Attire Lounge - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Luxe Fitness - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Luxe Gyal - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Luxe Leases By Lindseyashlyn - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Luxe Look Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Luxe Looks - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Luxx Fashion Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lydastylepalette - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Lysh The Stylist - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mabell Clothing Rental - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mabelsmood - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Madame Baus - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Maddis Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Made By Maya Sage - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Main Character Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Maje - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Malibu Moxie X Ashley Cusato - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mama S Fashion House - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mama Vogue Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mamahood Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mando 2 Go - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mandy S Selection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mani Fit Station - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Maribel S Collection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Marina Stepanyan Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mary Lereve Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Marylu S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Matched By Mademoiselle - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Maxx Mode - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mayieteh S Model Moments - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Meg Reily Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Meg S Style Collection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Meko S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Melanie Avalon S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mercedes Coffman S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Micah S Capsule - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Midlife Muse Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Miinii S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mikkloset - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mindfully Chic - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mini Voyager Suitcase - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Minimalist Interior S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Miracle En Moiré - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Miriam S Playbook - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Miss Kira P S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mix And Match With Maeve - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Mochagirl Fashion Finds - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mocrazy Strong Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Moda Aura - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Modamix - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Model Off Duty Wardrobe Subscription - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Modern Mom Probs - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Modern Reservations - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Modest Magnolia - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Modest Moments - US | Customer List | Undetermined | Net Book Value | Undetermined |
| ModLux Rent - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mollys Fashion House - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mom Off Duty Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mom S Closet Fix - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mom Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mom Unfrumpified - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Moments In Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Momms Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Momstar Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mona S Closet Club - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Monimoni - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Moore Looks - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mora Looks With Alyss - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Morgans Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Morgans Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Morganwearsstuff - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Moss Box - UK | Customer List | Undetermined | Net Book Value | Undetermined |
| Motd - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mother May I Borrow - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Motherhood Rental | Customer List | Undetermined | Net Book Value | Undetermined |
| Mousey S Boutique - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mrenbo Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Mrs Opm S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Muse By Morgan - US | Customer List | Undetermined | Net Book Value | Undetermined |
| My Bestfriend'S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| My Billionayers Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| My Curated Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| My Down South Styles - US | Customer List | Undetermined | Net Book Value | Undetermined |
| My Evolving Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| My Fashion Hive - US | Customer List | Undetermined | Net Book Value | Undetermined |
| My List At Bloomingdale's | Customer List | Undetermined | Net Book Value | Undetermined |
| My Rainbow Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| My Style Concierge - US | Customer List | Undetermined | Net Book Value | Undetermined |
| My Style Hq - US | Customer List | Undetermined | Net Book Value | Undetermined |
| My Style Is My Brand - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Myfashionsymphony - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Myrtle S Co Op Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Nair S Revolving Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Naty So French Closet Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Nellysostylish Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Nelotechie - US | Customer List | Undetermined | Net Book Value | Undetermined |
| New York and Company Closet | Customer List | Undetermined | Net Book Value | Undetermined |
| Nextgeneration Love - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ni S Clothing - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Nicold Fits - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Nicole Miller Reserved | Customer List | Undetermined | Net Book Value | Undetermined |
| Nicolettes Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Nightshade - US | Customer List | Undetermined | Net Book Value | Undetermined |
| No Scrubs - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Nondini S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Nostalgicloset - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Novella - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Nugget S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Nulookhaven - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Occasionally Luxe Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Off The Clock Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Off The Ranch Outfits - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Oggi - US | Customer List | Undetermined | Net Book Value | Undetermined |
| On Call Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| One Stop Shop - US | Customer List | Undetermined | Net Book Value | Undetermined |
| One Trust Reference Ba - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Other Outfitter - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Our Little Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Outfit Of The Natday - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Outfit Your Body - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Paolavdesideri Styles - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Parteawear - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Particularly Styled - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Patticake S Wardrobe Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pdc Basics - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Peach S Picks - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pecan'S Fashion Vault - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Peek Grab Slay By Deanna - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pikarar S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pilot S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pink and Nude - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pink Moon S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pipsqueeak S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pj S Fashion Club - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Planner S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Poojareddycloset - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Poornima S Closet Collective - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Posh Passport - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pothead Parent Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pov Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Precious Picks - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pretty Girl Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pretty Posh Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Prosecconpilates Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Pure Beauty Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Purpose X Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Quality Finds - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Queen Kee'S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Qurated Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rachel G Stile - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Raid My Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ray S Recycled Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ray S Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rebecca Taylor RNTD | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Rebekah S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Relish Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Relove - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Renae Olivias Closet Refresh - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Renewme Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent Aiw - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent Alicia S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent And Slay Clothing - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent Coqueta - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent Daily Luxury - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent It Again - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent My Looks - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent Romantic - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent The Doost - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent The Romance - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent Tk Trends - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent Virgie S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent Wear Repeat - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rent With Raele - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rentstyle X Charis Michelsen - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rentswstyle By Syndee Winters - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rentwear - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Repartee Runway - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Resikilled - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Retail Therapy Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Retail With Ronnie - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Return That Ish - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Revolve The Runway - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Revolve Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Revolvingthreads - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rewrite Your Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rheestyle Revolve - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ride In Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rileyswardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ritzy Rentals | Customer List | Undetermined | Net Book Value | Undetermined |
| Rock Angels Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rocky Barnes Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rosalie S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rosao Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Rosina S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Runway Lando - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Runway Revolve - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Runway Rotation - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ryos - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sadri S Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Safai S Closet Collection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Saige S Style Vault - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Samara Style Rack - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sapiens Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sarah S Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sarah Sugar Queen Style Bar - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sarahshawyalls Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sav'S Cute Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Savvy Social Style - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Savvy Stylish - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Scotch Select | Customer List | Undetermined | Net Book Value | Undetermined |
| Scrubs Off Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Selectively Stylish Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sendy S Cookin Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sense To Rent - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Serenity S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shameiaputsitonhoney - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shameka Dwight Collection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shan S Apparel Pass - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shannon Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sharalee S Box Of Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shared Elegance - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sharlenae S Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| She Can Dress - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shelbi S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shelly'S Rack - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shewolf Glow - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shine In Style Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shiv Styles - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shizen S Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shop Hello Whitney - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shop N Swap - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shop Oh Four The Love - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shopaliciaq - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shopping With Sarah - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shopsincerelymaryam - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shredanie Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Shuyang Styles - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sick Fit Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Silvertxlady Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Silvia Kal Collection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Simple Stylist Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Simplifying Sam X Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Simply Chic Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Simply Deonna - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Simply Styled With Deena - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sincerely Fashionable - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Singer4jesus Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sisters Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Skyelinestyle - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Skyler S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Smart Emporium Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Smart Style Delivered - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Smile Designs Rental - US | Customer List | Undetermined | Net Book Value | Undetermined |
| So What Are We Wearing - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Soave Styles - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Soft Style Exchange - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Soulful Flair - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Soy Modish - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Spotl1ght Corner - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sruzeal Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Ss.Essentials - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Stardust Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Stephy Daily - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Stile Styles Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Stonestylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Storyboard Styles - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Street Strut Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Box By Posh In Progress - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Closet Pass - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Edition - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Eleve - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Exchange - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Kennedy - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Like Me - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Lookbook - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Me Vivi - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Muse Studio - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style On Shuffle - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style On Trial - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Refresh - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Rents - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Revolve - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Share - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Shuffle - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Subscribe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Swap - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Swap - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Swap By Thiswaywithtay - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Trial Boutique By Carrie - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Tribe By Katt Rockell - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Unleashed - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Vault - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style With Andrea - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style With Gisele - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style With Luv - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style X Comfort - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Style Your Miles - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styled By Abigail - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styled By Ev - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styled By Jorieanne - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styled By Lenée Marie - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styled By Rissy S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styled By Sakshi - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styled By Simmons - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styled Fox X Summer Wilson - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styled Swapped - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styled With Sarah - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Stylefix Love Swap Keep - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styles By Nat - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styles By Saunders - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styles By Tammi - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styles On Repeat - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styles Unlimited By Shadiek M - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styleshare By Anie Delgado - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Stylexperience By Yoyafabulosa - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Styling On A Budget - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Stylish Fits - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Stylish Stealthy - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Suiting Mother Nature - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sun Style Swap - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sunflow3r Samurai S Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sunshine Ave Stylist - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sunshines Exclusive Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sunshinesweets - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sunsirens - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sustainable Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Swap My Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Swap My Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Swap N Slay By Maya Acra - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Swaphappy - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sweet N Hot Apparel - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Switched Luxe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Sygga S Boutique - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Synethia Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Syren Collective - US | Customer List | Undetermined | Net Book Value | Undetermined |
| T S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Tailored By Ashley Mills - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Take It Someplace - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Tamika S Treasures Shop - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Taneeyah S Runway - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Tara S Easy Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Taylor D With Love - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Taylor S Dreamy Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Teacher Clothes Crate - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Teacher Style Box | Customer List | Undetermined | Net Book Value | Undetermined |
| Teaching On Trend - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Teresa Castillo Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Thais Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| That Closet Over There - US | Customer List | Undetermined | Net Book Value | Undetermined |
| That Guurl - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Thatbilingualchick S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Ageless Edit - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Aneeqa Edit - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Artists Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Astral Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Autym Edit - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Avery Edit - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Bella Moda Collection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Bou Tique - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Box by The Stylist LA | Customer List | Undetermined | Net Book Value | Undetermined |
| The Brooke Blend Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Capsule Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The CEOs Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Chic Classy Casual Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Christa Edit - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The City Girl Collective - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Closet Collective - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Closet Resource - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Closet Society - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Closet Swap - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| The Clothing Tag - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Clutter Free Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Collective - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Confidence Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Curated Closet By If - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Curious Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Deluxe Collection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Dolls Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Dream Closet Rental - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Dy Mi Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Eclectic S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Effortless Chic Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Endless Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Engineered Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Ensemble - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Esquire S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Exchange By Destiney - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Fashion Boutique One - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Fashion Feed - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Fashionista Castle - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Foody Look - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Forever Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Fox Says Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Glam Edits - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Good Closet By Kylie - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Healthy Voyagers Trunk - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Idara Collection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Ideal Outfit - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Infinite Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Jejo Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Jetset Dresser - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Jonae Edit - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Kollective - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Lauren Look | Customer List | Undetermined | Net Book Value | Undetermined |
| The Limitless Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Lush Look - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Luxe Xchange - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Luxury Wife - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Mandana S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Mental Mode - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Modest Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Mom Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Muva Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Nomad Edit - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Nomadista Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Occasion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Outfit Xchange - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Photogenic Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Quantum Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Rebuilt Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Selfish Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Silhouette Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Singing Widow Wardrobe - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| The Style Vamp - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Stylish Mom Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Stylish Suitcase - US | Customer List | Undetermined | Net Book Value | Undetermined |
| The Wardrobe Society - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Thebaldheadgirl Scloset - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Thecurvyamanda Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Thee Fashion Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Theracergirlcloset - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Threads For Jesters - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Threadsofkie - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Thue Closet By Wendyskin - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Tiff Trendy Boutique - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Tiffsbass Trends - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Timeless Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Titatots Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Tntswirl Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Tongue In Chic By Leah - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Toyinstylesrental - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Trading Closets - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Transforming With Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Travel Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Travel Style Expert - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Traveller'S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Trend Revo - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Trendsbytasia - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Trendy Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Trendy Threads - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Trove - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Trust Thrive Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Try On Change - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Tu Convenience Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Unapologetic Fashion - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Unlimited Styles For Everyone - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Unlimited Wardrobe By B Alexia - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Val S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Valentinamamistyle - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Valor Velour - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Vi Style Edit - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Vick De Vick Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Vince Unfold | Customer List | Undetermined | Net Book Value | Undetermined |
| Vine Vogue - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Violets Vanity - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Viral Vogue Rentals - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Vk Fashion Lookbook - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Wandering Suitcase - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Wardrobe Refresh - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Wardrobe Variety Women - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Wear Sabrina Lizette - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Wearwolf - US | Customer List | Undetermined | Net Book Value | Undetermined |
| What Olivia Wears - US | Customer List | Undetermined | Net Book Value | Undetermined |
| What Would Winks Wear - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Whatsinlaurascloset - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Wisdom Apparell - US | Customer List | Undetermined | Net Book Value | Undetermined |
| With Grace Style Box - US | Customer List | Undetermined | Net Book Value | Undetermined |

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB 63. Customer lists, mailing lists, or other compilations**

| General Description | Description | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Www Fashionablerentalfinds Com - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Xostylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Xquisite Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Yan S Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Yazi Cole Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Yesbroadway Style - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Yesenia Luboff - US | Customer List | Undetermined | Net Book Value | Undetermined |
| You The Mother Stylebox - US | Customer List | Undetermined | Net Book Value | Undetermined |
| You2pointohmyclothingrental - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Young N Dapper - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Your Endless Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Your Fav Collection - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Your Revolving Closet - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Your Style In Rotation - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Yvettehenry - US | Customer List | Undetermined | Net Book Value | Undetermined |
| Z S Fashion Tingz - US | Customer List | Undetermined | Net Book Value | Undetermined |
| **Total** | | **Undetermined** | | **Undetermined** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 11, QUESTION 73

INTERESTS IN INSURANCE POLICIES OR ANNUITIES

**CaaStle Inc.**
**Case No. 25-11187**
**Schedule AB73:  Interests in Insurance Policies or Annuities**

| Coverage | Insurer | Policy # | Policy Term |
|---|---|---|---|
| Cyber Liability – Primary | ACE Ameican Ins. Co. | D02096574 | 12/18/24 to 12/18/25 |
| Site Pollution Liability | Beazley Ins. Co Inc | PRL308492 | 05/22/24 to 05/22/27 |
| Commerical Package | Chubb Group of Ins. Co. | D02496574 | 11/12/24 to 11/12/25 |
| Commercial Auto | Chubb Group of Ins. Co. | 73646845 | 11/12/24 to 11/12/25 |
| Commercial Umbrella | Chubb Group of Ins. Co. | 56725674 | 11/12/24 to 11/12/25 |
| Executive Risk Package | Continental Casualty Company - CAN | 652060736 | 12/18/24 to 12/18/25 |
| Worker's Compensation | Hartford Insurance Group | 16WEAZ5F22 | 01/01/25 to 01/01/26 |
| Boiler & Machinery | Hartford S Boiler Inspe & Ins. Co. | FBP2381662 | 11/12/24 to 11/12/25 |
| Cyber Liability – Excess | Starr Surplus Lines Ins. Co. | 10012236540231 | 12/18/24 to 12/18/25 |
| Directors & Officers Liability - Excess | Zurich American Ins. Co. | MPL0684999-00 | 12/18/24 to 12/18/25 |

Fill in this information to identify the case:

Debtor name: **CaaStle Inc.**

United States Bankruptcy Court for the District of __Delaware__

Case number (If known): __25-11187__

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — Amount of claim. Do not deduct the value of collateral

Column B — Value of collateral that supports this claim

---

**2.1 Creditor's name**
Ichigo Asset Management Int'l, Pte Ltd, a Singapore Corp

**Creditor's mailing address**
1 N Bridge Rd
06-08 High St Centre
Singapore 179094
Singapore

**Creditor's email address, if known**

**Date debt was incurred** 04/07/2025

**Last 4 digits of account number** _ _ _ _

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Substantially all of the Debtors' assets, except as specifically excluded

**Describe the lien**
First priority, subject to certain permitted prior liens

**Is the creditor an insider or related party?**
☐ No.
☑ Yes.

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $5,500,000.00
Column B: $5,500,000.00

---

**2.2 Creditor's name**
US Bank Equipment Finance

**Creditor's mailing address**
1310 Madrid St, Ste 101
Marshall, MN 56256-4002

**Creditor's email address, if known**

**Date debt was incurred** 01/01/2222

**Last 4 digits of account number** _ _ _ _

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
Copiers

**Describe the lien**
PMSI

**Is the creditor an insider or related party?**
☑ No.
☐ Yes.

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $1,118.67
Column B: Unknown

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $5,501,118.67

Debtor   CaaStle Inc.
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| John C Goodchild, III 2222 Market St Philadelphia, PA 19103 | Line 2.1 | __ __ __ __ |

| Official Form 206D | Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property** | Page 2 of 2 |

| Fill in this information to identify the case: |
|---|
| Debtor name: <u>CaaStle Inc.</u> |
| United States Bankruptcy Court for the District of <u>Delaware</u> |
| Case number (If known): <u>25-11187</u> |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>Alabama State Authority<br>Alabama Dept of Revenue<br>Bankruptcy Section<br>Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132<br>**Date or dates debt was incurred**<br>05/20/2025<br><br>**Last 4 digits of account number**    __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)<br>_____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Taxes<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $399.40 | $399.40 |
| **2.2** **Priority creditor's name and mailing address**<br>Alaska State Authority<br>State of Alaska Revenue Dept<br>P.O. Box 110400<br>Juneau, AK 99811<br>**Date or dates debt was incurred**<br>05/20/2025<br><br>**Last 4 digits of account number**    __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)<br>_____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Taxes<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $29.51 | $29.51 |
| **2.3** **Priority creditor's name and mailing address**<br>Arizona State Authority<br>Arizona Dept of Revenue<br>1600 W Monroe St<br>Phoenix, AZ 85007<br>**Date or dates debt was incurred**<br>05/20/2025<br><br>**Last 4 digits of account number**    __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)<br>_____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis of claim:**<br>Taxes<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | $541.47 | $541.47 |

Debtor    CaaStle Inc.
_____
Name

| Part 1: | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4** **Priority creditor's name and mailing address**
Arkansas State Authority
State of Arkansas
Dept of Finance and Admin
P.O. Box 8123
Little Rock, AR 72203-8123
**Date or dates debt was incurred**
05/20/2025

  **Last 4 digits of account number**        __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $141.79    Priority amount: $141.79

**2.5** **Priority creditor's name and mailing address**
California State Authority
State of California
Franchise Tax Board
Bankruptcy Section MS A345, Business Bankruptcy
P.O. Box 2952
Sacremento, CA 95812-2952
**Date or dates debt was incurred**
05/20/2025

  **Last 4 digits of account number**        __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $4,960.07    Priority amount: $4,960.07

**2.6** **Priority creditor's name and mailing address**
Colorado State Authority
Colorado Dept of Revenue
State Tax Office Denver
1375 S Sherman St
Denver, CO 80261
**Date or dates debt was incurred**
05/27/2025

  **Last 4 digits of account number**        __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $795.04    Priority amount: $795.04

**2.7** **Priority creditor's name and mailing address**
Connecticut State Authority
Dept of Revenue Services
450 Columbus Blvd, Ste 1
Hartford, CT 06103
**Date or dates debt was incurred**
05/20/2025

  **Last 4 digits of account number**        __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $336.05    Priority amount: $336.05

**2.8** **Priority creditor's name and mailing address**
Delaware State Authority
Revenue Dept
540 S Dupont Hwy, Ste 2
Dover, DE 19901
**Date or dates debt was incurred**
05/20/2025

  **Last 4 digits of account number**        __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

Total claim: $3.07    Priority amount: $3.07

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 2 of 49

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.9** | **Priority creditor's name and mailing address** | | $240.01 | $240.01

District of Columbia Tax Authority
Office of Tax And Revenue
1101 4th S Sw, Ste 270
Washington, DC 20024
**Date or dates debt was incurred**
05/20/2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
___

**2.10** | **Priority creditor's name and mailing address** | | $1,584.64 | $1,584.64

Florida State Authority
Florida Dept of Revenue
General Counsel
P.O. Box 6668
Tallahassee, FL 32314-6668
**Date or dates debt was incurred**
05/22/2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
___

**2.11** | **Priority creditor's name and mailing address** | | $838.24 | $838.24

Georgia State Authority
Georgia Dept of Revenue
1800 Century Blvd NE, Ste 12000
Atlanta, GA 30345
**Date or dates debt was incurred**
05/25/2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
___

**2.12** | **Priority creditor's name and mailing address** | | $34.28 | $34.28

Hawaii State Authority
Hawaii Dept of Taxation
Director of Taxation, Civil Legal Complaints/Legal Process
830 Punchbowl St, Rm 221
Honolulu, HI 96813-5094
**Date or dates debt was incurred**
05/20/2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
___

**2.13** | **Priority creditor's name and mailing address** | | $46.68 | $46.68

Idaho State Authority
Tax Commission
800 Park Blvd
Boise, ID 83712
**Date or dates debt was incurred**
05/23/2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
___

**2.14** | **Priority creditor's name and mailing address** | | $1,147.31 | $1,147.31

Illinois State Authority
Illinois Dept of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035
**Date or dates debt was incurred**
05/20/2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
___

**Part 1:**          **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.15** Priority creditor's name and mailing address
Indiana State Authority
Indiana Department of Revenue
100 N Senate Ave, Ste N248
Indianapolis, IN 46204
**Date or dates debt was incurred**
05/20/2025

  Last 4 digits of account number      _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $352.65   Priority amount: $352.65

---

**2.16** Priority creditor's name and mailing address
Iowa State Authority
Iowa Dept of Revenue
Bankruptcy
P.O. Box 10330
Des Moines, IA 50306-0330
**Date or dates debt was incurred**
05/20/2025

  Last 4 digits of account number      _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $240.94   Priority amount: $240.94

---

**2.17** Priority creditor's name and mailing address
Kansas State Authority
Kansas Dept of Revenue
Legal Administration
P.O. Box 12005
Topeka, KS 66601-2005
**Date or dates debt was incurred**
05/20/2025

  Last 4 digits of account number      _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $210.77   Priority amount: $210.77

---

**2.18** Priority creditor's name and mailing address
Kentucky State Authority
Kentucky Dept of Revenue
Legal Support Branch - Bankruptcy
P.O. Box 5222
Frankfort, KY 40602
**Date or dates debt was incurred**
05/20/2025

  Last 4 digits of account number      _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $133.33   Priority amount: $133.33

---

**2.19** Priority creditor's name and mailing address
Louisiana State Authority
Revenue & Taxation Dept
617 N 3rd St
Baton Rouge, LA 70802
**Date or dates debt was incurred**
05/20/2025

  Last 4 digits of account number      _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $270.81   Priority amount: $270.81

---

**2.20** Priority creditor's name and mailing address
Maine State Authority
Maine Revenue Svc
24 State House Sta
Augusta, ME 04333
**Date or dates debt was incurred**
05/20/2025

  Last 4 digits of account number      _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $66.62   Priority amount: $66.62

---

**Part 1:**    **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.21** Priority creditor's name and mailing address
Maryland State Authority
Comptroller of The Treasury
110 Carroll St, Ste 1
Annapolis, MD 21411
**Date or dates debt was incurred**
06/01/2025

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $590.76    Priority amount: $590.76

---

**2.22** Priority creditor's name and mailing address
Massachusetts State Authority
Massachusetts Dept of Revenue
19 Staniford St
Boston, MA 02114
**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $26.17    Priority amount: $26.17

---

**2.23** Priority creditor's name and mailing address
Michigan State Authority
Michigan Dept of Treasury
Tax Admin
Lansing, MI 48922
**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $585.35    Priority amount: $585.35

---

**2.24** Priority creditor's name and mailing address
Minnesota State Authority
Minnesota Dept of Revenue
Collection Division/Bankruptcy
P.O. Box 64564
St Paul, MN 55164-0564
**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1.88    Priority amount: $1.88

---

**2.25** Priority creditor's name and mailing address
Mississippi State Authority
Mississippi Dept of Revenue
Bankruptcy
500 Clinton Ctr Dr
Clinton, MS 39056
**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $64.79    Priority amount: $64.79

---

**2.26** Priority creditor's name and mailing address
Missouri State Authority
Missouri Dept of Revenue
Harry S Truman Bldg
301 W High S
Jefferson City, MO 65101
**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number    _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $431.29    Priority amount: $431.29

**Part 1:**      **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.27** **Priority creditor's name and mailing address**
Nebraska State Authority
Nebraska Dept of Revenue
301 Centennial Mall S
Lincoln, NE 68508
**Date or dates debt was incurred**
05/20/2025

   **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $108.10    Priority amount: $108.10

---

**2.28** **Priority creditor's name and mailing address**
Nevada State Authority
State of Nevada Dept of Taxation
Grant Sawyer Office Bldg
555 E Washington Ave, Ste 1300
Las Vegas, NV 89101
**Date or dates debt was incurred**
05/29/2025

   **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $321.40    Priority amount: $321.40

---

**2.29** **Priority creditor's name and mailing address**
New Jersey State Authority
State of New Jersey
Division of Taxation, Bankruptcy Unit
3 John Fitch Way, 5th Fl
P.O. Box 245
Trenton, NJ 08695-0245
**Date or dates debt was incurred**
05/20/2025

   **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $20.23    Priority amount: $20.23

---

**2.30** **Priority creditor's name and mailing address**
New Mexico State Authority
New Mexico Taxation and Revenue
Legal Services
P.O. Box 630
Santa Fe, NM 87505
**Date or dates debt was incurred**
05/26/2025

   **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $79.43    Priority amount: $79.43

---

**2.31** **Priority creditor's name and mailing address**
New York State Authority
Nys Dept of Taxation And Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205
**Date or dates debt was incurred**
05/20/2025

   **Last 4 digits of account number**     _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $1,383.39    Priority amount: $1,383.39

---

| Part 1: | Additional Page | | |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | Total claim | Priority amount |

**2.32** Priority creditor's name and mailing address
North Carolina State Authority
North Carolina Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 2760

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number      __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $770.87    Priority amount: $770.87

---

**2.33** Priority creditor's name and mailing address
North Dakota State Authority
Office of State Tax Commissioner
600 E Blvd Ave, Dept 127
Bismarck, ND 58505

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number      __ __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $29.80    Priority amount: $29.80

---

**2.34** Priority creditor's name and mailing address
Ohio State Authority
Ohio Dept of Taxation
4485 Northland Ridge Blvd
Columbus, OH 43229

**Date or dates debt was incurred**
05/30/2025

Last 4 digits of account number      __ __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $718.45    Priority amount: $718.45

---

**2.35** Priority creditor's name and mailing address
Oklahoma State Authority
Oklahoma Tax Commission
2501 N Lincoln Blvd
Oklahoma City, OK 73194

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number      __ __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $148.38    Priority amount: $148.38

---

**2.36** Priority creditor's name and mailing address
Oregon State Authority
Oregon Department of Revenue
P.O. Box 14790
Salem, OR 97309

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number      __ __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: $0.00

---

**2.37** Priority creditor's name and mailing address
Pennsylvania State Authority
Commonwealth of Pennsylvania
Dept of Revenue
Dept 280901
Harrisburg, PA 17128

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number      __ __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $7.12    Priority amount: $7.12

**Part 1:** Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.38 Priority creditor's name and mailing address**
Puerto Rico State Authority
Commonwealth of Puerto Rico
Dept of the Treasury - Returns Processing Bureau
P.O. Box 9022501
San Juan, PR 00902-2501

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number       __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$150.40 | $150.40

---

**2.39 Priority creditor's name and mailing address**
Rhode Island State Authority
Rhode Island Division of Taxation
One Capital Hill
Providence, RI 2908

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number       __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.00 | $0.00

---

**2.40 Priority creditor's name and mailing address**
South Carolina State Authority
South Carolina Dept of Revenue
Attn: Director
P.O. Box 125
Columbia, SC 29214

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number       __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$412.85 | $412.85

---

**2.41 Priority creditor's name and mailing address**
South Dakota State Authority
South Dakota Dept of Revenue
445 E Capitol Ave
Pierre, SD 57501

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number       __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$35.67 | $35.67

---

**2.42 Priority creditor's name and mailing address**
Tennessee State Authority
Tennessee Dept of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number       __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$710.33 | $710.33

---

Debtor    CaaStle Inc.    _____    Case number (if known) _____
Name

| Part 1: | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.43** **Priority creditor's name and mailing address**
Texas State Authority
State Comptroller
State of Texas
111 E 17th S
Austin, TX 78774

**Date or dates debt was incurred**
05/31/2025

Last 4 digits of account number      __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $2,590.78    Priority amount: $2,590.78

---

**2.44** **Priority creditor's name and mailing address**
Utah State Authority
Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134

**Date or dates debt was incurred**
05/21/2025

Last 4 digits of account number      __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $223.40    Priority amount: $223.40

---

**2.45** **Priority creditor's name and mailing address**
Vermont State Authority
Vermont Dept of Tax
133 State St
Montpelier, VT 05602

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number      __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $0.00    Priority amount: $0.00

---

**2.46** **Priority creditor's name and mailing address**
Virginia State Authority
Virginia Dept of Taxation
P.O. Box 1115
Richmond, VA 23218

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number      __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $629.79    Priority amount: $629.79

---

**2.47** **Priority creditor's name and mailing address**
Washington State Authority
Washington State Dept of Revenue
Attn: Bankruptcy Unit
2101 4th Ave, Ste 1400
Seattle, WA 98121

**Date or dates debt was incurred**
05/28/2025

Last 4 digits of account number      __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $910.48    Priority amount: $910.48

---

**2.48** **Priority creditor's name and mailing address**
West Virginia State Authority
The Revenue Center
1001 Lee St E
Charleston, WV 25301

**Date or dates debt was incurred**
05/20/2025

Last 4 digits of account number      __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $82.75    Priority amount: $82.75

---

Debtor   CaaStle Inc.
_____
Name

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.49** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $276.68 | $276.68

Wisconsin State Authority
Wisconsin Dept of Revenue
P.O. Box 8965
Madison, WI 53708

**Date or dates debt was incurred**
05/24/2025

**Last 4 digits of account number**      __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $276.68      Priority amount: $276.68

**2.50** | **Priority creditor's name and mailing address**

Wyoming State Authority
Wyoming Dept of Revenue
122 W 125th S, Ste E301
Cheyenne, WY 82002

**Date or dates debt was incurred**
05/20/2025

**Last 4 digits of account number**      __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: $19.73      Priority amount: $19.73

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

| | | |
|---|---|---|
| **3.1 Nonpriority creditor's name and mailing address**<br>189 Bernardo, LLC<br>2600 El Camino Real, Ste 410<br>Palo Alto, CA 94304 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $134,514.64 |
| Date or dates debt was incurred    Various | **Basis of claim:** | |
| Last 4 digits of account number    __ __ __ __ | Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | |
| **3.2 Nonpriority creditor's name and mailing address**<br>5 Penn Plaza LLC CBRE Electricity<br>5 Penn Plz, 24th Fl<br>New York, NY 10001 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,416.47 |
| Date or dates debt was incurred    Various | **Basis of claim:** | |
| Last 4 digits of account number    __ __ __ __ | Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | |
| **3.3 Nonpriority creditor's name and mailing address**<br>Adorned In Style<br>12813 Tern Dr<br>N Potomac, MD 20878 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42.00 |
| Date or dates debt was incurred    Various | **Basis of claim:** | |
| Last 4 digits of account number    __ __ __ __ | Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | |
| **3.4 Nonpriority creditor's name and mailing address**<br>Adswerve<br>999 18th St, Ste 2301N<br>Denver, CO 80202 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30,084.90 |
| Date or dates debt was incurred    Various | **Basis of claim:** | |
| Last 4 digits of account number    __ __ __ __ | Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | |
| **3.5 Nonpriority creditor's name and mailing address**<br>Advanced Chemical Transport, Inc<br>967 Mabury Rd<br>San Jose, CA 95133 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,156.63 |
| Date or dates debt was incurred    Various | **Basis of claim:** | |
| Last 4 digits of account number    __ __ __ __ | Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | |
| **3.6 Nonpriority creditor's name and mailing address**<br>Advanced Clothing Service<br>6 Dovecote Rd<br>Motherwell, ML1 4GP<br>United Kingdom | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,776.09 |
| Date or dates debt was incurred    Various | **Basis of claim:** | |
| Last 4 digits of account number    __ __ __ __ | Trade Payable<br>**Is the the claim subject to offset?**<br>☑ No.<br>☐ Yes. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** **Nonpriority creditor's name and mailing address**
Affordable Glam Everyday
830 Harvard St
Santa Monica, CA 90403

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$42.00

---

**3.8** **Nonpriority creditor's name and mailing address**
Alexandra Kay
1611 Robertson St
Lakeland, FL 33803

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$22.00

---

**3.9** **Nonpriority creditor's name and mailing address**
Allsaints
Jack's Place
6 Corbet Pl, Units C15-C17
London, EI 6NN
United Kingdom

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$49,784.70

---

**3.10** **Nonpriority creditor's name and mailing address**
Allsaints Men, AOS
Jack's Place
6 Corbet Pl, Units C15-C17
London, EI 6NN
United Kingdom

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$13,361.32

---

**3.11** **Nonpriority creditor's name and mailing address**
Amazon Web Services Inc
410 Terry Ave N
Seattle, WA 98109-5210

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$60,058.44

---

**3.12** **Nonpriority creditor's name and mailing address**
Amazon.com
P.O. Box 035184
Seattle, WA 98124-5184

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,134.14

---

**3.13** **Nonpriority creditor's name and mailing address**
American Electric Power(Aep-Cy)-2376
P.O. Box 24401
Canton, OH 43125

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,912.06

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

---

**3.14** **Nonpriority creditor's name and mailing address**
American Living
625 Madison Ave
New York, NY 10022

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,790.82

---

**3.15** **Nonpriority creditor's name and mailing address**
Amy Believes In Pink
350 E 79th St, Apt 6G
New York City, NY 10075

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$308.00

---

**3.16** **Nonpriority creditor's name and mailing address**
Angelina N Florczyk
8150 Rafael Rivera Way, Unit 3099
Las Vegas, NV 89113

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$28.00

---

**3.17** **Nonpriority creditor's name and mailing address**
Anika Ackerman LLC
66 E Lewis St
Basking Ridge, NJ 07920

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$42.00

---

**3.18** **Nonpriority creditor's name and mailing address**
Apple Inc
P.O. Box 846095
Dallas, TX 75286

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$8,690.57

---

**3.19** **Nonpriority creditor's name and mailing address**
Aramark Services
P.O. Box 734677
Dallas, TX 75373

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,350.96

---

**3.20** **Nonpriority creditor's name and mailing address**
Ashley N Sanford
3085 Fernheath Ln
Costa Mesa, CA 92646

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$11.00

---

| | | Amount of claim |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | |

**3.21** Nonpriority creditor's name and mailing address
AT&T
T&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Date or dates debt was incurred    <u>Various</u>

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$987.75

---

**3.22** Nonpriority creditor's name and mailing address
Audioeye, Inc
5210 E Williams Cir, Ste 750
Tucson, AZ 85711

Date or dates debt was incurred    <u>Various</u>

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$83,823.58

---

**3.23** Nonpriority creditor's name and mailing address
Baker Tilly US, LLP
3655 Nobel Dr, Ste 300
San Diego, CA 92122

Date or dates debt was incurred    05/20/2025

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Preparer & filer of FY2024 Federal & Corporate
Tax Returns
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

Unknown

---

**3.24** Nonpriority creditor's name and mailing address
Bethany A Johnson
765 Croton Falls Rd
Carmel, NY 10512

Date or dates debt was incurred    <u>Various</u>

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$104.50

---

**3.25** Nonpriority creditor's name and mailing address
Black Iris
60 Beach St, Ste 6D
New York, NY 10013

Date or dates debt was incurred    <u>Various</u>

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$190.00

---

**3.26** Nonpriority creditor's name and mailing address
Bobeau
660 S Myers St
Los Angeles, CA 90023

Date or dates debt was incurred    <u>Various</u>

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$687.60

---

**3.27** Nonpriority creditor's name and mailing address
Bookoff Mcandrews PLLC
2020 K St NW, Ste 400
Washington, DC 20006

Date or dates debt was incurred    <u>Various</u>

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$25,241.65

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.28** Nonpriority creditor's name and mailing address
Bored Teachers LLC
1150 19th St
Vero Beach, FL 32960

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$11,175.40

---

**3.29** Nonpriority creditor's name and mailing address
Brand Partner - Dex
390 Deslauriers
St-Laurent, QC H4N 1V8
Canada

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,128.20

---

**3.30** Nonpriority creditor's name and mailing address
Britestar Cleaning Co
4639 Grandover Dr
Columbus, OH 43207

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,150.00

---

**3.31** Nonpriority creditor's name and mailing address
Browserstack Inc
4512 Legacy Dr, Ste 100
Plano, TX 75024-2128

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$16,432.50

---

**3.32** Nonpriority creditor's name and mailing address
Buur Fashion
1124 Fir Ave
Blaine, WA 98230

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$568.29

---

**3.33** Nonpriority creditor's name and mailing address
CaaStle Technology and Services India Pvt. Ltd.
A-26/3, 1st & 2nd Fl
Mohan Cooperative Industrial Estate
Delhi-110044
India

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,777,193.76

---

**3.34** Nonpriority creditor's name and mailing address
Cait's Closet
11339 Paradise Out Ln
Oklahoma City, OK 73131

Date or dates debt was incurred    Various

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5.50

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.35** | **Nonpriority creditor's name and mailing address**
Caite
4899 W Waters Ave, Stes I-J
Tampa, FL 33634

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,530.85

---

**3.36** | **Nonpriority creditor's name and mailing address**
Careerminds Group Inc
P.O. Box 5530
Newark, DE 19714

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$20,895.00

---

**3.37** | **Nonpriority creditor's name and mailing address**
Carli A Kimball
1960 Tidemill Haven Ln
Hayes, VA 23072

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$16.50

---

**3.38** | **Nonpriority creditor's name and mailing address**
Centurylink
Business Services
P.O. Box 52187
Phoenix, AZ 85072-2187

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,347.17

---

**3.39** | **Nonpriority creditor's name and mailing address**
Cerini & Associates LLP
3340 Veterans Memorial Hwy
Bohemia, NY 11789

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$7,500.00

---

**3.40** | **Nonpriority creditor's name and mailing address**
Christina L Pollack
225 The Crossroads Blvd, Ste 800
Carmel, CA 93923

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$11.00

---

**3.41** | **Nonpriority creditor's name and mailing address**
Christine S Style Box US
1711 N University Dr, Apt 1627
Plantation, FL 33322

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**      _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$777.00

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.42** **Nonpriority creditor's name and mailing address**
Cintas Corporation
P.O. Box 631025
Cincinnati, OH 45263-0803

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$11,256.33

**3.43** **Nonpriority creditor's name and mailing address**
Cintas Fire 636525
P.O. Box 636525
Cincinnati, OH 45263-6525

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$4,447.08

**3.44** **Nonpriority creditor's name and mailing address**
City Chic - Wholesale
151-163 Wyndham St
Alexandria, NSW 2015
Australia

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,739.70

**3.45** **Nonpriority creditor's name and mailing address**
Cleobella
5932 Bolsa Ave, Ste 102
Huntington Beach, CA 92649

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$431.05

**3.46** **Nonpriority creditor's name and mailing address**
Cloudgeometry Inc
355 W Olive Ave, Ste 202
Sunnyvale, CA 94086

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$98,505.00

**3.47** **Nonpriority creditor's name and mailing address**
Columbia Gas of Ohio- 30001
P.O. Box 1658
Columbus, OH 43216-6581

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$193.39

**3.48** **Nonpriority creditor's name and mailing address**
Columbia Gas of Ohio-0003
P.O. Box 16581
Columbus, OH 43216-6581

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$772.61

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $210.00
Computershare Governance Services Inc
Dba Corporate Creations Inter
Billing Dept
801 US Hwy 1
N Palm Beach, FL 33408

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**   Various
**Basis of claim:** Trade Payable
**Last 4 digits of account number**  _ _ _ _
**Is the the claim subject to offset?**
- ☒ No.
- ☐ Yes.

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $975.00
Cox Business
P.O. Box 53249
Phoenix, AZ 85072-3249

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**   Various
**Basis of claim:** Trade Payable
**Last 4 digits of account number**  _ _ _ _
**Is the the claim subject to offset?**
- ☒ No.
- ☐ Yes.

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.24
Cozy Casual, Inc
800 E 12th St, Ste 146
Los Angeles, CA 90021

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**   Various
**Basis of claim:** Trade Payable
**Last 4 digits of account number**  _ _ _ _
**Is the the claim subject to offset?**
- ☒ No.
- ☐ Yes.

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,739.54
CRH Ohio, Inc
8260 Howe Industrial Pkwy, Ste H
Canal Winchester, OH 43110

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**   Various
**Basis of claim:** Trade Payable
**Last 4 digits of account number**  _ _ _ _
**Is the the claim subject to offset?**
- ☒ No.
- ☐ Yes.

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $42.00
Cristina Montiel
8810 NW 7th St
Pembroke Pines, FL 33024

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**   Various
**Basis of claim:** Trade Payable
**Last 4 digits of account number**  _ _ _ _
**Is the the claim subject to offset?**
- ☒ No.
- ☐ Yes.

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7.50
Cynthia Rowley, Inc
CR Wooster St Corp
8 Jay St
New York, NY 10013

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**   Various
**Basis of claim:** Trade Payable
**Last 4 digits of account number**  _ _ _ _
**Is the the claim subject to offset?**
- ☒ No.
- ☐ Yes.

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $13.00
Dan Hahn
1469 S Central Dr
Dayton, OH 45432

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**   Various
**Basis of claim:** Trade Payable
**Last 4 digits of account number**  _ _ _ _
**Is the the claim subject to offset?**
- ☒ No.
- ☐ Yes.

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.56** Nonpriority creditor's name and mailing address
Danielle Brillhart
12230 Magnolia Blvd
Valley Village, CA 91607

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16.50

---

**3.57** Nonpriority creditor's name and mailing address
Danny & Nicole
2600 El Camino Real, Ste 410
New York, NY 10018

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$133.74

---

**3.58** Nonpriority creditor's name and mailing address
Daoodi
c/o Swigart Law Group, APC
Attn: Joshua B Swigart
2221 Camino Del Rio S, Ste 308
San Diego, CA 92108

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
#1645175 Daoodi v. CaaStle Inc - Notice of Dispute
Is the the claim subject to offset?
☑ No.
☐ Yes.

Undetermined

---

**3.59** Nonpriority creditor's name and mailing address
Dayforce US, Inc
3311 E Old Shakopee Rd
Minneapolis, MN 55425

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,844.20

---

**3.60** Nonpriority creditor's name and mailing address
De Lage Landen Financial Services, Inc
P.O. Box 41602
Philadelphia, PA 19101-1602

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,117.27

---

**3.61** Nonpriority creditor's name and mailing address
Delille Oxygen Co
772 Marion Rd
Columbus, OH 43207

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$111.80

---

**3.62** Nonpriority creditor's name and mailing address
Desert Oasis Cleaners
4600 E Washington St, Ste 300
Phoenix, AZ 85034

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,041.72

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.63** Nonpriority creditor's name and mailing address
Dr Global LLC
909 Shannon Mist Dr
Loganville, GA 30052

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☐ No.
☐ Yes.

$16.50

---

**3.64** Nonpriority creditor's name and mailing address
DSA Apparel
1111 Lincoln Rd, Ste 500
Miami Beach, FL 33139

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$70.00

---

**3.65** Nonpriority creditor's name and mailing address
Dutch Apparel LLC
5401 S Soto St
Vernon, CA 90058

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$667.70

---

**3.66** Nonpriority creditor's name and mailing address
Edgemine
1801 E 50th St
Los Angeles, CA 90058

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$367.08

---

**3.67** Nonpriority creditor's name and mailing address
EJ Media Group LLC
750 Lexington Ave, 9th Fl
New York, NY 10022

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$30,450.00

---

**3.68** Nonpriority creditor's name and mailing address
Ejlm Inc
17520 Oak Mt Pl
Dallas, TX 75287

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$28.00

---

**3.69** Nonpriority creditor's name and mailing address
Elaina M Hayes
15728 Egerton Pl
Edmond, OK 73013

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5.50

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.70** **Nonpriority creditor's name and mailing address**
Electra Cleaning Contractors Corporation
405 Park Ave, 16th Fl
Floral Park, NY 11030

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$37,014.34

**3.71** **Nonpriority creditor's name and mailing address**
Elevate With Kate Style US
3506 Torrey Pines Dr
Akron, OH 44333

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$210.00

**3.72** **Nonpriority creditor's name and mailing address**
Elizabeth A Rivera
111 Echowood Ct
E Amherst, NY 14051

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$16.50

**3.73** **Nonpriority creditor's name and mailing address**
Emily Lewis
1142 S Clark Dr, Apt 1
Los Angeles, CA 90035

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$104.50

**3.74** **Nonpriority creditor's name and mailing address**
Everything Taylor
96 Sleepy Hollow Rd
Sparta, NJ 07871

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$11.00

**3.75** **Nonpriority creditor's name and mailing address**
Express Style Trial
1 Express Dr
Columbus, OH 43230

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Undetermined

**3.76** **Nonpriority creditor's name and mailing address**
Facebook Inc
1601 Willow Rd
Menlo Park, CA 94025

**Date or dates debt was incurred** _____ Various

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,830.31

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.77** Nonpriority creditor's name and mailing address
Fashx Style Box
4729 SW 11th Ct
Cape Coral, FL 33914

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5.50

---

**3.78** Nonpriority creditor's name and mailing address
Fedex- 5815-3958-4
Fedex
P.O. Box 371461
Pittsburgh, PA 15250-7461

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$207.96

---

**3.79** Nonpriority creditor's name and mailing address
FGA Worldwide LLC
1950 N Wilton Pl
Los Angeles, CA 90068

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,800.00

---

**3.80** Nonpriority creditor's name and mailing address
Figma, Inc
760 Market St, 10th Fl
San Francisco, CA 94102

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$816.56

---

**3.81** Nonpriority creditor's name and mailing address
Fitted By Atiya Walcott
2614 N Clybourn Ave, Unit 405
Chicago, IL 60614

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$84.00

---

**3.82** Nonpriority creditor's name and mailing address
Forever Lovelee LLC
4532 W Kennedy Blvd, Ste 458
Tampa, FL 33609

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$16.50

---

**3.83** Nonpriority creditor's name and mailing address
Four Cents Holdings
Dba Hopkins Printing
2246 Citygate Dr
Columbus, OH 43219

Date or dates debt was incurred       Various

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,866.40

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.84** **Nonpriority creditor's name and mailing address**
Frontline Food Services LLC
2913 Aw Grimes Blvd
Pflugerville, TX 78660

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,289.80

---

**3.85** **Nonpriority creditor's name and mailing address**
G-IIILeather Fashions
512 7th Ave
New York, NY 10018

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,083.07

---

**3.86** **Nonpriority creditor's name and mailing address**
Garratt Callahan Co
50 Ingold Rd
Burlingame, CA 94010

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,141.85

---

**3.87** **Nonpriority creditor's name and mailing address**
GG Abundance LLC
7004 W 13th St
Plainview, TX 79072

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$22.00

---

**3.88** **Nonpriority creditor's name and mailing address**
Gilli
2930 Bandivi Blvd
Vernon, CA 90058

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,738.03

---

**3.89** **Nonpriority creditor's name and mailing address**
Gina's Style Box
676 Oley Valley Rd
White Haven, PA 18661

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$66.00

---

**3.90** **Nonpriority creditor's name and mailing address**
Girls of Glam Inc
330 E 38th St, Unit 5A
New York City, NY 10016

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$33.00

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.91** **Nonpriority creditor's name and mailing address**
Gly, Inc
5829 Smithway St
Los Angeles, CA 90040

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.12

---

**3.92** **Nonpriority creditor's name and mailing address**
Google Inc Adwords
1600 Amphitheatre Pkwy
P.O. Box 39000
Mtn View, CA 94043

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$15,088.39

---

**3.93** **Nonpriority creditor's name and mailing address**
Greenberg Traurig
8400 NW 36th St, Ste 400
Doral, FL 33166

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,498.00

---

**3.94** **Nonpriority creditor's name and mailing address**
Hartford Vehicle Insurance
Hartford - 14247945
1 Hartford Plz
Hartford, CT 06155

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$258.80

---

**3.95** **Nonpriority creditor's name and mailing address**
Hayden Los Angeles
2305 S Santa Fe Ave, 2nd Fl
Los Angeles, CA 90058

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$0.10

---

**3.96** **Nonpriority creditor's name and mailing address**
HD-16 Miles Inc
2040 Hawkins Cir
Los Angeles, CA 90001

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$405.45

---

**3.97** **Nonpriority creditor's name and mailing address**
HD-Edgemine
1801 E 50th St
Los Angeles, CA 90058

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$82.86

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.98** Nonpriority creditor's name and mailing address
HD-Papermoon Inc
1700 E Washington Blvd
Los Angeles, CA 90021

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,447.20

**3.99** Nonpriority creditor's name and mailing address
HD-Skies Are Blue
1100 S San Pedro St, Unit C-12
Los Angeles, CA 90015

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$554.22

**3.100** Nonpriority creditor's name and mailing address
HD-Thread Collective Inc
850 Mccaffrey St
St-Laurent, QC H4T 1N1
Canada

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$174.80

**3.101** Nonpriority creditor's name and mailing address
Hello Friends Closet
3128 N 160th Ave
Holland, MI 49424

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16.50

**3.102** Nonpriority creditor's name and mailing address
Hellodpo Law Ltd
Attn: Jenai Nissim
23 Cottingham Way
Thrapston, NN14 4PL
United Kingdom

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,800.00

**3.103** Nonpriority creditor's name and mailing address
Hoberman Law Group
95 Dogwood Ave
Roslyn, NY 11576

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,278.00

**3.104** Nonpriority creditor's name and mailing address
Hoemgirl Threads
2866 Tango Ln
Brentwood, CA 94513

Date or dates debt was incurred       Various

Last 4 digits of account number       _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$38.50

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.105** Nonpriority creditor's name and mailing address
Hudson Equipment Inc-Fa
35 S Oviatt St
Hudson, OH 44236

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,629.85

**3.106** Nonpriority creditor's name and mailing address
Hutch
224 W 35th St, Ste 300
New York, NY 10001

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$116.80

**3.107** Nonpriority creditor's name and mailing address
Hydration Labs, Inc
529 Main St, Ste 3304
Charlestown, MA 02129

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,783.64

**3.108** Nonpriority creditor's name and mailing address
ICR, LLC
761 Main Ave
Norwalk, CT 06851

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$94,022.49

**3.109** Nonpriority creditor's name and mailing address
Igigi
1547 Mission St
San Francisco, CA 94103

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$162.00

**3.110** Nonpriority creditor's name and mailing address
Improove Inc
85 Broad St
New York, NY 10004

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$44,000.00

**3.111** Nonpriority creditor's name and mailing address
Intelligent Business Systems LLC
P.O. Box 68369
Portland, OR 97268

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$520.17

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.112** Nonpriority creditor's name and mailing address
Irina Feldman
5826 Mohr Loop
Tampa, FL 33615

Date or dates debt was incurred   Various

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5.50

---

**3.113** Nonpriority creditor's name and mailing address
Iron Mountain
1000 Campus Dr
Collegeville, PA 19426

Date or dates debt was incurred   Various

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,158.67

---

**3.114** Nonpriority creditor's name and mailing address
Ivette M Faulkner
4305 Preserve Ln
Tallahassee, FL 32317

Date or dates debt was incurred   Various

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16.50

---

**3.115** Nonpriority creditor's name and mailing address
Jannlakshmi Business Solutions LLP
406 Sigma Icon Ii Shyamal Rd
Ahmedabad, 400000
India

Date or dates debt was incurred   Various

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$35,000.00

---

**3.116** Nonpriority creditor's name and mailing address
Jaswinder Pal Singh
251 W 19th St, Apt 10D
New York, NY 10011

Date or dates debt was incurred   01/22/2025

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$750,000.00

---

**3.117** Nonpriority creditor's name and mailing address
Jaswinder Pal Singh
251 W 19th St, Apt 10D
New York, NY 10011

Date or dates debt was incurred   03/27/2025

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$500,000.00

---

**3.118** Nonpriority creditor's name and mailing address
Jenna Barclay Style Box
348 Hauser Blvd Apt 212
Los Angeles, CA 90036

Date or dates debt was incurred   Various

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$60.50

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.119** Nonpriority creditor's name and mailing address
Jete
4312 Holland Rd, Ste 117
Virginia Beach, VA 23452

Date or dates debt was incurred        Various

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,345.00

**3.120** Nonpriority creditor's name and mailing address
Journey Of You Collective US
43223 W Neely Dr
Maricopa, AZ 85138

Date or dates debt was incurred        Various

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$16.50

**3.121** Nonpriority creditor's name and mailing address
Kan Can USA Inc
1100 S San Pedro St, Ste B-1
Los Angeles, CA 90015

Date or dates debt was incurred        Various

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,044.96

**3.122** Nonpriority creditor's name and mailing address
Kellwood Co
530 Seventh Ave, Ste 603
New York, NY 10018

Date or dates debt was incurred        Various

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$598.40

**3.123** Nonpriority creditor's name and mailing address
Kelly Ip, LLP
1300 19th St NW, Ste 300
Washington, DC 20036

Date or dates debt was incurred        Various

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,489.50

**3.124** Nonpriority creditor's name and mailing address
Kelsey Selene
2522 W State St
Boise, ID 83702

Date or dates debt was incurred        Various

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$137.50

**3.125** Nonpriority creditor's name and mailing address
Kilisitina Woods
2009 N 4th St
Tahoka, TX 79373

Date or dates debt was incurred        Various

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$16.50

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.126** Nonpriority creditor's name and mailing address
Kimberly C Covert
6705 W Wescott Dr
Glendale, AZ 85308

Date or dates debt was incurred    Various

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$11.00

---

**3.127** Nonpriority creditor's name and mailing address
KTR Property Trust 1
Prologis Management LLC
383 N Front St
Columbus, OH 43215

Date or dates debt was incurred    Various

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$86,865.88

---

**3.128** Nonpriority creditor's name and mailing address
Laundry & Cleaners Supply Inc
Dba Lc Supply
402 S 50th St
Phoenix, AZ 85034-2013

Date or dates debt was incurred    Various

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,494.90

---

**3.129** Nonpriority creditor's name and mailing address
Laura Calderon Amaya
2550 Blackmon Dr, Apt 4204
Decatur, GA 30033

Date or dates debt was incurred    Various

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$11.00

---

**3.130** Nonpriority creditor's name and mailing address
Lauren Lowder
4803 Selwyn Dr
Winston Salem, NC 27104

Date or dates debt was incurred    Various

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$300.00

---

**3.131** Nonpriority creditor's name and mailing address
LBMC, PC
P.O. Box 1869
Brentwood, TN 37024-1869

Date or dates debt was incurred    05/19/2025

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Auditors for 401(k) plans for calendar year 2024;
required for Form 5500 filings with the IRS
**Is the the claim subject to offset?**
☐ No.
☑ Yes.

$14,700.00

---

**3.132** Nonpriority creditor's name and mailing address
Le Monde International Ventures Inc
Dba Nina Takesh Designs
1560 Clear View Dr
Beverly Hills, CA 90210

Date or dates debt was incurred    Various

Last 4 digits of account number   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$33.00

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.133** Nonpriority creditor's name and mailing address
Liberty Property Limited Partnership
500 Chesterfield Pkwy
Malvern, PA 19355

Date or dates debt was incurred — Various

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$205,802.09

**3.134** Nonpriority creditor's name and mailing address
Lina Polania Closet
1430 SW 18th St
Miami, FL 33145

Date or dates debt was incurred — Various

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$28.00

**3.135** Nonpriority creditor's name and mailing address
Linkedin Corp
62228 Collections Center Dr
Chicago, IL 60693-0622

Date or dates debt was incurred — Various

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$44,840.08

**3.136** Nonpriority creditor's name and mailing address
Lisa Walker
3359 Fenton Ave
Bronx, NY 10469

Date or dates debt was incurred — Various

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16.50

**3.137** Nonpriority creditor's name and mailing address
Livia Pillmann
19355 Pacific Coast Hwy
Malibu, CA 90265

Date or dates debt was incurred — Various

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$42.00

**3.138** Nonpriority creditor's name and mailing address
LK Bennett
95-96 New Bond St
London, W1S 1DB
United Kingdom

Date or dates debt was incurred — Various

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$110,977.51

**3.139** Nonpriority creditor's name and mailing address
Luv Monki Inc
3355 Overland Ave, Ste 608
Los Angeles, CA 90034

Date or dates debt was incurred — Various

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11.00

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.140** | Nonpriority creditor's name and mailing address
Maje
44 Wall St
New York, NY 10005

As of the petition filing date, the claim is: | $78,475.36
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  _ _ _ _

Basis of claim:
Trade Payable
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

**3.141** | Nonpriority creditor's name and mailing address
Margit Detweiler
Unknown Address

As of the petition filing date, the claim is: | $60.00
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  _ _ _ _

Basis of claim:
Trade Payable
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

**3.142** | Nonpriority creditor's name and mailing address
Marlyn Privette
5633 Mentmore Dr
W Palm Beach, FL 33407

As of the petition filing date, the claim is: | $11.00
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  _ _ _ _

Basis of claim:
Trade Payable
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

**3.143** | Nonpriority creditor's name and mailing address
Melanie Avalon Inc
4405 Drexel Way
Atlanta, GA 30346

As of the petition filing date, the claim is: | $38.50
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  _ _ _ _

Basis of claim:
Trade Payable
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

**3.144** | Nonpriority creditor's name and mailing address
Metropolitan Life Insurance Co
P.O. Box 783895
Philadelphia, PA 19178-3895

As of the petition filing date, the claim is: | $214.87
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  _ _ _ _

Basis of claim:
Trade Payable
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

**3.145** | Nonpriority creditor's name and mailing address
Michelle J Argyros
402 Hoffman Ln
Hauppauge, NY 11788

As of the petition filing date, the claim is: | $16.50
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  _ _ _ _

Basis of claim:
Trade Payable
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

**3.146** | Nonpriority creditor's name and mailing address
Microman, Inc
Attn: Lynette Moyer
4393-A Tuller Rd
Dublin, OH 43017

As of the petition filing date, the claim is: | $1,967.40
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**  _ _ _ _

Basis of claim:
Trade Payable
Is the the claim subject to offset?
- [x] No.
- [ ] Yes.

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.147** Nonpriority creditor's name and mailing address
Mochagirl Fashion Finds US
3516 Kathys Way
Chesapeake, VA 23323

Date or dates debt was incurred — Various

Last 4 digits of account number — __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $16.50

---

**3.148** Nonpriority creditor's name and mailing address
Modern Dropship/Carro
8605 Santa Monica Blvd
Pmb 379929
W Hollywood, CA 90069

Date or dates debt was incurred — Various

Last 4 digits of account number — __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $5.12

---

**3.149** Nonpriority creditor's name and mailing address
Modlux Rent
3414 Peachtree Rd NE, Ste 2300
Atlanta, GA 30326

Date or dates debt was incurred — Various

Last 4 digits of account number — __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $130,545.01

---

**3.150** Nonpriority creditor's name and mailing address
Mom Unfrumpified US
10302 W 67th Ter
Shawnee, KS 66203

Date or dates debt was incurred — Various

Last 4 digits of account number — __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $5.50

---

**3.151** Nonpriority creditor's name and mailing address
Mora Looks With Alyss US
2321 Laguna Cir, Apt 808
N Miami, FL 33181

Date or dates debt was incurred — Various

Last 4 digits of account number — __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $22.00

---

**3.152** Nonpriority creditor's name and mailing address
Moss Bros
8 St Johns Hill
Clapham Junction, SW11 1SA
United Kingdom

Date or dates debt was incurred — Various

Last 4 digits of account number — __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $21,387.83

---

**3.153** Nonpriority creditor's name and mailing address
Mustard Seed
1016 S Towne Ave, Ste 101
Los Angeles, CA 90021

Date or dates debt was incurred — Various

Last 4 digits of account number — __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $0.12

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.154** Nonpriority creditor's name and mailing address
My Style Is My Brand LLC
116 S Poinettia Ave
Compton, CA 90221

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$11.00

---

**3.155** Nonpriority creditor's name and mailing address
Nation Design
P.O. Box 427,
Devon, PA 19333

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,195.81

---

**3.156** Nonpriority creditor's name and mailing address
Navex Global Inc
5500 Meadows Rd, Ste 500
Lake Oswego, OR 97035

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$27,533.80

---

**3.157** Nonpriority creditor's name and mailing address
Negotiatus
260 W 39th St, 15th Fl
New York, NY 10018

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$42.88

---

**3.158** Nonpriority creditor's name and mailing address
Nic + Zoe
323 Speen St
Natick, MA 01760

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$163.20

---

**3.159** Nonpriority creditor's name and mailing address
Nicole Miller
525 7th Ave, 20th Fl
New York, NY 10018

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$416.85

---

**3.160** Nonpriority creditor's name and mailing address
Niki Maragos
335 Doggett St, Apt 331
Charlotte, NC 28203

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$16.50

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.161** Nonpriority creditor's name and mailing address
Oggi
2263 160th St
Chippewa Falls, WI 54729

Date or dates debt was incurred      Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16.50

---

**3.162** Nonpriority creditor's name and mailing address
Olga Maslianko
303 Philip Dr, Apt 205
Daly City, CA 94015

Date or dates debt was incurred      Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11.00

---

**3.163** Nonpriority creditor's name and mailing address
Onetrust LLC
1200 Abernathy Rd NE, Bldg 600, Ste 300
Atlanta, GA 30328

Date or dates debt was incurred      Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$97,987.50

---

**3.164** Nonpriority creditor's name and mailing address
Ontario Refrigeration Service Inc
Attn: Jenn Krueger
635 S Mtn Ave
Ontario, CA 91762

Date or dates debt was incurred      Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$575.00

---

**3.165** Nonpriority creditor's name and mailing address
Oracle America, Inc
Attn: Collections Team
2300 Oracle Way
Austin, TX 78741

Date or dates debt was incurred      Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$77,679.00

---

**3.166** Nonpriority creditor's name and mailing address
Orkin Pest Control
410 Terry Ave N
Columbus, OH 43229

Date or dates debt was incurred      Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$28,028.11

---

**3.167** Nonpriority creditor's name and mailing address
P180-AZ
5 Penn Plz, 4th Fl
New York, NY 10001

Date or dates debt was incurred      Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$218,839.52

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.168** Nonpriority creditor's name and mailing address
Pacific Alliance
350 5th Ave
New York, NY 10018

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,505.15

**3.169** Nonpriority creditor's name and mailing address
Pacific West Security, Inc
1587 Schallenberger Rd
San Jose, CA 95131

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$402.00

**3.170** Nonpriority creditor's name and mailing address
Papermoon Inc
1700 E Washington Blvd
Los Angeles, CA 90021

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,751.48

**3.171** Nonpriority creditor's name and mailing address
Pepperjam LLC
Lockbox 22735
P.O. Box 22735
New York, PA 10087-2735

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,450.00

**3.172** Nonpriority creditor's name and mailing address
Pinkette Clothing, Inc
4550 Alcoa Ave
Vernon, CA 90058

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$40.75

**3.173** Nonpriority creditor's name and mailing address
Plantage Rio, Inc
113 Prince St
New York, NY 10012

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$522.00

**3.174** Nonpriority creditor's name and mailing address
Porter Wright Morris & Arthur LLP
41 S High St, Ste 2800-3200
Columbus, OH 43215

Date or dates debt was incurred     Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$10,191.43

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

**3.175** Nonpriority creditor's name and mailing address
Postcards
Via Tortona, 31
Milano, 20144

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,601.50

**3.176** Nonpriority creditor's name and mailing address
Pregnant Chicken Inc
142 Smithwood Dr
Toronto, ON M9B 4S4
Canada

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$104.50

**3.177** Nonpriority creditor's name and mailing address
Promevo Holdings
1720 Wildcat Blvd, Ste 100
Burlington, KY 41005

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$720.24

**3.178** Nonpriority creditor's name and mailing address
Public Clothing Co Inc
70 Triangle Blvd
Carlstadt, NJ 07072

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$311.00

**3.179** Nonpriority creditor's name and mailing address
Quench USA Inc
Attn: John Myers
630 Allendale, Ste 200
King of Prussia, PA 19406

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,656.07

**3.180** Nonpriority creditor's name and mailing address
Quick Turn Clothing Inc
265 W 37th St, Rm 304
New York, NY 10018

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$273.85

**3.181** Nonpriority creditor's name and mailing address
Qurated Style US
175 Nottingham Trl
Cuyahoga Falls, OH 44224

Date or dates debt was incurred          Various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11.00

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.182** Nonpriority creditor's name and mailing address
Rafaella
3000 NW 107th Ave
Doral, FL 33172

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$115.27

---

**3.183** Nonpriority creditor's name and mailing address
Rafaella
3000 NW 107th Ave
Doral, FL 33172

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,290.84

---

**3.184** Nonpriority creditor's name and mailing address
Rakuten Marketing LLC
800 Concar Dr, Ste 175
San Mateo, CA 94402

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$10,840.05

---

**3.185** Nonpriority creditor's name and mailing address
Reca Mainetti Asia Ltd
Unit C, 6th Fl, Wui Wah Factory
Bldg 1035-1037 Yee Kuk W St
Hong Kong
Hong Kong

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,053.64

---

**3.186** Nonpriority creditor's name and mailing address
Rent Aiw
1308 Westchester Dr
Oklahoma City, OK 73120-1427

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$84.00

---

**3.187** Nonpriority creditor's name and mailing address
Rental - Destination Maternity
50 W 57th St, 5th Fl
New York, NY 10019

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,401.76

---

**3.188** Nonpriority creditor's name and mailing address
Rentwear US
8703 Tartan Walk Ln
Houston, TX 77075

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$5.50

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.189** Nonpriority creditor's name and mailing address
Retail With Ronnie
1160 3rd Ave, Ste 14D
New York, NY 10065

Date or dates debt was incurred    Various
Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16.50

**3.190** Nonpriority creditor's name and mailing address
Revolve The Runway
3322 Woodmont Dr
Hackettstown, NJ 07840

Date or dates debt was incurred    Various
Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$27.50

**3.191** Nonpriority creditor's name and mailing address
Rithum, LLC
800 Troy Schenectady Rd, Ste 100
Latham, NY 12110

Date or dates debt was incurred    Various
Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$68,046.74

**3.192** Nonpriority creditor's name and mailing address
Rocky Barnes Closet
16030 Ventura Blvd, Ste 240
Encino, CA 91436

Date or dates debt was incurred    Various
Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$56.00

**3.193** Nonpriority creditor's name and mailing address
Rollins Inc
Dba Orkin LLC
P.O. Box 740300
Cincinnati, OH 45274

Date or dates debt was incurred    Various
Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$25,204.47

**3.194** Nonpriority creditor's name and mailing address
Rosa E Terrazas
4331 Superstition Dr
Las Cruces, NM 88011

Date or dates debt was incurred    Various
Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$11.00

**3.195** Nonpriority creditor's name and mailing address
Rosalie Roberts
66-416 Pikai St
Haleiwa, HI 96712

Date or dates debt was incurred    Various
Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$22.00

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.196** Nonpriority creditor's name and mailing address
Rropco, LLC
58 W 40th St
New York, NY 10018

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $990.72

---

**3.197** Nonpriority creditor's name and mailing address
Runway Revolve
7172 Hawthorn Ave, Apt 106
Los Angeles, LA 90046

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $42.00

---

**3.198** Nonpriority creditor's name and mailing address
Sachin & Babi
132 W 36th St, 9th Fl
New York, NY 10018

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $184.30

---

**3.199** Nonpriority creditor's name and mailing address
Salesforce.com, Inc
415 Mission St
San Francisco, CA 94105

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $680.59

---

**3.200** Nonpriority creditor's name and mailing address
Samantha Bachota
10989 N Adler Dr
Citrus Springs, FL 34434

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $16.50

---

**3.201** Nonpriority creditor's name and mailing address
Sarah K Armstrong
2231 Hwy 21
Miami, NM 87729

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $16.50

---

**3.202** Nonpriority creditor's name and mailing address
Sarah K Kathleen
524 Seashore Rd
Capemay, NJ 08204

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $28.00

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.203** Nonpriority creditor's name and mailing address
Sarah's Style Box
258 Graham Ave, Apt 2L
Brooklyn, NY 11206

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$11.00

---

**3.204** Nonpriority creditor's name and mailing address
Schellman & Co, LLC
4010 W Boy Scout Blvd, Ste 600
Tampa, FL 33607

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$20,000.00

---

**3.205** Nonpriority creditor's name and mailing address
Scotch Select - Scotch & Soda
37 E 18th St, 10th Fl
New York, NY 10003

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$112,500.00

---

**3.206** Nonpriority creditor's name and mailing address
Securitas Security Services USA, Inc
2180 Southwest Blvd
Grovecity, OH 43123

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$56,910.37

---

**3.207** Nonpriority creditor's name and mailing address
Seven Licensing Co, LLC
801 S Figueroa St, Ste 2500
Los Angeles, CA 90017

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$492.10

---

**3.208** Nonpriority creditor's name and mailing address
Shannon Miller Worldwide, LLC
4593 Ortega Blvd
Jacksonville, FL 32210

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$27.50

---

**3.209** Nonpriority creditor's name and mailing address
Shazdeh Fashions Inc
1450 Broadway, 17th Fl
New York, NY 10018

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$796.02

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.210** Nonpriority creditor's name and mailing address
Shopaliciaq
14417 San Paolo Ln
Charlotte, NC 28277

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

$28.00

---

**3.211** Nonpriority creditor's name and mailing address
Simon Gold Corp
1124 Westminster Ave, Unit B
Alhambra, CA 91803

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

$4,158.00

---

**3.212** Nonpriority creditor's name and mailing address
Simply Styled With Deena Us
3690 SW Canoe Creek Ter
Palm City, FL 34990

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

$5.50

---

**3.213** Nonpriority creditor's name and mailing address
Sisters Guide To Style LLC
1320 Custer Ave
Cincinnati, OH 45208

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

$273.00

---

**3.214** Nonpriority creditor's name and mailing address
Skies Are Blue
1105 S Boyle Ave
Los Angeles, CA 90023

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

$1,465.48

---

**3.215** Nonpriority creditor's name and mailing address
Skies Are Blue
1105 S Boyle Ave
Los Angeles, CA 90023

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

$4,154.98

---

**3.216** Nonpriority creditor's name and mailing address
Solium Plan Managers LLC
Attn: Accounts Receivable
58 S River Dr, Ste 401
Tempe, AZ 85281

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

$38,752.46

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.217** Nonpriority creditor's name and mailing address
Spirit Services Co
P.O. Box 498307
Cincinnati, OH 45249

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,420.21

**3.218** Nonpriority creditor's name and mailing address
SST - Area Stars
605 W 42 Nd St, Ste 29A
New York, NY 10036

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$209.02

**3.219** Nonpriority creditor's name and mailing address
SST - Faherty
80 Broad St, Ste 8th Fl
New York, NY 10004

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,499.86

**3.220** Nonpriority creditor's name and mailing address
SST - Grey State
132 W 36th St, Ste 4S
New York, NY 10018

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$3,015.83

**3.221** Nonpriority creditor's name and mailing address
SST - Hutch
224 W 35th St, Ste 300
New York, NY 10001

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$14.25

**3.222** Nonpriority creditor's name and mailing address
SST - Nic + Zoe
323 Speen St
Natick, MA 01760

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,251.24

**3.223** Nonpriority creditor's name and mailing address
SST - Saint Geraldine
127 E 9th St, Ste 711
Los Angles, CA 90015

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$77.10

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.224** Nonpriority creditor's name and mailing address
Stellah SST
224 W 35th St, Ste 808
New York, NY 10001

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $282.61

---

**3.225** Nonpriority creditor's name and mailing address
Stile Styles Box
2528 Salerno
Newport Beach, CA 92660

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $60.50

---

**3.226** Nonpriority creditor's name and mailing address
Storyclash Gmbh
Energiestrasse 1
Linz, 4020
Austria

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $17,314.00

---

**3.227** Nonpriority creditor's name and mailing address
Stumblewell LLC
Hallease's Closet
1579 Monroe Dr NE, Ste F185
Atlanta, GA 30324

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $44.00

---

**3.228** Nonpriority creditor's name and mailing address
Stylefix Love Swap Keep
8215 E Gary Rd
Scottsdale, AZ 85260

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $84.00

---

**3.229** Nonpriority creditor's name and mailing address
Styling On A Budget
2707 Vista Pkwy
Mansfield, TX 76063

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: $33.00

---

**3.230** Nonpriority creditor's name and mailing address
Swigart Law Group
Attn: Joshua B Swigart
2221 Camino Del Rio S, Ste 308
San Diego, CA 92108

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**   _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Notice of Dispute and Demand Protected
Communication
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Amount of claim: Undetermined

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.231** Nonpriority creditor's name and mailing address
Switchback Media
9031 Watsonia Ct
Olivette, MO 63132

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $77.00

**3.232** Nonpriority creditor's name and mailing address
Tahari By Arthur S Levine
16 Bleeker St
Millburn, NJ 07041

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $1,214.10

**3.233** Nonpriority creditor's name and mailing address
Tara Clark
10 Maplewood Rd
Closter, NJ 07624-3213

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $232.00

**3.234** Nonpriority creditor's name and mailing address
Taylor Dresses
49 W 37th St, 10th Fl
New York, NY 10018

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $151.90

**3.235** Nonpriority creditor's name and mailing address
Teaching On Trend
7 Prospect St, Unit 707
Morristown, NJ 07960

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $16.50

**3.236** Nonpriority creditor's name and mailing address
The Benefit Practice
1055 Washington Blvd, Ste 610
Stamford, CT 06901

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $16,609.48

**3.237** Nonpriority creditor's name and mailing address
The Box By The Stylist LA
3793 Wade St
Los Angeles, CA 90066

Date or dates debt was incurred — Various

Last 4 digits of account number — _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Amount of claim: $1,687.20

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.238** Nonpriority creditor's name and mailing address
The Christa Edit US
573 Southwind Dr, Unit 202
Lake Geneva, WI 53147

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$66.00

---

**3.239** Nonpriority creditor's name and mailing address
The Kitchens Inc
Dba Forkable
5214F Diamond Hts Blvd, Ste 353
San Francisco, CA 94131

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$25,932.98

---

**3.240** Nonpriority creditor's name and mailing address
Thomson Reuters
P.O. Box 6292
Carol Stream, IL 60197-6292

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,292.34

---

**3.241** Nonpriority creditor's name and mailing address
Thread Collective Inc
850 Mccaffrey St
St-Laurent, QC H4T 1N1
Canada

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$715.43

---

**3.242** Nonpriority creditor's name and mailing address
Tiana B
350 Secaucus Rd
Seacaucus, NJ 07094

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$220.32

---

**3.243** Nonpriority creditor's name and mailing address
Tinuiti
121 S 13th St, 3rd Fl
Philadelphia, PA 19107

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$394.51

---

**3.244** Nonpriority creditor's name and mailing address
Transperfect Translations International, Inc
1250 Broadway, 32nd Fl
New York, NY 10001

Date or dates debt was incurred _____ Various

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$225.50

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.245** Nonpriority creditor's name and mailing address
Uline Inc
P.O. Box 88741
Chicago, IL 60680-1741

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$663.79

---

**3.246** Nonpriority creditor's name and mailing address
Unfold - Vince
500 5th Ave
New York, NY 10110

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$302,912.35

---

**3.247** Nonpriority creditor's name and mailing address
Unique Vintage
2830 N Ontario St
Burbank, CA 91505

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$296.56

---

**3.248** Nonpriority creditor's name and mailing address
UPS 26X7W2 OH
55 Glenlake Pkwy NE
Atlanta, GA 30328

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$7,714.06

---

**3.249** Nonpriority creditor's name and mailing address
UPS C1G371
55 Glenlake Pkwy NE
Atlanta, GA 30328

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$127.80

---

**3.250** Nonpriority creditor's name and mailing address
Vaibhav Travels
406 Sigma Icon Ii Shyamal Rd
Ahmedabad, 400000
India

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$20,000.00

---

**3.251** Nonpriority creditor's name and mailing address
Veritiv Operating Co
6120 S Gilmore Rd
Fairfield, OH 45014

Date or dates debt was incurred    Various

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☒ No.
☐ Yes.

$25,420.89

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.252** Nonpriority creditor's name and mailing address
Vertex Cloud
2301 Renaissance Blvd
King of Prussia, PA 19406

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$319.24

---

**3.253** Nonpriority creditor's name and mailing address
Vince Unfold Men's
500 5th Ave
New York, NY 10110

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$63,519.00

---

**3.254** Nonpriority creditor's name and mailing address
Vision On
1407 Broadway Rm 3405
New York, NY 10018

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,200.00

---

**3.255** Nonpriority creditor's name and mailing address
Waste Connections of New York Inc
120 Wood Ave S, Ste 302
Iselin, NJ 08830-2709

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,475.51

---

**3.256** Nonpriority creditor's name and mailing address
What Would Winks Wear?
312 Dillehay Ct
Nashville, TN 37211-7495

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$27.50

---

**3.257** Nonpriority creditor's name and mailing address
Where Are You Going In That?
6922 Frying Pan Rd
Boulder, CO 80301

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$42.00

---

**3.258** Nonpriority creditor's name and mailing address
Zendesk Inc
Attn: Accounts Receivable
989 Market St
San Francisco, CA 94103

Date or dates debt was incurred          Various

Last 4 digits of account number          _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$34,228.30

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.2 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.3 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.4 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.5 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.6 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.7 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.8 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.9 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.10 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.11 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.12 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.13 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.14 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.15 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.16 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.17 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.18 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |
| 4.19 | Line ____<br>☐ Not listed. Explain | _ _ _ _ |

Debtor    CaaStle Inc.
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5.a **Total claims from Part 1.** | 5a | | $23,702.95 |
| 5.b **Total claims from Part 2.** | 5b | + | $8,098,372.66 |
| 5.c **Total of Parts 1 and 2**<br>    **Lines 5a + 5b = 5c** | 5c | + | $8,122,075.61 |

**Fill in this information to identify the case:**

Debtor name: <u>CaaStle Inc.</u>

United States Bankruptcy Court for the District of <u>Delaware</u>

Case number (If known): <u>25-11187</u>

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

| 1. Does the debtor have any executory contracts or unexpired leases? |
|---|
| ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form. |
| ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B). |

**2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease - 189 N. Bernardo, Mountain View, CA, as amended | 189 Bernardo, LLC<br>189 N Bernardo Ave<br>Mtn View, CA 94043 |
| | State the term remaining | 4/01/2023-9/30/2026 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | 5 Penn Plaza Lease - Execution Copy | 5 Penn Plaza LLC<br>c/o Dahan & Nowick LLP<br>Attn: Neil A Nowick, Esq<br>123 Main St, 9th Fl<br>White Plains, NY 10601 |
| | State the term remaining | 10/15/2018-7/31/2029 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 5 Penn Plaza Lease - Execution Copy | 5 Penn Plaza LLC<br>c/o Haymes Investment Co<br>Attn: General Counsel<br>5 Penn Plaza, 24th FL<br>New York, NY 10001 |
| | State the term remaining | 10/15/2018-7/31/2029 | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Renewal Amendment To Service Agreement | 8x8, Inc<br>1350 Broadway<br>New York, NY 10018 |
| | State the term remaining | 1/31/2024-3/31/2026 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Master Logistics Services Agreement | ACS Clothing Ltd<br>Attn: Chief Financial Officer<br>6 Dovecote Rd , Centralpoint Logistics Park<br>Holytown, Motherwell<br>Lanarkshire, ML1 4GP<br>United Kingdom |
| | State the term remaining | 10/12/2020-10/12/2025 | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Google Marketing Platform Services – New GA Services Order Form | Adswerve, Inc<br>999 18th St, Ste 2301N<br>Denver, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Anaplan Order Schedule | Anaplan, Inc<br>Attn: Raja Krishnan<br>50 Hawthorne St<br>San Francisco, CA 94105 |
| | State the term remaining | 10/12/2022-12/29/2025 | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.8** State what the contract or lease is for and the nature of the debtor's interest | Ashby All-In-One Order Form | Ashby, Inc<br>Attn: Brian Korczynski<br>49 Geary St, Ste 411<br>San Francisco, CA 94108 |
| State the term remaining | 9/04/2024-9/26/2024 | |
| List the contract number of any government contract | | |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest | AT&T Dedicated Internet Proposal for Gwynnie Bee, Inc | AT&T<br>Attn: Ian Hinojosa<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 |
| State the term remaining | 8/16/2021-8/26/2023 | |
| List the contract number of any government contract | | |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest | AT&T Invoice | AT&T<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 |
| State the term remaining | 08/19/2021 | |
| List the contract number of any government contract | | |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest | AT&T Statement | AT&T<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 |
| State the term remaining | Term Unknown | |
| List the contract number of any government contract | | |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest | AudioEye Enterprise Order | AudioEye, Inc<br>Attn: Kelly Georgevich<br>5210 E Williams Cir, Ste 750<br>Tucson, AZ 85711 |
| State the term remaining | 8/14/2024-8/13/2025 | |
| List the contract number of any government contract | | |
| **2.13** State what the contract or lease is for and the nature of the debtor's interest | Statement of Work No. 1 | Bored Teachers LLC<br>1150 19th St<br>Vero Beach, FL 32960 |
| State the term remaining | 9/15/2020-9/15/2021 | |
| List the contract number of any government contract | | |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest | BrowserStack Order Form | BrowerStack, Inc<br>Attn: Ritesh Arora<br>4512 Legacy Dr, Ste 100<br>Plano, TX 75024 |
| State the term remaining | 9/30/2022-12/30/2027 | |
| List the contract number of any government contract | | |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest | CDW Quote Confirmation | CDW LLC<br>Attn: Sean Groom<br>200 N Milwaukee Ave<br>Vernon Hills, IL 60061 |
| State the term remaining | 3/29/2022-1/00/1900 | |
| List the contract number of any government contract | | |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest | Ceridian Order Form | Ceridian HCM, Inc<br>3311 E Old Shakopee Rd<br>Minneapolis, MN 55425 |
| State the term remaining | 12/22/2022-12/22/2025 | |
| List the contract number of any government contract | | |




**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Spectrum Enterprise Service Order | Charter Comm Operating, LLC<br>Attn: Jordan Badenhop<br>Legal Response Operations Ctr<br>12405 Powerscourt Dr<br>St Louis, MO 63131-3660 |
| | State the term remaining | 1/28/2022-1/27/2025 | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | DocuSign - Certificate Of Completion | Charter Comm Operating, LLC<br>Legal Response Operations Ctr<br>12405 Powerscourt Dr<br>St Louis, MO 63131-3660 |
| | State the term remaining | 01/28/2022 | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | Spectrum Enterprise Service Order | Charter Comm Operating, LLC<br>Legal Response Operations Ctr<br>12405 Powerscourt Dr<br>St Louis, MO 63131-3660 |
| | State the term remaining | 1/27/2022-1/27-2025 | |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | Spectrum Enterprise Fiber Internet Access Service Level Agreement | Charter Comm Operating, LLC<br>Legal Response Operations Ctr<br>12405 Powerscourt Dr<br>St Louis, MO 63131-3660 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement | Chase<br>Unknown Address |
| | State the term remaining | 08/15/2024 | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | Chirag Jain<br>A-26/3, 1st & 2nd Fl<br>Mohan Cooperative Industrial Estate<br>Delhi-110044<br>India |
| | State the term remaining | 01/01/2023 | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | Employee Compensation Statement | Christine Hunsicker<br>242 E 7th St, Apt 5<br>New York, NY 10009-6067 |
| | State the term remaining | 01/01/2023 | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | Employee Benefits | Cigna Health & Life Insurance Co<br>900 Cottage Grove Rd<br>Hartford, CT 06152 |
| | State the term remaining | 01/01/2024 | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | Agreement For Health Savings Account Administration | Cigna Health & Life Insurance Co<br>Attn: Underwriting<br>900 Cottage Grove Rd<br>Hartford, CT 06152 |
| | State the term remaining | 01/01/2024 | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Statement of Work - Managed Remote Software Development Team<br><br>08/01/2021 | CloudGeometry Inc DBA UpTeam<br>Attn: Michael Philip<br>355 W Olive Ave, Unit 202<br>Sunnyvale, CA 94086 |
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Service Order Form Drop-Ship Service – Order Page<br><br>5/05/2022-5/05/2025 | Commerce Technologies, LLC<br>dba CommerceHub<br>Attn: General Counsel<br>1201 Peachtree St NE, Ste 600<br>Atlanta, GA 30361-3510 |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Service Order Form Drop-Ship Service – Order Page<br><br>5/05/2022-5/05/2025 | Commerce Technologies, LLC<br>dba CommerceHub<br>Attn: General Counsel<br>1201 Peachtree St NE, Ste 600<br>Atlanta, GA 30361-3510 |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Cox Business Commercial Services Agreement<br><br>1/23/2018-1/23/2023 | Cox Comm Arizona, LLC<br>Cox Arizona Telcom, LLC Signature<br>Attn: Virginia Magdaleno<br>1550 W Deer Valley Rd<br>Phoenix, AZ 85027 |
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EcrlipseCorp Statement of Work and Agreement<br><br>1/01/2023-1/01/2024 | EclipseCorp, LLC<br>Attn: Cindy Trajcevski, Account Administrator<br>825 Taylor Rd, Ste D<br>Gahanna, OH 43230 |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EcrlipseCorp Statement of Work and Agreement<br><br>1/01/2023-1/01/2024 | EclipseCorp, LLC<br>Attn:: Jeff Burt, President/CEO/CFO<br>825 Taylor Rd, Ste D<br>Gahanna, OH 43230 |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Letter Re: CaaStle 30 Day Free Trial Acceleration Program<br><br>09/15/2020 | Express Fashion Operations, LLC<br>Attn: Brian Seewald<br>1 Express Dr<br>Columbus, OH 43230 |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Confidential Settlement Agreement And Release<br><br>Ongoing | Express Fashion Operations, LLC<br>Attn: Brian Seewald<br>1 Express Dr<br>Columbus, OH 43230 |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Settlement Agreement<br><br>2/16/2024-3/01/2024 | Federal Reserve/US Treasury Dept<br>33 Liberty St<br>New York, NY 10045 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | Felice Gray-Kemp<br>2080 Shepard Ave<br>Hamden, CT 06518-1509 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | Invoice | Figma, Inc<br>760 Market St, 10th Fl<br>San Francisco, CA 94102 |
| | State the term remaining | 9/29/2025-9/29/2025 | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | Invoice | Figma, Inc<br>760 Market St, 10th Fl<br>San Francisco, CA 94102 |
| | State the term remaining | 12/29/2024-9/29/2025 | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | Accounting Statement - Payment Confirmation | First Republic<br>111 Pine St<br>San Francisco, CA 94111 |
| | State the term remaining | 3/01/2024-3/31/2024 | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | Accounting Statement - Payment Confirmation | First Republic<br>111 Pine St<br>San Francisco, CA 94111 |
| | State the term remaining | 4/01/2024-4/30/2024 | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | Accounting Statement | First Republic<br>111 Pine St<br>San Fancisco, CA 94111 |
| | State the term remaining | 2/01/2024-2/29/2024 | |
| | List the contract number of any government contract | | |
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | Letter Re: Employment | Gail Fierstein<br>201 W 70th St, Apt 29K<br>New York, NY 10023-4593 |
| | State the term remaining | 11/19/2018 | |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | Employee Compensation Statement | George Goldenberg<br>147 Del Monte Ave<br>Los Altos, CA 94022-1205 |
| | State the term remaining | 01/01/2025 | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | Employee Compensation Statement | Georgiy Goldenberg<br>147 Del Monte Ave<br>Los Altos, CA 94022-1205 |
| | State the term remaining | 01/01/2023 | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement | Global Mail, Inc<br>dba DHL eCommerce Solutions<br>Attn: Antonio Bergamo, VP<br>Attn: David Loonam, VP<br>2700 S Commerce Pkwy, Ste 300<br>Weston, FL 33331 |
| | State the term remaining | 12/19/2019-12/19/2022 | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | InVisionApp Inc. Order Form | InVisionApp Inc<br>Unknown Address |
| | State the term remaining | 1/25/2023-1/24/2024 | |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | Jamf Quote | JAMF Software, LLC<br>Unknown Address |
| | State the term remaining | 8/20/2024-8/30/2025 | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | Letter Re: Employment | Jessica Dvorett<br>2025 Broadway, Apt 30E<br>New York, NY 10023-5017 |
| | State the term remaining | 06/20/2016 | |
| | List the contract number of any government contract | | |
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | knowBe4 Agreement | KnowBe4<br>Attn: Alicia Johnson<br>33 N Garden Ave, Ste 1200<br>Clearwater, FL 33755 |
| | State the term remaining | 8/05/2024-8/04/2027 | |
| | List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Lease Agreement | KTR Ohio, LLC<br>c/o Prologis<br>Attn: General Counsel<br>1800 Wazee St, Ste 500<br>Denver, CO 80202 |
| | State the term remaining | 10/01/2019-9/30/2024 | |
| | List the contract number of any government contract | | |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | Arizona Lease | Liberty Property LP<br>Prologis Logistics Center 3<br>1500 S 71st Ave, Ste 700<br>Phoenix, AZ 85043 |
| | State the term remaining | 76 months | |
| | List the contract number of any government contract | N/A | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | LinkedIn Corporation - Order Form | LinkedIn Corp<br>Attn: Dean Patzer<br>1000 W Maude Ave<br>Sunnyvale, CA 94085 |
| | State the term remaining | 11/17/2024-11/16/2027 | |
| | List the contract number of any government contract | | |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | Manhattan Associates - Attachment A – Licensed Products and Customer Support and Software Enhancements | Manhattan Assoc, Inc<br>Attn: Dennis B Story<br>2300 Windy Ridge Pkwy, 10th Fl<br>Atlanta, GA 30339 |
| | State the term remaining | 12/28/2017-12/27/2018 | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | Manhattan Associates - Software License, Services, Support and Enhancements Agreement | Manhattan Assoc, Inc<br>Attn: Martha Skipwith<br>2300 Windy Ridge Pkwy, 10th Fl<br>Atlanta, GA 30339 |
| | State the term remaining | 11/05/2014 | |
| | List the contract number of any government contract | | |
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | Master Service Order Form to the U.S. Services Agreement | MCI Comm Svcs, Inc<br>dba Verizon Business Services<br>Attn: Customer Service<br>6415-6455 Business Ctr Dr<br>Highlands Ranch, CO 80130 |
| | State the term remaining | 10/10/2018/10/10/2021 | |
| | List the contract number of any government contract | | |
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | Verizon Price Quote | MCI Comm Svcs, Inc<br>dba Verizon Business Services<br>Attn: Customer Service<br>6415-6455 Business Ctr Dr<br>Highlands Ranch, CO 80130 |
| | State the term remaining | 8/27/2018-8/27/2021 | |
| | List the contract number of any government contract | | |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | Navex Global Order Form 674737 | NAVEX Global, Inc<br>Attn: Shon C Ramey<br>5500 Meadows Rd, Ste 500<br>Lake Oswego, OR 97035 |
| | State the term remaining | 10/31/2024-10/30/2025 | |
| | List the contract number of any government contract | | |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | nhc Service Order Addendum | New Horizon Comm<br>Unknown Address |
| | State the term remaining | 8/12/2024-8/12/2026 | |
| | List the contract number of any government contract | | |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | nhc Master Service Agreement | New Horizon Comm<br>Unknown Address |
| | State the term remaining | 08/12/2024 | |
| | List the contract number of any government contract | | |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | Okta Order Form | Okta<br>Attn: Amia Trujillo<br>100 1st St<br>San Francisco, CA 94105 |
| | State the term remaining | 10/15/2024-10/14/2026 | |
| | List the contract number of any government contract | | |
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | Onetrust Quote # Q-352565 | OneTrust<br>Attn: Whitney Cogdell<br>1200 Abernathy Rd NE, Bldg 600<br>Atlanta, GA 30328 |
| | State the term remaining | 1/03/2023-1/03/2024 | |
| | List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | Open VPN Invoice | OpenVPN Inc<br>6200 Stoneridge Mall Rd, 3rd Fl<br>Pleasanton, CA 94588 |
| | State the term remaining | 6/01/2024-6/30/2025 | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | The Optimizely Software Subscription Agreement Order Form | Optimizely NA, Inc Attn: William LaPuma 119 5th Ave, 7th Fl New York, NY 10003 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | Oracle Netsuite Estimate | Oracle America, Inc 2300 Oracle Way Austin, TX 78741 |
| | State the term remaining | 10/22/2024-10/31/2024 | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | Oracle Netsuite Estimate | Oracle America, Inc 2300 Oracle Way Austin, TX 78741 |
| | State the term remaining | 11/13/2014 | |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | Orkin Pest Control - Commercial Services Agreement | Orkin Pest Control Attn: Dawn Marie Wiersema 3830 W Indian School Rd Phoenix, AZ 85019 |
| | State the term remaining | 7/30/2018-7/30/2019 | |
| | List the contract number of any government contract | | |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | Bed Bug Inspection Service Agreement | Orkin Pest Control Attn: Tom Jones 6230 Huntley Rd Columbus, OH 43229 |
| | State the term remaining | 7/28/2020-7/28/2021 | |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | CaaStle Notice of Teminating Agreement | Performance Horizon Group Ltd dba Partnerize and /or Ascend And/or Pepperjam fka eBay Enterprise Attn: Legal 200 Park Ave S, Ste 1402 New York, NY 10003 |
| | State the term remaining | 02/19/2025 | |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | Rebrandly Quote | RadiateCapital Ltd dba Rebrandly Block 3, Harcourt Centre, Harcourt Rd Dublin 2, D02 A339 Ireland |
| | State the term remaining | 11/26/2023-11/25/2024 | |
| | List the contract number of any government contract | | |
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | Confidential Separation And Release Agreement | Raytanika Dais Unknown Address |
| | State the term remaining | 9/19/2022-5/07/2024 | |
| | List the contract number of any government contract | | |
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement entered as of September 2024 (the "Effective Date") by and between | RT IPCO, LLC Unknown Address |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | Salesforce Order Form | Salesforce, Inc<br>Attn: Eric Askew<br>415 Mission St, 3rd Fl<br>San Francisco, CA 94105 |
| | State the term remaining | 1/31/2024-1/30/2025 | |
| | List the contract number of any government contract | | |
| **2.72** | State what the contract or lease is for and the nature of the debtor's interest | Salesforce Order Form | Salesforce, Inc<br>Attn: Ethan Cerone<br>415 Mission St, 3rd Fl<br>San Francisco, CA 94105 |
| | State the term remaining | 2/01/2023-1/31/2026 | |
| | List the contract number of any government contract | | |
| **2.73** | State what the contract or lease is for and the nature of the debtor's interest | Main Services Agreement | Salesforce, Inc<br>Attn: SFDC's General Counsel<br>Salesforce Tower<br>415 Mission St, 3rd Fl<br>San Francisco, CA 94105 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |
| **2.74** | State what the contract or lease is for and the nature of the debtor's interest | Salesforce Order Form | Salesforce, Inc<br>Salesforce Tower<br>415 Mission St, 3rd Fl<br>San Francisco, CA 94105 |
| | State the term remaining | 2/01/2023-1/31/2026 | |
| | List the contract number of any government contract | | |
| **2.75** | State what the contract or lease is for and the nature of the debtor's interest | Salesloft Invoice | Salesloft, Inc<br>1180 W Peachtree St NW, Ste 2400<br>Atlanta, GA 30309 |
| | State the term remaining | 7/15/2024-7/14/2025 | |
| | List the contract number of any government contract | | |
| **2.76** | State what the contract or lease is for and the nature of the debtor's interest | Schellman Statement | Schellman Compliance, LLC<br>75 Remittance Dr, Dept 92033<br>Chicago, IL 60675-2033 |
| | State the term remaining | 05/16/2025 | |
| | List the contract number of any government contract | | |
| **2.77** | State what the contract or lease is for and the nature of the debtor's interest | Security Services Agreement ("Agreement") Between Company and Client (as defined below) | Securitas Security Services USA, Inc<br>Attn: Michael Hartsock<br>2180 Southwest Blvd<br>Grove City, OH 43123 |
| | State the term remaining | 3/29/2022-3/29/2024 | |
| | List the contract number of any government contract | | |
| **2.78** | State what the contract or lease is for and the nature of the debtor's interest | Sovos Order Form | Sovos Compliance, LLC<br>Unknown Address |
| | State the term remaining | 2/28/2023-2/28/2024 | |
| | List the contract number of any government contract | | |
| **2.79** | State what the contract or lease is for and the nature of the debtor's interest | Sprout Social Invoice | Sprout Social<br>P.O. Box 18451<br>Palatine, IL 60055-8451 |
| | State the term remaining | 11/30/2024-11/29/2025 | |
| | List the contract number of any government contract | | |




**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.80** | State what the contract or lease is for and the nature of the debtor's interest | Survey Monkey Order Form | SurveyMonkey Inc<br>Attn: Erika Biederbeck<br>1 Curiousity Way<br>San Mateo, CA 94403 |
| | State the term remaining | 10/17/2024-10/16/2025 | |
| | List the contract number of any government contract | | |
| **2.81** | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Carrier Agreement between CaaStle and United Parcel Services Inc. | United Parcel Service Inc<br>Attn: Steve Grissett, Major Account Manager<br>2450 Rathmell Rd<br>Columbus, OH 43207 |
| | State the term remaining | 1/17/2022-9/02/2051 | |
| | List the contract number of any government contract | | |
| **2.82** | State what the contract or lease is for and the nature of the debtor's interest | UPS Carrier Agreement | United Parcel Service Inc<br>Attn: Steve Grissett, Major Account Manager<br>2450 Rathmell Rd<br>Columbus, OH 43207 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement | United States Department of Justice<br>Attn: Paulina Stamatelos, Asst US ATY<br>Attn: Bonni Perlin, Asst US ATY<br>271-A Cadman Plz E<br>Brooklyn, NY 11201 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest | Financing Agreement | US Bank<br>1310 Madrid St, Ste 101<br>Marshall, MN 56256-4002 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement to Re-Launch Vince Unfold | V Opco, LLC<br>fka Vince, LLC<br>500 5th Ave, 20th Fl<br>New York, NY 11101 |
| | State the term remaining | 11/01/2024-2/02/2026 | |
| | List the contract number of any government contract | | |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Customer Sales Agreement | Veritiv Operating Co<br>Unknown Address |
| | State the term remaining | 1/20/202-12/31/2022 | |
| | List the contract number of any government contract | | |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest | Vertex Sale Order | Vertex, Inc<br>Attn: H Cole DiMascio<br>2301 Renaissance Blvd<br>King Of Prussia, PA 19406-2772 |
| | State the term remaining | 5/1/2023-5/1/2024 | |
| | List the contract number of any government contract | | |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | Vince, LLC<br>Attn: General Counsel<br>500 5th Ave, 20th Fl<br>New York, NY 10110 |
| | State the term remaining | 09/28/2018-09/28/2019 | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.89** State what the contract or lease is for and the nature of the debtor's interest | Wrike Order Form Details | Wrike, Inc Attn: Eileen Lo 9171 Towne Ctr Dr, Ste 200 San Diego, CA 92122 |
| State the term remaining | 1/1/2025-12/31/2026 | |
| List the contract number of any government contract | | |
| **2.90** State what the contract or lease is for and the nature of the debtor's interest | Zendesk Service Order Form | Zendesk 181 Fremont St, 17th Fl San Francisco, CA 94105 |
| State the term remaining | 10/12/2024-10/11/2026 | |
| List the contract number of any government contract | | |
| **2.91** State what the contract or lease is for and the nature of the debtor's interest | US State Addendum To Master Subscription Agreement | Zendesk, Inc Attn: James Fash 181 Fremont St, 17th Fl San Francisco, CA 94105 |
| State the term remaining | 12/16/2022-10/11/2026 | |
| List the contract number of any government contract | | |
| **2.92** State what the contract or lease is for and the nature of the debtor's interest | Zendesk Data Processing Agreement | Zendesk, Inc Attn: Mary Phillips 181 Fremont St, 17th Fl San Francisco, CA 94105 |
| State the term remaining | 10/16/2024-10/11/2026 | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: __CaaStle Inc.__

United States Bankruptcy Court for the District of __Delaware__

Case number (If known): __25-11187__

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

| | |
|---|---|
| Debtor name: **CaaStle Inc.** | |
| United States Bankruptcy Court for the Division, District of **Delaware** | |
| Case number (If known): **25-11187** | |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING - Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206 A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206 D)
- ☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims* (Official Form 206 E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206 G)
- ☑ *Schedule H: Codebtors* (Official Form 206 H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Friday, June 27th, 2025
MM / DD / YYYY

Signature: /s/ Dayna Corlito
Printed Name: Dayna Corlito
Title: Controller