UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                     Chapter  7

Case No.  25 - 11187  ( BLS )

Debtor:  CaaStle Inc.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Jack Small, Esq. of Dilworth Paxson LLP

to represent  George L. Miller, Chapter 7 Trustee

in this action.

/s/ Peter C. Hughes

Firm Name: Dilworth Paxson LLP
Address: 800 N. King Street, Suite 202
Wilmington, DE 19801
Phone: (302) 571-9800
Email: phughes@dilworthlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Pennsylvania  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Jack Small

Firm Name: Dilworth Paxson LLP
Address: 1650 Market Street, Suite 1200
Philadelphia, PA 19103
Phone: (215) 575-7000
Email: jsmall@dilworthlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.