# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| CAASTLE INC., | : | Case No. 25-11187-BLS |
| Debtor. | : | **Objection Deadline:** July 16, 2025 at 4:00 p.m |
| | : | |
| | : | **Hearing Date:** July 30, 2025 at 1:30 p.m. |

## MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR TURNOVER OF FUNDS HELD BY JPMORGAN CHASE BANK, N.A.

George L. Miller (the "Trustee"), Chapter 7 Trustee of the bankruptcy estate of CaaStle Inc. (the "Debtor"), hereby submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), pursuant to sections 105(a), 541, and 542(a) of the Bankruptcy Code, directing JPMorgan Chase Bank, N.A. ("JPMorgan") to turn over all funds held in bank accounts of the Debtor. In support of this Application, the Trustee avers as follows:

### Jurisdiction

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

2. On or about June 20, 2025 (the "Petition Date"), the Debtor filed for voluntary relief under Chapter 7 of the Bankruptcy Code. The Trustee has been appointed as the Chapter 7 trustee for the Debtor's bankruptcy estate.

3. Prior to the Petition Date, the Debtor held several bank accounts with JPMorgan (the "Bank Accounts"). The Bank Accounts were disclosed in the Debtor's Schedules. [D.I. 11,

#125082116v3

pp. 8-9]. A true and correct copy of the Bank Accounts as listed in the Debtor's Schedules is attached hereto as **Exhibit B**.

### Relief Requested

4.  Pursuant to Bankruptcy Code sections 105(a), 541, and 542(a), the Trustee requests entry of an order, substantially in the form of the Order, directing JPMorgan to turn over the funds in the Bank Accounts to the Trustee.

### Applicable Authority

5.  Section 541(a)(1) of the Bankruptcy Code defines "property of the estate" to include, among other things, "all legal or equitable interests of the debtor in property as of the commencement of the case . . . wherever located and by whomever held." 11 U.S.C. § 541(a); *In re Net Pay Solutions, Inc.*, 822 F.3d 144, 154 (3d Cir. 2016) (citing *Begier v. Commissioner*, 496 U.S. 53, 59 (1990)).

6.  Section 542(a) of the Bankruptcy Code mandates that "an entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title . . . shall deliver to the trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate." 11 U.S.C. § 542(a).

7.  It is well-settled that bank accounts in a debtor's name are property of the estate subject to turnover. *In re Washington Mut.*, 442 B.R. 314, 330 (Bankr. D. Del. 2011) (citing cases); *see also* 4 Collier on Bankruptcy ¶ 541.09 ("deposits in the debtor's bank account become property of the estate under section 541(a)(1)").

8.  Accordingly, the Trustee seeks turnover of the funds in the Bank Accounts listed in Exhibit B, and any other funds in any other Debtor bank accounts held by JPMorgan.

#125082116v3

**Notice**

9.     The Trustee has provided notice of this Motion to the following: (a) the U.S. Trustee; (b) counsel to the Debtor; (c) counsel to JPMorgan; (d) those parties requesting notice pursuant to rule 2002 of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the Trustee respectfully requests that this Court enter the attached proposed order and grant such other relief as this Court deems just and proper.

Dated: July 2, 2025                              **DILWORTH PAXSON LLP**

*/s/ Peter C. Hughes*
Peter C. Hughes (No. 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:     302-571-9800
Facsimile:      302-571-8875
Email:             phughes@dilworthlaw.com

and

Peter C. Hughes
Jack Small
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone:     (215) 575-7000
Facsimile:      (215) 754-4603
Email:             phughes@dilworthlaw.com
Email:             jsmall@dilworthlaw.com

*Proposed Attorneys for George L. Miller, Chapter 7 Trustee*