## **EXHIBIT A**

[Proposed Order]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| CAASTLE INC., | : | Case No. 25-11187-BLS |
| Debtor. | : | **Re: D.I. _____** |
| | : | |
| | : | |

## ORDER DIRECTING TURNOVER OF FUNDS

**AND NOW**, on this _____ day of July, 2025, upon consideration of the Motion of George L. Miller, Chapter 7 Trustee for Turnover of Funds Held By JPMorgan Chase Bank, N.A.,[1] it appearing that the Bank Accounts are property of the Debtor as defined by section 541(a) of the Bankruptcy Code, that the Trustee is entitled to the turnover of the funds of the Bank Accounts pursuant to section 542(a) of the Bankruptcy Code, and that turnover of the funds would be in the best interest of the Trustee and the bankruptcy estate; and sufficient notice having been given; and after due deliberation and sufficient cause approving therefor;

**IT IS HEREBY ORDERED:**

1.     The Motion is **GRANTED**; and

2.     JPMorgan shall turn over all funds in the Bank Accounts to the Trustee, including but not limited to all funds described in Exhibit B to the Motion, within 2 business days of the entry of this Order.  Such funds shall be transmitted, at the option of the Trustee, by (a) wire transfer, or (b) by a check sent by overnight mail to the attention of the Trustee.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to those in the Motion.