## **EXHIBIT B**

[Bank Accounts]

#125082116v3

Fill in this information to identify the case:

Debtor name: CaaStle Inc.

United States Bankruptcy Court for the District of Delaware

Case number (If known): 25-11187

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JP Chase Bank | Commercial Checking | 5229 | $ 0.00 |
| 3.2. | JP Chase Bank | Commercial Checking | 5774 | $ 29,128.44 |
| 3.3. | JP Chase Bank | Commercial Checking | 8996 | $ 17,295.77 |
| 3.4. | JP Chase Bank | Commercial Checking | 6108 | $ 76,719.69 |
| 3.5. | JP Chase Bank | Commercial Checking | 2482 | $ 147,887.99 |
| 3.6. | JP Chase Bank | Commercial Checking | 1971 | $ 421,739.02 |

4. **Other cash equivalents (Identify all)**

| | | | |
|---|---|---|---:|
| 4.1. | JP Chase - Line of Credit | $ | 279,413.45 |

*Last 4 of Acc 9299*

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 972,184.36

---

**Part 2:  Deposits and prepayments**

6. Does the debtor have any deposits or prepayments?
   - ☐ No. Go to Part 3.
   - ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. Deposits, including security deposits and utility deposits

| | | | |
|---|---|---|---:|
| 7.1. | Security Deposit - 189 Bernardo LLC | $ | 100,000.00 |
| 7.2. | Security Deposit - Amex Credit Card | $ | 125,000.00 |
| 7.3. | Security Deposit - Braintree | $ | 50,000.00 |
| 7.4. | Security Deposit - Brex Credit Card | $ | 25,000.00 |
| 7.5. | Utility Deposit - Columbia Gas of OHIO | $ | 416.00 |
| 7.6. | Security Deposit - KTR Property Trust I | $ | 50,000.00 |
| 7.7. | Security Deposit - The Kitchens Inc DBA Forkable | $ | 12,870.00 |

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| | | | |
|---|---|---|---:|
| 8.1. | See Attached Exhibit AB 8 | $ | 777,751.04 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 1,141,037.04

---