# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| CAASTLE INC., | : | Case No. 25-11187-BLS |
| Debtor. | : | **Objection Deadline:** July 16, 2025 at 4:00 p.m |
| | : | **Hearing Date:** July 30, 2025 at 1:30 p.m. |

## NOTICE OF MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE REQUESTING AN ORDER DIRECTING THE TURNOVER OF FUNDS HELD BY <u>JPMORGAN CHASE BANK, N.A.</u>

TO:   (i) the Office of the United States Trustee; (ii) counsel for the Debtor; (iii) counsel to JPMorgan Chase Bank, N.A.; and (iv) all parties requesting notice pursuant to Federal Rule of Bankruptcy Procedure 2002

George Miller (the "Trustee"), Chapter 7 Trustee of the bankruptcy estate of CaaStle Inc. (the "Debtor"), by and through his undersigned counsel, has filed the **Motion of George L. Miller. Chapter 7 Trustee for Turnover of Funds Held by JPMorgan Chase Bank, N.A.** (the "Motion").

You are required to file a response to the Application, if any, on or before **<u>July 16, 2025 at 4:00 p.m. (ET).</u>**

At the same time, you must also serve a copy of the response upon:

> Peter C. Hughes, Esquire
> Dilworth Paxson LLP
> 1650 Market Street, Suite 1200
> Philadelphia, PA  19103
> phughes@dilworthlaw.com

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE

#125082116v3

DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #1, WILMINGTON, DELAWARE 19801 ON **JULY 30, 2025 AT 1:30 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 2, 2025

**DILWORTH PAXSON LLP**

*/s/ Peter C. Hughes*
Peter C. Hughes (No. 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
(302) 571-9800
(302) 571-8875 (fax)
phughes@dilworthlaw.com

and

Peter C. Hughes
Jack Small
1650 Market Street
Suite 1200
Philadelphia, PA 19102
(215) 575-7000
(215) 575-7200 (fax)
phughes@dilworthlaw.com
jsmall@dilworthlaw.com

*Proposed Attorneys for George L. Miller, Chapter 7 Trustee*