# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| CAASTLE INC., | : | Case No. 25-11187-BLS |
| Debtor. | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Christine Tomlin, Paralegal, hereby certify that on July 2, 2025, the Motion of George L. Miller, Chapter 7 Trustee for Turnover of Funds Held by JPMorgan Chase Bank, N.A. (the "Motion") was filed on the docket in the above captioned bankruptcy case and served via the court's electronic service; and that the Motion was also served via first class mail upon all parties listed on the attached list.

Dated: July 2, 2025

*/s/    Christine Tomlin*
Christine Tomlin, Paralegal

#125082116v3

1

## SERVICE LIST

| | |
|---|---|
| Brendan Joseph Schlauch, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | George L. Miller, Trustee<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103-2110 |
| U.S. Trustee<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Renu P. Shah, Esq.<br>JPMorgan Chase-Commercial &<br>Investment Banking<br>10 South Dearborn, 6th Floor<br>Mail Code IL1-0080<br>Chicago, IL 60603 |