**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CAASTLE, INC.<br><br>Debtor.[1] | Chapter 7<br><br>Case No. 25-11187 (BLS) |

### NOTICE OF FILING OF AMENDED STATEMENT OF FINANCIAL AFFAIRS

PLEASE TAKE NOTICE that, on June 27, 2025, the above captioned debtor (the "Debtor") filed its *Statement of Financial Affairs* [Docket No. 12] (the "SOFA") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The SOFA attached the *Global Notes Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes"), which provide certain information regarding the SOFA.

PLEASE TAKE FURTHER NOTICE that the Debtor is hereby filing an amendment to the SOFA (the "Amended SOFA"), which includes certain additional and/or corrected information in Part 1, Question 1, and Part 13, Questions 28 and 29. The previously filed Global Notes are incorporated into the Amended SOFA.

PLEASE TAKE FURTHER NOTICE that the Amended SOFA is attached hereto as **Exhibit 1**. The Amended SOFA replaces Part 1, Question 1 and Part 13, Questions 28 and 29 in all respects. The Amended SOFA does not otherwise replace the previously filed SOFA. The Amended SOFA is hereby incorporated into, and comprises an integral part of, the SOFA.

---

[1] The last four digits of the Debtor's federal tax identification number are 7457. The Debtor's mailing address is 2514 Whitney Avenue, Unit 186919, Hamden, CT 06518.

RLF1 33264382v.1

PLEASE TAKE FURTHER NOTICE that the Debtor reserves the right to further amended the SOFA, from time to time, as may be necessary or appropriate.

Dated:  July 14, 2025
        Wilmington, Delaware

                                                */s/ James F. McCauley*
                                                Brendan J. Schlauch (No. 6115)
                                                James F. McCauley (No. 6991)
                                                **RICHARDS, LAYTON & FINGER, P.A.**
                                                One Rodney Square
                                                920 North King Street
                                                Wilmington, Delaware 19801
                                                Telephone: 302-651-7700
                                                Fax: 302-651-7701
                                                Email:  schlauch@rlf.com
                                                                     mccauley@rlf.com

                                                *Counsel to CaaStle, Inc.*