# **EXHIBIT 1**

| Fill in this information to identify the case: |
| --- |
| Debtor name: CaaStle Inc. |
| United States Bankruptcy Court for the District of Delaware |
| Case number (If known): 25-11187 |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 10/01/2024 | to 04/30/2025 | ☒ Operating a business<br>☒ Other  Gross Revenue | $15,553,513.92 |
| For prior year: | From 10/01/2023 | to 09/30/2024 | ☒ Operating a business<br>☒ Other  Gross Revenue | $12,285,123.97 |
| For the year before that: | From 10/01/2022 | to 09/30/2023 | ☒ Operating a business<br>☒ Other  Gross Revenue | $15,746,120.00 |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Georgiy Goldenberg | 147 Del Monte Ave., Los Altos, CA 94022 | Interim CEO and Member of the Board | 0.37 |
| Jaswinder Pal Singh | 251 W 19th St., Apt 10D, New York, NY 10011 | Chairman of the Board (as of December 18, 2024) | 8.18 |
| Monica Blacker, Esq. | 5271 California Ave., Suite 270, Irvine, CA 92617 | Independent Director | |
| Jessica Dvorett | 205 Broadway, Apt 30E, New York, NY 10023 | SVP, Growth | |
| Felice Gray-Kemp | 2080 Shephard Ave., Hamden, CT 06518 | SVP, General Counsel | |
| Christine Hunsicker | 242 E. 7th St., Apt 5, New York, NY 10009 | Equity Shareholder | 14.00 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No.
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Scott Callon | Giraffa 5F, Hiroo 1-6-10, Shibuya-ku, Tokyo 150-0012 | Board Member | From Not Confirmed  To 03/25/2025 |
| John Hennessey | 207 Stockbridge Avenue, Atherton, CA 94027 | Board Member | From 03/01/20  To 12/18/2024 |
| Christine Hunsicker | 242 E. 7th St., Apt 5, New York, NY 10009 | Chief Executive Officer and Board Member | From 04/01/12  To 12/18/2024 |
| John Donoghue | 185 North Ave, Westport, CT 06880-2231 | SVP, Business Development | From 09/24/18  To 04/30/2025 |
| Gail Fierstein | 201 W 70th St, Apt 29K, New York, NY 10023-4593 | SVP, Global Head of People | From 11/12/18  To 05/16/2025 |

| Fill in this information to identify the case: |
|---|
| Debtor name: <u>CaaStle Inc.</u> |
| United States Bankruptcy Court for the District of  <u>Delaware</u> |
| Case number (If known): <u>25-11187</u> |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on     07/14/2025
                MM / DD / YYYY

/s/ Dayna Corlito                                         Printed name    Dayna Corlito
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     Controller

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**
☑ No
☐ Yes