**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 7 |
| CAASTLE INC., | : Case No. 25-11187-BLS |
| Debtor. | : |
| | : |
| | : |

**SUPPLEMENTAL DECLARATION OF PETER C. HUGHES IN SUPPORT OF**
**APPLICATION FOR RETENTION OF DILWORTH PAXSON LLP**

I, Peter C. Hughes, do hereby declare as follows:

1. I am an attorney at law, duly admitted to practice before, *inter alia*, the United States District Court for the District of Delaware, the Supreme Court of Pennsylvania, and the State of New Jersey. I am a partner of the law firm of Dilworth Paxson LLP ("Dilworth"), with offices at 1650 Market Street, Suite 1200, Philadelphia, Pennsylvania 19103 and 800 N. King Street, Suite 202, Wilmington, Delaware 19801.

2. To my knowledge and based on a review of records, Dilworth has not represented any party other than George L. Miller, as trustee (the "Trustee") in this bankruptcy case. Dilworth will not represent any party other than the Trustee in this bankruptcy case.

3. I make this Supplemental Declaration in further support of the *Application of George L. Miller, Chapter 7 Trustee, for an Order Authorizing the Employment and Retention of Dilworth Paxson LLP as Attorneys* (the "Application"). [D.I. 9]. The facts set forth are based upon my personal knowledge, discussions with other Dilworth attorneys, and the Firm's client/matter records that were reviewed by me or other Dilworth attorneys acting under my supervision or direction.

#125108943v1                                        1

4. In the Application, I disclosed that UPS was an entity which Dilworth represented in the past two years in matters unrelated to this bankruptcy case, and that UPS was not currently being represented by Dilworth. [D.I. 9-1, ¶ 5].

5. After the filing of the Application and after entry of an Order approving the Application, Dilworth commenced a new representation of UPS with respect to a matter unrelated to the Debtor's bankruptcy case. In the event the Trustee determines it is necessary to object to a UPS claim or to commence litigation against UPS in this bankruptcy case, the Trustee will seek conflicts counsel to represent the estate.

6. I declare under penalty of perjury that the foregoing is true and correct and make this Declaration pursuant to 28 U.S.C. § 1746, relating to unsworn declarations to authorities.

Dated: July 18, 2025

/s/ Peter C. Hughes
Peter C. Hughes