# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CAASTLE INC., | ) | Case No. 25-11187-BLS |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES, PLEADINGS AND ORDERS

PLEASE TAKE NOTICE that P. Bradford deLeeuw of the law firm deLeeuw Law LLC hereby appears in the above-captioned case on behalf of GB Members LLC, pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 9007, 9008, 9010(b), 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and by email to:

> P. Bradford deLeeuw
> DELEEUW LAW LLC
> 1301 Walnut Green Road
> Wilmington, DE  19807
> Telephone: (302) 274-2180
> E-mail: brad@deleeuwlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes without any limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to these

1

cases and any other proceedings herein which affect or seek to affect, in any way, the debtors or property or proceeds in which the debtors may claim or have an interest. Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization or liquidation.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notice, nor any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to confer jurisdiction of this Bankruptcy Court over GB Members LLC, or to waive: (i) any right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) any right to trial by jury in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which GB Members LLC is, or may be entitled, under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments hereby are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notice of all contested matters, adversary proceedings or any other proceedings in these cases.

Dated: July 21, 2025
  Wilmington, Delaware

DELEEUW LAW LLC

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (Del. Bar No. 3569)
1301 Walnut Green Road
Wilmington, DE  19807
(302) 274-2180
brad@deleeuwlaw.com

*Counsel for GB Members LLC*

3

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware.

                                          */s/ P. Bradford deLeeuw*
                                          P. Bradford deLeeuw