# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CaaStle Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 25-11187 (BLS) |

## NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON JULY 30, 2025 AT 1:30 P.M. (ET)

> This proceeding will be conducted **in-person**.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Shannon's Chambers Procedures (https://www.deb.uscourts.gov/judge-brendan-l-shannon) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Shannon's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

### I.  UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)

1. Application of George L. Miller, Chapter 7 Trustee, for an Order Authorizing the Employment and Retention of Dilworth Paxson LLP as Attorneys [Filed: 06/27/2025; D.I. 9].

    Related Documents:

    A. Order Authorizing Employment of Dilworth Paxson LLP as Counsel to the Trustee [Filed: 07/15/2025; D.I. 23].

    Objection Deadline:  July 11, 2025 at 4:00 p.m. (ET)

    Objections Received:  None.

    Status:  An Order has been entered.  This matter will not go forward.

2. Application of Chapter 7 Trustee George L. Miller to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of June 23, 2025 [Filed: 06/27/2025; D.I. 10].

   Related Documents:

   A. Order Authorizing Chapter 7 Trustee George L. Miller to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of June 23, 2025 [Filed: 07/15/2025; D.I. 24].

   Objection Deadline:    July 11, 2025 at 4:00 p.m.

   Responses:  None.

   Status: An Order has been entered.  This matter will not go forward.

II. **CONTESTED MATTERS**

3. Motion of George L. Miller, Chapter 7 Trustee for Turnover of Funds Held by JPMorgan Chase Bank, N.A. [Filed: 07/02/2025; D.I. 17].

   Related Documents:    None.

   Objection Deadline:    July 16, 2025 at 4:00 p.m.  The deadline has been voluntarily extended.

   Responses:  None.

   Status: The parties have agreed to a stipulation and a Certification of Counsel will be filed.

Dated: July 28, 2025                **DILWORTH PAXSON LLP**

/s/ Peter C. Hughes
Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:    302-571-9800
Facsimile:    302-571-8875
Email:        phughes@dilworthlaw.com

-and-

                Peter C. Hughes, Esq.
                1650 Market Street, Suite 1200
                Philadelphia, PA 19103
                Telephone: 215-575-7000
                Facsimile: 215-575-7200

*Counsel for George L. Miller, Trustee*