UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CaaStle Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 25-11187 (BLS) |

**AMENDED[1] NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON JULY 30, 2025 AT 1:30 P.M. (ET)**

**THE HEARING HAS BEEN CANCELLED**

**I.    UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)**

1.  Application of George L. Miller, Chapter 7 Trustee, for an Order Authorizing the Employment and Retention of Dilworth Paxson LLP as Attorneys [Filed: 06/27/2025; D.I. 9].

    Related Documents:

    A.  Order Authorizing Employment of Dilworth Paxson LLP as Counsel to the Trustee [Filed: 07/15/2025; D.I. 23].

    Objection Deadline: July 11, 2025 at 4:00 p.m. (ET)

    Objections Received: None.

    Status: An Order has been entered. This matter will not go forward.

---

[1] All amendments are highlighted in **Bold**.

#125095996v2                                          1

2. Application of Chapter 7 Trustee George L. Miller to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of June 23, 2025 [Filed: 06/27/2025; D.I. 10].

    Related Documents:

    A. Order Authorizing Chapter 7 Trustee George L. Miller to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of June 23, 2025 [Filed: 07/15/2025; D.I. 24].

    Objection Deadline:    July 11, 2025 at 4:00 p.m.

    Responses: None.

    Status: An Order has been entered. This matter will not go forward.

## II.   CONTESTED MATTERS

3. Motion of George L. Miller, Chapter 7 Trustee for Turnover of Funds Held by JPMorgan Chase Bank, N.A. [Filed: 07/02/2025; D.I. 17].

    Related Documents:    None.

    Objection Deadline:   July 16, 2025 at 4:00 p.m.  The deadline has been voluntarily extended.

    Responses: None.

    Status: The parties have agreed to a stipulation and a Certification of Counsel will be filed. **The Court has advised that an Order will be entered upon submission. This matter will not go forward.**

Dated: July 28, 2025                    **DILWORTH PAXSON LLP**

/s/ Peter C. Hughes
Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:    302-571-9800
Facsimile:    302-571-8875
Email:        phughes@dilworthlaw.com

-and-

#125095996v2                    2

                                                                                     Peter C. Hughes, Esq.
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: 215-575-7000
Facsimile: 215-575-7200

*Counsel for George L. Miller, Trustee*