## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| CAASTLE INC., | : | |
| | : | Case No. 25-11187 (BLS) |
| Debtor. | : | |
| | : | **Re: D.I. 17** |
| | : | |

## ORDER APPROVING STIPULATION WITH JPMORGAN CHASE BANK, N.A. (I) DIRECTING TURNOVER OF CERTAIN FUNDS AND (II) MODIFYING AUTOMATIC STAY TO ALLOW APPLICATION OF CERTAIN FUNDS

This matter coming before the Court upon the *Stipulation with JPMorgan Chase Bank, N.A. (I) Directing Turnover of Certain Funds and (II) Modifying the Automatic Stay to Allow Application of Certain Funds* (the "**Stipulation**"),[1] and the Court having reviewed the Stipulation,

 **IT IS HEREBY ORDERED THAT**:

1. The Stipulation attached hereto as **Exhibit A** is approved in its entirety.

2. Within five (5) business days after entry of this Order, JPM is authorized and directed to turn over $12,611.63 of the funds in the Account to the Trustee pursuant to wire instructions provided by the Trustee to JPM.

3. The automatic stay is modified in favor of JPMorgan Chase Bank, N.A., as set forth in the Stipulation.

4. The Parties to the Stipulation are authorized to take all action necessary or appropriate to implement the Stipulation.

5. This Court shall retain jurisdiction to resolve any and all disputes arising from or related to this Order.

---

[1]    Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Stipulation.

#125127222v1

6.  This Stipulation shall become effective immediately upon entry of this Order.

**Dated: July 28th, 2025**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

2

#125127222v1