**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CaaStle Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 25-11187 (BLS)<br><br>**Hearing Date: August 20, 2025 at 11:00 a.m.**<br>**Objection Deadline: August 18, 2025 at 10:00 a.m.** |

**NOTICE OF TRUSTEE'S MOTION FOR APPROVAL OF THE RETENTION OF HERITAGE GLOBAL PARTNERS, INC. AS AUCTIONEER AND APPROVAL OF AUCTION PROCEDURES AND SALE OF ASSETS**

  **PLEASE TAKE NOTICE** that George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") for the estate of the above-captioned Debtor, has filed a *Motion of the Chapter 7 Trustee to for (I) Authority to Retain Heritage Global Partners, Inc. as Auctioneer to Sell Certain Assets of the Debtor, (II) Approval of Auction Procedures, (III) Approval of the Sale of Certain Assets of the Debtor Free and Clear of Liens, and (V) Related Relief* (the "Motion").

  If you wish to object or otherwise respond to the Motion, you must file your response on or before **August 18, 2025 at 10:00 a.m. ET** with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801. At the same time, you must also serve a copy of your response upon the Trustee's counsel:

    Peter C. Hughes, Esq.

    Dilworth Paxson LLP

    1650 Market Street

    Suite 1200

    Philadelphia, PA 19103

    Telephone 215-575-7282

    Facsimile 215-575-7200

  A hearing on the Motion is scheduled before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 1, 824 North Market Street, Wilmington, Delaware on **August 20, 2025 at 11:00 a.m. ET.**

  **IF YOU DO NOT PROPERLY FILE AND SERVE A RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

#125145875v1

Dated: August 8, 2025

**DILWORTH PAXSON LLP**

*/s/ Peter C. Hughes*
Peter C. Hughes (No. 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone: 302-571-9800
Facsimile: 302-571-8875
Email: phughes@dilworthlaw.com

and

Peter C. Hughes
Jack Small
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7000
Facsimile: (215) 754-4603
Email: phughes@dilworthlaw.com
Email: jsmall@dilworthlaw.com

*Attorneys for George L. Miller, Chapter 7 Trustee*

#125145875v1