**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

In re:                                                                    Chapter 7

CaaStle, Inc.                                                         Case No. 25-11187 (BLS)

              Debtor.

_____

**NOTICE OF MOTION FOR RELIEF FROM STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO:    Peter C. Hughes, Esquire
          800 N. King St., Suite 202
          Wilmington, DE 19801
          Counsel for Debtor

Movant Christine Hunsicker has filed a Motion for Relief from Stay which seeks the following relief:

HEARING ON THE MOTION WILL BE HELD ON October 1, 2025 at 11:00 a.m. before the Honorable Brendan L. Shannon, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

          Loren R. Barron, Esq., (DE Bar No. 5590)
          222 Delaware Ave., Suite 720
          Wilmington, DE 19801
          302-521-8932
          Loren.barron@kaufmandolowich.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**KAUFMAN DOLOWICH LLP**

*/s/ Loren R. Barron*

Loren R. Barron, Esq., (DE Bar No. 5590)
222 Delaware Ave., Suite 720
Wilmington, DE 19801
302-521-8932
Loren.barron@kaufmandolowich.com
*Attorney for Christine Hunsicker*

2