**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CaaStle, Inc. | Case No. 25-11187 (BLS) |
| Debtor. | **ORDER** |

**ORDER GRANTING MOTION OF CHRISTINE HUNSICKER FOR ENTRY OF AN ORDER GRANTING MOTION FOR RELIEF FROM STAY TO ALLOW CONTINENTAL CASUALTY COMPANY TO (I) PAY PRE-PETITION AND POST-PETITION DEFENSE COSTS AND FEES OF CHRISTINE HUNSICKER AS SHE WAS A DIRECTOR AND OFFICER OF THE DEBTOR AND (II) TAKE ACTIONS RELATED THERETO IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF A CERTAIN INSURANCE POLICY, CONTINENTAL CASUALTY COMPANY'S RESERVATION OF RIGHTS AND APPLICABLE LAW**

Upon consideration of the *Motion for Relief from Stay to Allow Continental Casualty Company* ("CNA") *to (I) pay pre-petition and post-petition defense costs and fees of Christine Hunsicker as she was a director and officer of the Debtor, and (II) Take Actions Related Thereto in Accordance with the Terms and Conditions of a Certain Insurance Policy and Applicable Law* (the "Motion") filed by Christine Hunsicker, any timely response in opposition to the Motion, and after notice and an opportunity for a hearing pursuant to 11 U.S.C. § 102(1), and for the reasons set forth in the Motion, and the Court finding good cause to grant the Motion, it is:

ORDERED THAT, to the extent any stay is applicable, the stay is hereby lifted so that CNA is authorized to pay the reasonable and necessary defense costs and fees of Christine Hunsicker that are incurred pre-petition and post-petition with respect to the Actions[1]; and

---

[1] Capitalized terms not defined in this order have the meanings given to such terms in the Motion.

ORDERED THAT, the Court is not making a determination as to the reasonableness of any fees or costs payable under the Policy; and

ORDERED THAT, the Court retains jurisdiction over any dispute with respect to the interpretation and enforcement of this Order.

**IT IS SO ORDERED** this _____ day of _____ 2025.

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge