# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| CaaStle Inc., | : | |
| | : | Case No. 25-11187 (BLS) |
| Debtor. | : | |
| | : | |
| | : | |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE TO REJECT CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY**

I, Peter C. Hughes, Esquire, counsel to George Miller, as Chapter 7 Trustee (the "Trustee") for the above-captioned debtor (the "Debtor"), hereby certify that:

1. On July 18, 2025, the Trustee file the *First Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Reject Certain Unexpired Leases of Non-Residential Real Property* (the "First Omnibus Rejection Motion"). [D.I. 30].

2. The First Omnibus Rejection Motion sought entry of an order authorizing the Trustee to reject certain unexpired leases (the "Leases"), including the lease to 5 Penn Plaza, New York, New York 10001 ("5 Penn Plaza").

3. The deadline to object to the First Omnibus Rejection Motion was August 1, 2025.

4. Counsel to the Trustee and counsel to 5 Penn Plaza agreed to extend the deadline to object to the First Omnibus Rejection Motion to August 12, 2025 for 5 Penn Plaza only.

5. There were no objections filed to the First Omnibus Rejection Motion by the deadline to object.

6. Counsel to the Trustee and counsel to 5 Penn Plaza agreed to a revised form of order. A true and correct copy of the revised Order is attached hereto as **Exhibit A**. A blackline showing the changes between the revised Order and the Order originally filed at D.I. 30 is attached

hereto as **Exhibit B**.

WHEREFORE, Counsel for the Trustee respectfully requests entry of the proposed Order attached hereto as **Exhibit A**.

Dated: August 15, 2025  **DILWORTH PAXSON LLP**

/s/ Peter C. Hughes
Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:  302-571-9800
Facsimile:   302-571-8875
Email:          phughes@dilworthlaw.com

-and-

Peter C. Hughes, Esq.
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: 215-575-7000
Facsimile: 215-575-7200

*Counsel for George L. Miller, Trustee*

#125155118v1