## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

CaaStle, Inc.

      Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 7

Case No. 25-11187-BLS

**Objection Deadline: September 24, 2025 at 4:00 p.m. (ET)**

**Hearing: October 1, 2025 at 11:00 a.m. (ET)**

## LIMITED OBJECTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, TO MOTION FOR RELIEF FROM STAY OF CHRISTINE HUNSICKER TO ACCESS INSURANCE PROCEEDS

George L. Miller (the "Trustee"), Chapter 7 Trustee of the bankruptcy estate of CaaStle Inc. (the "Debtor") hereby submits this objection (the "Objection") to the *Motion of Christine Hunsicker for Entry of an Order Granting Motion for Relief from Stay to Allow Continental Casualty Company to (i) Pay Pre-Petition and Post-Petition Defense Costs and Fees of Christine Hunsicker as She was a Director and Officer of the Debtor and (ii) Take Actions Related Thereto in Accordance with the Terms and Conditions of a Certain Insurance Policy, Continental Casualty Company's Reservation of Rights and Applicable Law* (the "Motion") [D.I. 54].  In support of the Objection, the Trustee avers as follows:

### Background

1.      On or about June 20, 2025 (the "Petition Date"), the Debtor filed for voluntary relief under Chapter 7 of the Bankruptcy Code. The Trustee has been appointed as the Chapter 7 trustee for the Debtor's bankruptcy estate.

2.      Christine Hunsicker ("Hunsicker") is the founder of the Debtor.  Prior to the Petition Date, she served as the Chief Executive Officer and a member of the Board of the Debtor.

3.      On July 18, 2025, the United States Attorney for the Southern District of New York charged Hunsicker with wire fraud, securities fraud, money laundering, making false statements to a financial institution, and aggravated identity theft for actions alleged to have occurred in connection with operating and raising funds for the Debtor.

4.      Also on July 18, 2025, the Securities and Exchange Commission charged Hunsicker with creating and disseminating false financial statements and audit reports to investors of the Debtor.

5.      The Debtor held a directors' and officers' insurance policy through Continental Casualty Company ("CNA") bearing policy number 6052060736 (the "D & O Policy"). Hunsicker asserts that she was listed as an insured under the D & O Policy.  *See* Mot. at ¶¶ 8-9.

6.      The D & O Policy provides that CNA will pay certain defense costs of Hunsicker for actions which occurred while she was an officer and director of the Debtor.  *See* Mot. at ¶¶ 10-14.

7.      Hunsicker has been named as a defendant in the following actions:

   a.   *EXP Topco, LLC v. CaaStle, Inc., et al.*, Index No. 65221/2021 in the Supreme Court for the State of New York (the "New York State Action");

   b.   *P180, Inc. v. Jaswinder Pal Singh, et al.*, Civil Case No. 25-cv-4432 in the United States District Court for the Southern District of New York (the "New York Federal Action"); and

   c.   *KSV CaaStle Holdings L.P., et al., v. Christine Hunsicker*, Civil Case No. 502025CA003703 in the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida (the "Florida State Action," and, with the New York State Action and the New York Federal Action, the "Actions").

*See* Mot. at ¶¶ 3-5.

8.      Hunsicker has submitted claims arising from the Actions to CNA pursuant to the D & O Policy.  *See* Mot. at ¶ 7.

9.      The New York State Action has been stayed as to the Debtor.

2

10.     The Trustee has initiated an adversary proceeding to enjoin the New York Federal Action and the Florida State Action against Hunsicker, including a motion for preliminary injunction.  If the New York Federal Action and the Florida State Action are stayed, there will be no need for further payment of defense costs in these actions.

### The Motion

11.     On August 12, 2025, Hunsicker filed the Motion seeking relief from stay to access the proceeds of the D & O Policy for defense costs.

### Objection

12.     The Trustee files this limited Objection to the Motion on grounds that any amounts to be paid under the D & O Policy with respect to Hunsicker should be limited to defense costs incurred in the 3 Actions, as defined above and in the Motion, and not for any other purpose or for any other proceeding.  For example, the relief granted by any Order entered on the Motion should not extend to the criminal proceedings pending against Hunsicker, or any other action which is not specifically identified in the Order.

13.     The Trustee further requests that in conjunction with any relief from stay, the insurer should be required to provide monthly reports regarding the amounts paid under the policy so that the Trustee is aware of the status of payments against the policy limits.  Specifically, the Trustee requests that CNA provide a monthly report to the Trustee with respect to: (a) the amount of defense costs presented for payment to CNA by Hunsicker under the D & O Policy during the prior month and on a cumulative basis; and (b) the amounts actually paid with respect to defense costs by CNA relating to Hunsicker under the D & O Policy during the prior month and on a cumulative basis; (c) the amount of defense costs or other claims presented for payment to CNA by any other parties under the D & O Policy during the prior month and on a cumulative basis; and (d) the amounts actually paid with respect to defense costs other claims by CNA relating to

3

any other parties under the D & O Policy during the prior month and on a cumulative basis.

<u>**Conclusion**</u>

**WHEREFORE**, the Trustee respectfully requests that this Court limit the relief granted with respect to the Motion on terms set forth herein.

Respectfully submitted,

Dated: September 24, 2025

**DILWORTH PAXSON LLP**

*/s/ Peter C. Hughes*

Peter C. Hughes (No. 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:    302-571-9800
Facsimile:    302-571-8875
Email:            phughes@dilworthlaw.com

and

Peter C. Hughes
Jack Small
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone:    (215) 575-7000
Facsimile:    (215) 754-4603
Email:            phughes@dilworthlaw.com
Email:            jsmall@dilworthlaw.com

*Attorneys for George L. Miller, Chapter 7 Trustee*

#125218135v2