# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CaaStle Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 25-11187 (BLS) |

**AMENDED[1] NOTICE OF AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON OCTOBER 1, 2025 AT 11:00 A.M. (ET)**

## THE HEARING HAS BEEN CANCELLED

### I. UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL (C.O.C.)

**1.** Second Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Reject Certain Unexpired Leases of Non-Residential Real Property (Warehouse Locations) [Filed: 08/25/2025; D.I. 66].

Related Documents:

A. Certification of Counsel Regarding Trustee's Second Motion to Reject Certain Unexpired Leases of Non-Residential Real Property (Warehouse Leases) [Filed: 09/12/2025; D.I. 78].

B. Order Approving Chapter 7 Trustee's Second Omnibus Motion to Reject Certain Unexpired Leases of Non-Residential Real Property (Warehouse Locations) [Filed: 09/15/2025; D.I. 79].

Objection Deadline: September 8, 2025 at 4:00 p.m.  **The objection deadline is voluntarily extended to September 15, 2025 at 4:00 p.m.**

Responses:

Status: An Order has been entered.  This matter is not going forward.

---

[1] All amendments are highlighted in **Bold**.

#125168196v2                                        1

## II. CONTESTED MATTERS

**2.** Motion of Christine Hunsicker for Entry of an Order Granting Motion for Relief from Stay to Allow Continental Casualty Company to (I) Pay Pre-Petition and Post-Petition Defense Costs and Fees of Christine Hunsicker as She Was a Director and Officer of the Debtor and (II) Take Actions Related Thereto In Accordance with the Terms and Conditions of a Certain Insurance Policy, Continental Casualty Company's Reservation of Rights and Applicable Law [Filed: 08/12/2025; D.I. 54].

Related Documents:    None.

Objection Deadline:    September 24, 2025 at 4:00 p.m.

Responses:

    A.    Limited Objection of George L. Miller, Chapter 7 Trustee, to Motion for Relief from Stay of Christine Hunsicker to Access Insurance Proceeds [Filed: 09/24/2025; D.I. 86]

Status:    **The parties have agreed that no hearing is necessary at this time, and upon final agreement on the terms of an order, a certification of counsel will be filed. In the event the parties do not reach agreement on the terms of an Order, the matter will be considered at the next omnibus hearing. Accordingly, the hearing has been cancelled with the permission of the Court.**

Dated: September 30, 2025    **DILWORTH PAXSON LLP**

/s/ Peter C. Hughes
Peter C. Hughes (DE 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:    302-571-9800
Facsimile:    302-571-8875
Email:    phughes@dilworthlaw.com

-and-

Peter C. Hughes, Esq.
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: 215-575-7000
Facsimile: 215-575-7200

*Counsel for George L. Miller, Trustee*