**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CaaStle Inc. | Case No. 25-11187 (BLS) |
| Debtor. | **Re: D.I. 54** |

**ORDER GRANTING MOTION OF CHRISTINE HUNSICKER FOR RELIEF FROM STAY TO ALLOW CONTINENTAL CASUALTY COMPANY TO (I) PAY PRE-PETITION AND POST-PETITION DEFENSE COSTS AND FEES OF CHRISTINE HUNSICKER AS SHE WAS A DIRECTOR AND OFFICER OF THE DEBTOR AND (II) TAKE ACTIONS RELATED THERETO**

Upon consideration of the *Motion for Relief from Stay to Allow Continental Casualty Company* ("CNA") *to (I) pay pre-petition and post-petition defense costs and fees of Christine Hunsicker as she was a director and officer of the Debtor, and (II) Take Actions Related Thereto in Accordance with the Terms and Conditions of a Certain Insurance Policy and Applicable Law* (the "Motion") filed by Christine Hunsicker, the Limited Objection of the Chapter 7 Trustee to the Motion, and after notice and an opportunity for a hearing pursuant to 11 U.S.C. § 102(1), and for the reasons set forth in the Motion, and the Court finding good cause to grant the Motion, it is hereby ORDERED as follows:

1. To the extent any stay is applicable, the stay is hereby lifted so that CNA is authorized to pay the reasonable and necessary defense costs and fees of Christine Hunsicker that

1

are incurred pre-petition and post-petition only with respect to the Actions[1], as defined in the Motion, and not for any other purpose or for any other proceeding.

2. CNA (and Zurich American Insurance Company as excess carrier, if applicable) shall provide a monthly report to the Trustee reporting the following with respect to the D & O Policy, or the excess policy of Zurich American Insurance Company, if applicable: (a) the amount of defense costs presented for payment by Hunsicker during the prior month and on a cumulative basis; and (b) the amounts actually paid with respect to defense costs relating to Hunsicker during the prior month and on a cumulative basis; (c) the amount of defense costs or other claims presented for payment by any other parties during the prior month and on a cumulative basis; and (d) the amounts actually paid with respect to defense costs or other claims by relating to any other parties during the prior month and on a cumulative basis.

3. The Court is not making a determination as to the reasonableness of any fees or costs payable under the Policy; and

4. The Court retains jurisdiction over any dispute with respect to the interpretation and enforcement of this Order.

Dated: October 3rd, 2025
Wilmington, Delaware

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] Capitalized terms not defined in this order have the meanings given to such terms in the Motion.