# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CaaStle, Inc.<br><br>                    Debtor.<br><br>GEORGE L. MILLER, solely in his capacity as chapter 7 trustee for the bankruptcy estate of CaaStle, Inc.,<br><br>                    Plaintiff,<br><br>v.<br><br>KSV CAASTLE HOLDINGS L.P., KSV CAASTLE HOLDINGS II L.P, and P180, Inc.,<br><br>                    Defendants. | Chapter 7<br><br>Case No. 25-11187-BLS<br><br><br><br><br><br><br><br><br><br>Adv. Pro. No.: 25-52349-BLS |

## NOTICE OF CORRECTED HEARING TIME FOR NOVEMBER 19, 2025 HEARING

PLEASE TAKE NOTICE that a hearing will be held on **November 19, 2025 at 11:00 a.m. (prevailing Eastern Time)** before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 regarding the above-captioned bankruptcy case. Prior notices with respect to certain of the matters indicated a hearing time of 11:30 a.m.

PLEASE TAKE FURTHER NOTICE that the following matters will be heard:

      A.     Motion of George L. Miller, Chapter 7 Trustee for (I) Authority to Retain Heritage Global Partners, Inc. as Auctioneer to Sell Certain IP Assets of the Debtor, (II) Approval of Auction Procedures, (III) Approval of the Sale of Certain IP Assets of the Debtor Free and Clear of Liens, and (IV) Related Relief [Filed: 10/30/2025; D.I. 101];

      B.     [SEALED] Motion of KSV CaaStle Holdings LP and KSV CaaStle Holdings II LP for Order Lifting Automatic Stay to Collect Against Applicable Insurance Policies [Filed: 11/05/2025; D.I. 109]; and

      C.    <u>25-52349 George L. Miller, Chapter 7 Trustee v. KSV CaaStle Holdings L.P., *et al*</u>.

      (1)    Chapter 7 Trustee's Motion for Injunctive Relief Under Sections 105(a) and 362(a) of the Bankruptcy Code and a Preliminary Injunction Under Rule 7065 of the Federal Rules of Bankruptcy Procedure [Filed: 09/18/2025; Adv. D.I. 3]; and

      (2)    Pretrial Conference

| | |
|---|---|
| Dated: November 14, 2025 | **DILWORTH PAXSON LLP**<br>/s/ Peter C. Hughes<br>Peter C. Hughes (No. 4180)<br>800 N. King Street, Suite 202<br>Wilmington, DE 19801<br>Telephone:   302-571-9800<br>Facsimile:   302-571-8875<br>Email:   phughes@dilworthlaw.com<br><br>and<br><br>Peter C. Hughes<br>Jack Small<br>1650 Market St., Suite 1200<br>Philadelphia, PA 19103<br>Telephone:   (215) 575-7000<br>Facsimile:   (215) 754-4603<br>Email:   phughes@dilworthlaw.com<br>Email:   jsmall@dilworthlaw.com<br><br>*Attorneys for George L. Miller, Chapter 7 Trustee* |