**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| CaaStle, Inc., | : | Case No. 25-11187 (BLS) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee for the bankruptcy estate of CaaStle, Inc., CHAPTER 7 TRUSTEE, | : : : : | |
| | : | Adv. Pro. No. 25-52349 (BLS) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| KSV CAASTLE HOLDINGS L.P., KSV KSV CAASTLE HOLDINGS II L.P. and P180 Inc. | : : : | |
| | : | |
| Defendants. | : | |

**WITNESS AND EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING**

KSV CaaStle Holdings LP and KSV CaaStle Holdings II LP (together, "**KSV**") submits this witness and exhibit list for the hearing scheduled for **November 19, 2025** (the "**Hearing**") before the Honorable Brendan L. Shannon, at the United States Bankruptcy Court for the District of Delaware with respect to (i) the *Motion for Order Lifting Automatic Stay to Collect Against Applicable Insurance Policies* [D.I. 109] (the "**Motion**") and (ii) the above-captioned adversary proceeding.

**WITNESSES**

KSV designates the following persons as witnesses who may be called at the Hearing:

(i)    Any witnesses necessary to authenticate a document;

(ii)    Any witness disclosed by and/or called by any other party, including the Chapter 7

Trustee; and

(iii)   Any impeachment or rebuttal witness.

## **EXHIBITS**

KSV designates the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description |
|---|---|
| 1 | Final Judgment After Default, In the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case. No. 50-2025-003703-MB dated August 19, 2025 |
| 2 | Order Denying Defendant's Motion to Reopen Case, Vacate Default and Final Default Judgment and Quash Service of Process, In the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case. No. 50-2025-003703-MB dated October 24, 2025 |
| 3 | Docket sheet in Case No. 50-2025-003703-MB, In the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida |
| 4 | Directors' and officers' insurance policy issued by Continental Casualty Company, bearing policy number 6052060736 |
| 5 | Excess insurance policy issued by Zurich American Insurance Company and bearing policy number 6052060736 |
| 6 | Any pleadings, reports, or other documents filed in the Debtor's bankruptcy case |

KSV also cross designates all exhibits designated by any other party in connection with the

Hearing and reserves the right to use additional exhibits for rebuttal or impeachment purposes.

KSV reserves the right to amend or supplement this witness and exhibit list prior to the Hearing.

Dated: November 18, 2025
      Wilmington, Delaware

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Tel:  (302) 661-7000
anthony.clark@gtlaw.com
dennis.meloro@gtlaw.com

-and-

**GREENBERG TRAURIG, P.A.**

Joseph J. Mamounas
Adrian Nunez
Ketan Ganase
333 SE Second Avenue, Suite 4400
Miami, Florida 33131
Tel: (305) 579-0500
mamounasj@gtlaw.com
nuneza@gtlaw.com
ketan.ganase@gtlaw.com

*Counsel for KSV CaaStle Holdings LP and KSV CaaStle Holdings II LP*