**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | <sup>x</sup> Chapter 7 |
| | : Case No. 25-11187-BLS |
| CaaStle, Inc. | : |
| | : |
| | : |
| | : **Objection Deadline: November 12, 2025 at 4:00** |
| Debtor. | **p.m. (ET)** |
| | : **Hearing: November 19, 2025 at 11:00 a.m. (ET)** |
| | <sup>x</sup> |

**WITNESS AND EXHIBIT LIST FOR NOVEMBER 19, 2025 HEARING ON MOTION**
**FOR RELIEF FROM STAY TO ACCESS INSURANCE PROCEEDS**

George L. Miller, the chapter 7 trustee (the "Trustee") of CaaStle Inc. ("CaaStle" or the "Debtor") in the above-captioned bankruptcy proceeding, submits this witness and exhibit list scheduled for the November 19, 2025 hearing (the "Hearing") on before the Honorable Brendan L. Shannon, at the United States Bankruptcy Court for the District of Delaware with respect to the *Motion for Order Lifting Automatic Stay to Collect against Applicable Insurance Proceeds* [D.I. 109].

## WITNESSES

The Trustee designates the following persons as witnesses who may be called at the Hearing:

1.    George L. Miller;

2.    Any witness disclosed by and/or called by any other party; and

3.    Any impeachment or rebuttal witnesses.

## EXHIBITS

The Trustee designates the following exhibits that may be used at the Hearing:

#125331087v1

| Exhibit | Description |
|---|---|
| T1 | Complaint and Demand for Jury Trial filed by KSV CaaStle Holdings L.P. and KSV CaaStle II Holdings L.P. against Christine Hunsicker in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida |
| T2 | Copy of the docket of KSV CaaStle Holdings L.P. and KSV CaaStle II Holdings L.P. against Christine Hunsicker in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida |
| T3 | CNA Insurance Policy Number 6052060736 issued to CaaStle, Inc. |
| T4 | Zurich Insurance Policy Number MPL 06984999-00 issued to CaaStle, Inc. |
| T5 | List of Shareholder Claims filed on CaaStle, Inc. Claims Docket |
| T6 | May 5, 2025 Letter from CNA to CaaStle, Inc. Regarding Insurance Coverage |

The Trustee also cross-designates all exhibits designated by any other party in connection with the Hearing and reserves the right to use additional exhibits for rebuttal or impeachment purposes.  The Trustee reserves the right to amend or supplement this witness and exhibit list prior to the Hearing.

Respectfully Submitted,

Dated: November 18, 2025

**DILWORTH PAXSON LLP**

*/s/ Peter C. Hughes*
Peter C. Hughes (No. 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:    302-571-9800
Facsimile:     302-571-8875
Email:          phughes@dilworthlaw.com

and

Peter C. Hughes
Jack Small
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone:    (215) 575-7000
Facsimile:     (215) 754-4603

2

#125331087v1

Email:       phughes@dilworthlaw.com
Email:       jsmall@dilworthlaw.com

*Attorneys for George L. Miller, Chapter 7 Trustee*

3

#125331087v1