**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| | ) Case No. 25-11187 (BLS) |
| CAASTLE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

**DECLARATION OF JOHN LIGHTBOURN**
**IN SUPPORT OF AMAZON WEB SERVICES, INC.'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO**
**TERMINATE EXECUTORY CONTRACT WITH CAASTLE, INC.**

I, John Lightbourn, pursuant to 28 U.S.C. § 1746, hereby certify and declare as follows:

1.     I am the Global Head of Credit Risk at Amazon Web Services, Inc. ("AWS"). I am over the age of eighteen, am competent to testify, and I have personal knowledge of the facts set forth herein.

2.     AWS is a worldwide leader in the provision of cloud computing and storage services. Caastle, Inc. (the "Debtor"), prior to filing for bankruptcy, entered into the AWS Customer Agreement (the "Agreement") with AWS. A true and accurate copy of the Agreement is attached as Exhibit A. AWS invoices the Debtor each month for services rendered in the month prior.

3.     AWS provides cloud computing and storage services to the Debtor pursuant to the terms of the Agreement. The Debtor's cloud computing and storage account with AWS is identified by an account number ending in "42810" (the "AWS Account"). The AWS Account is governed by the terms of the Agreement.

4.     As of March 1, 2026, the Debtor owed AWS a total of $481,309.03 for post-petition charges and $36,156.92 for pre-petition charges in connection with the AWS

Account. The Debtor's AWS Account has been delinquent since at least July 1, 2025. Attached hereto as Exhibit B is a summary of charges owed by the Debtor in connection with the AWS Account.

5.	AWS continues to provide post-petition storage services to the Debtor despite the fact that the Debtor has not paid for any charges accrued in connection with the AWS Account.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this _____3/13/2026_____.

Signed by:

*John Lightbourn*

683E5AE1557541C

John Lightbourn
Global Head of Credit Risk
Amazon Web Services, Inc.