# EXHIBIT B

| Bill to Name | Customer Name | Legal Entity | SOT Number | Service Type | Invoice Number | Invoice Date | Due Date | Billing Period | Original Amount (Local) | Remaining Amount (USD) | Pre-Bankruptcy Amount | Post-Bankruptcy Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CaaStle Inc | CaaStle Inc | Amazon.com, Inc. | 174017342810 | Cloud | 2212985229 | Jul 1, 2025 | Jul 1, 2025 | 2025-06 | 57,089.87 | $57,089.87 | $36,156.92 | $20,932.95 |
| CaaStle Inc | CaaStle Inc | Amazon.com, Inc. | 174017342810 | Cloud | 2250827189 | Aug 1, 2025 | Aug 1, 2025 | 2025-07 | 58,495.67 | $58,495.67 | $0.00 | $58,495.67 |
| CaaStle Inc | CaaStle Inc | Amazon.com, Inc. | 174017342810 | Cloud | 2289190641 | Sep 1, 2025 | Sep 1, 2025 | 2025-08 | 59,330.2 | $59,330.20 | $0.00 | $59,330.20 |
| CaaStle Inc | CaaStle Inc | Amazon.com, Inc. | 174017342810 | Cloud | 2327452241 | Oct 1, 2025 | Oct 1, 2025 | 2025-09 | 57,702.67 | $57,702.67 | $0.00 | $57,702.67 |
| CaaStle Inc | CaaStle Inc | Amazon.com, Inc. | 174017342810 | Cloud | 2367714437 | Nov 1, 2025 | Nov 1, 2025 | 2025-10 | 58,557.93 | $58,557.93 | $0.00 | $58,557.93 |
| CaaStle Inc | CaaStle Inc | Amazon.com, Inc. | 174017342810 | Cloud | 2409243557 | Dec 1, 2025 | Dec 1, 2025 | 2025-11 | 56,556.8 | $56,556.80 | $0.00 | $56,556.80 |
| CaaStle Inc | CaaStle Inc | Amazon.com, Inc. | 174017342810 | Cloud | 2448294757 | Jan 1, 2026 | Jan 1, 2026 | 2025-12 | 58,274.65 | $58,274.65 | $0.00 | $58,274.65 |
| CaaStle Inc | CaaStle Inc | Amazon.com, Inc. | 174017342810 | Cloud | 2483895565 | Feb 1, 2026 | Feb 1, 2026 | 2026-01 | 58,212.83 | $58,212.83 | $0.00 | $58,212.83 |
| CaaStle Inc | CaaStle Inc | Amazon.com, Inc. | 174017342810 | Cloud | 2524850937 | Mar 1, 2026 | Mar 1, 2026 | 2026-02 | 53,245.33 | $53,245.33 | $0.00 | $53,245.33 |
| | | | | | | | | **Total** | | $517,465.95 | $36,156.92 | $481,309.03 |