**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CAASTLE, INC., | Case No. 25-11187 (BLS) |
| Debtor. | |

**CERTIFICATION OF COUNSEL REGARDING**
**PROPOSED ORDER APPROVING STIPULATION REGARDING**
**CONTRACT BETWEEN AMAZON WEB SERVICES, INC. AND CAASTLE, INC.**

I, Matthew B. Goeller, counsel for Amazon Web Services, Inc. ("AWS") in the above-captioned case, certify as follows:

1. George L. Miller, in his capacity as Chapter 7 Trustee for Debtor CaaStle, Inc. (the "Trustee") and AWS have entered into the *Stipulation Regarding Contract Between Amazon Web Services, Inc. and CaaStle, Inc.* (the "Stipulation"). A copy of the Stipulation memorializing the agreement of the parties is attached as Exhibit 1 to the proposed Order.

2. The Trustee has reviewed the proposed Order and agrees to its entry. Accordingly, AWS respectfully requests that the Court enter the order attached hereto as Exhibit A at the convenience of the Court.

Dated: May 5, 2026

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, Delaware 19801
Tel: (302) 416-7080
Email: matthew.goeller@klgates.com

*Counsel for Amazon Web Services, Inc.*