# EXHIBIT A

**Proposed Order**

| | |
|---|---|
| In re: | Chapter 7 |
| CAASTLE, INC., | Case No. 25-11187 (BLS) |
| Debtor. | |

**ORDER APPROVING STIPULATION REGARDING CONTRACT
BETWEEN AMAZON WEB SERVICES, INC. AND CAASTLE, INC.**

Upon consideration of the *Stipulation Regarding Contract Between Amazon Web Services, Inc. and CaaStle, Inc.* (the "Stipulation") between George L. Miller, in his capacity as Chapter 7 Trustee for Debtor CaaStle, Inc. (the "Trustee") and Amazon Web Services, Inc. ("AWS") attached hereto as Exhibit 1; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given;

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved in all respects and the terms of the Stipulation are incorporated by reference into this Order as if fully set forth herein. For the avoidance of doubt, and without limiting the effectiveness of any of the terms of the Stipulation, the compromises and releases therein are approved and the Allowed Administrative Claim and Allowed GUC Claim are allowed pursuant to 11 U.S.C. §§ 502, 503, and 507, as applicable.

2. The terms and conditions of the Stipulation shall be effective immediately upon entry of this Order.

3. Notwithstanding Bankruptcy Rule 4001(a)(3), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

5.	This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order and the Stipulation.