**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| CaaStle, Inc., | Case No. 25-11187 (BLS) |
| Debtor. | **Re: Docket No. 185** |

**ORDER GRANTING MOTION FOR LEAVE TO FILE**
**LATE PROOF OF CLAIM AND PROOFS OF INTEREST**

Upon the motion (the "Motion")[1] of the Irrevocable Trust FBO Neil Singh, the Kush A Singh 2019 Trust, the Jaan R Singh 2019 Trust, and Happy Life Investments LLC for the entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006(b)(1) (i) authorizing Happy Life Investments to file a proof of claim after the Bar Date; (ii) authorizing the Singh Trusts to file proofs of interest after the Bar Date; and (iii) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having determined this Court may enter a final order; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is appropriate; and this Court having found that the Movants' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested

---

[1]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**

1.      The Motion is GRANTED as set forth herein.

2.      Happy Life Investments LLC is authorized to file its proof of claim, and such proof of claim shall be deemed to be timely filed.

3.      The Irrevocable Trust FBO Neil Singh, the Kush A Singh 2019 Trust, and the Jaan R Singh 2019 Trust are authorized to file proofs of interest, and such proofs of interest shall be deemed timely filed.

4.      This Court shall retain exclusive jurisdiction over all matters related to or arising from the interpretation or implementation of this Order.

**Dated: May 19th, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

2