# <u>EXHIBIT C</u>

[Summary of Time]

1

# EXHIBIT C

[Timekeeper Time Summary]

| Timekeeper | Total Hours | Total Value |
|---|---|---|
| Lawrence G. McMichael | 1.50 | $ 1,935.00 |
| Peter C. Hughes | 489.70 | $ 409,891.00 |
| Ira N. Richards | 139.10 | $ 159,269.50 |
| Roberta A. Barsotti | 0.80 | $ 676.00 |
| Jack M. Small | 71.50 | $ 30,996.00 |
| Samantha Gill | 93.00 | $ 34,138.00 |
| Giavanna A. Litz | 126.00 | $ 46,368.00 |
| Kelsey V. Sheronas | 19.80 | $ 8,910.00 |
| John Higson | 17.20 | $ 11,438.00 |
| David Rodkey | 33.70 | $ 16,888.00 |
| Gerald Wixted | 7.00 | $ 3,352.00 |
| Matthew Gardella | 74.40 | $ 31,080.00 |
| Miriam Dolan | 0.20 | $ 67.00 |
| Christine A. Tomlin | 47.00 | $ 14,095.00 |
| Valori A. Henwood | 69.00 | $ 25,443.00 |
| Susan M. Henry | 124.50 | $ 41,707.50 |
| | | |
| **TOTALS** | **1314.40** | **$ 836,254.00** |