<u>**EXHIBIT D**</u>

[Summary of Expenses]

# **EXHIBIT D**

[Summary of Expenses]

| Expense | Total Value |
|---|---:|
| Filing/Recordings | 1,053.40 |
| Information Services | 5,146.87 |
| UPS/FedEx | 13.93 |
| Outside Services | 13,505.70 |
| Summons & Complaint | 1,205.35 |
| Outside Duplication Services | 11.50 |
| Document Hosting | 21,942.58 |
| | |
| **TOTALS** | **$ 42,879.33** |