<u>**EXHIBIT E**</u>

[Data Storage]

# EXHIBIT E

[Data Storage Charges]

| Time Period | | Total |
|---|---|---|
| Oct 25 | | $1,417.83 |
| Nov 25 | | $1,451.70 |
| Dec 25 | | $1,455.48 |
| Jan 26 | | $2,103.02 |
| Feb 26 | | $2,104.39 |
| Mar 26 | | $1,102.79 |
| Apr 26 | | $6,313.15 |
| May 26 | | $5,994.22 |
| | | |
| **Total** | | **$21,942.58** |