| | |
|---|---|
| In re: | Chapter 7 |
| CaaStle Inc., | Case No. 25-11187 (BLS) |
| Debtor. | D.I. 217 |

**ORDER APPROVING FIRST INTERIM APPLICATION FOR PAYMENT OF
CONTINGENT FEE AND FOR REIMBURSEMENT OF COSTS AND EXPENSES OF
DILWORTH PAXSON LLP, AS COUNSEL TO GEORGE L. MILLER, CHAPTER 7
TRUSTEE IN CONTINGENT MATTERS**

The Court having reviewed the First Interim Application for Payment of Contingent Fee and for Reimbursement of Costs and Expenses of Dilworth Paxson LLP ("Dilworth Paxson"), as counsel to George L. Miller, Chapter 7 Trustee in Contingent Matters (the "Application")[1] and it appearing to the court that all of the requirements of sections 328, 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and having found that due and proper notice of the Application has been provided to parties in interest; and having found that expenses incurred for which reimbursement is sought in the Application were actual and necessary;

**IT IS HEREBY ORDERED** the Application is **GRANTED**.

**IT IS FURTHER ORDERED**: that Dilworth Paxson is awarded compensation in the form of a contingent fee in the amount of $2,100,000.00 as requested in the Application; and (b)

---

[1] Capitalized terms not defined herein shall have the meaning set forth in the Application.

Dilworth Paxson is allowed reimbursement of expenses in the amount of $42,879.33.  The Trustee

is authorized to make payment of such amounts to Dilworth Paxson.

**Dated: July 31st, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

#125623030v12