# EXHIBIT A

**CaaStle, Inc.**
**Transfers to Christine Hunsicker**

| Transfer Date | CaaStle Account # | Transfer Amount |
|---|---|---|
| 12/28/2021 | 5774 | $ 482,000.40 |
| 3/25/2022 | 5774 | $ 550,000.00 |
| 7/13/2022 | 5774 | $ 50,000.00 |
| 7/20/2022 | 5774 | $ 450,000.00 |
| 9/30/2022 | 8996 | $ 50,000.00 |
| 10/12/2022 | 5774 | $ 450,000.00 |
| 11/17/2022 | 5774 | $ 75,000.00 |
| 4/12/2023 | 5774 | $ 1,400,000.00 |
| 7/3/2023 | 5774 | $ 700,000.00 |
| 7/22/2024 | 5774 | $ 700,000.00 |
| 10/10/2024 | 5774 | $ 1,000,000.00 |
| | | |
| **Total Transfers** | | **$ 5,907,000.40** |